James L. Buchal, OSB No. 921618
E-mail:  jbuchal@mbllp.com
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR  97286
Tel:     503-227-1011
Fax:     503-573-1939
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARK FITZ, GRAYGUNS, INC.; G4 ARCHERY, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ELLEN ROSENBLUM, in her official capacity as Attorney General of the State of Oregon; and TERRI DAVIE, in her official capacity as Superintendent of the Oregon State Police, <br><br> Defendants. | Case No. <br><br> **RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF GRAYGUNS, INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Grayguns, Inc. declares that it has no parent corporation and no publicly traded corporation that

//

//

//

Page 1:  RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF GRAYGUNS, INC

currently owns 10% or more of its stock.

       Dated:  November 30, 2022.

                                  MURPHY & BUCHAL LLP

                                  */s/ James L. Buchal*
                                  JAMES L. BUCHAL
                                  Attorney for Plaintiff
                                  Grayguns, Inc.