James L. Buchal, OSB No. 921618
E-mail:  jbuchal@mbllp.com
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR  97286
Tel:     503-227-1011
Fax:     503-573-1939
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARK FITZ, GRAYGUNS, INC.; G4 ARCHERY, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ELLEN ROSENBLUM, in her official capacity as Attorney General of the State of Oregon; and TERRI DAVIE, in her official capacity as Superintendent of the Oregon State Police,<br><br>Defendants. | Case No.<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF G4 ARCHERY, LLC** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff G4 Archery, LLC, declares that it has no parent corporation and no publicly traded corporation that currently owns 10% or more of its stock.

//

//

Page 1:  RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF G4 ARCHERY, LLC

Dated: November 30, 2022.

                                        MURPHY & BUCHAL LLP

                                        */s/ James L. Buchal*
                                        JAMES L. BUCHAL
                                        Attorney for Plaintiff
                                        G4 Archery, LLC