James L. Buchal, OSB No. 921618
E-mail:  jbuchal@mbllp.com
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR  97286
Tel:     503-227-1011
Fax:    503-573-1939
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARK FITZ, GRAYGUNS, INC.; G4 ARCHERY, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ELLEN ROSENBLUM, in her official capacity as Attorney General of the State of Oregon; and TERRI DAVIE, in her official capacity as Superintendent of the Oregon State Police,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF MARK FITZ IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTIONS FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Mark Fitz, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

1. I am over 18 years of age, competent to testify, and have personal knowledge of the matters stated herein.  I make this Declaration in support of plaintiffs' emergency motions for a temporary restraining order and preliminary injunction.

2. I am a resident and citizen of Clackamas County, Oregon.

3. I am a member of the Second Amendment Foundation and Firearms Policy Coalition.

4. I own two firearms that may be equipped with standard capacity magazines capable of holding more than ten rounds and own multiple standard capacity magazines capable of holding more than ten rounds.

5. When Oregon's standard capacity magazine ban goes into effect, I will no longer be able to purchase magazines capable of holding more than ten rounds upon pain of criminal prosecution. And I will be limited in how I use my existing magazines.

6. I would continue to purchase standard capacity magazines for my existing firearms and purchase at least one additional firearm equipped with standard capacity magazines, but due to Oregon's standard capacity magazine ban and the accompanying criminal sanctions and loss of liberty I fear prosecution if I were to do so.

DATED this 30th day of November, 2022.

_____
Mark Fitz

Page 2: DECLARATION OF MARK FITZ IN SUPPORT OF PLAINTIFFS'
EMERGENCY MOTIONS FOR A TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION