James L. Buchal, OSB No. 921618
E-mail:  jbuchal@mbllp.com
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR  97286
Tel:     503-227-1011
Fax:    503-573-1939
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARK FITZ, GRAYGUNS, INC.; G4 ARCHERY, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ELLEN ROSENBLUM, in her official capacity as Attorney General of the State of Oregon; and TERRI DAVIE, in her official capacity as Superintendent of the Oregon State Police,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF BRUCE GRAY IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTIONS FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Bruce Gray, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

1.     I am over 18 years of age, competent to testify, and have personal knowledge of the matters stated herein. I make this Declaration in support of plaintiffs' emergency motions for a temporary restraining order and preliminary injunction.

Page 1:  DECLARATION OF BRUCE GRAY IN SUPPORT OF PLAINTIFFS'
             EMERGENCY MOTIONS FOR A TRO AND PRELIMINARY INJUNCTION

2. I am the owner of Grayguns, Inc. ("Grayguns") a federally licensed firearm dealer, firearm parts manufacturer and custom gunsmithing company located in Douglass County, Oregon.

3. I am a member of the Second Amendment Foundation and Firearms Policy Coalition.

4. Grayguns sells "standard capacity magazines," defined for the purpose of this declaration as magazines which hold more than 10 rounds of ammunition, as standalone products and manufacturers and sells magazine extension kits designed to increase the capacity of standard capacity magazines.

5. When Oregon's standard capacity magazine ban goes into effect, Grayguns will be forced to stop selling standard capacity magazines and magazine capacity extension kits to civilians and to limit its sales to those specifically exempted from the state-wide ban.

6. Grayguns does not have any preexisting contracts with United States Military or any Law Enforcement entities for which such exceptions could apply. Therefore, Oregon's Magazine Capacity Ban will entirely foreclose Grayguns' ability to lawfully manufacture and sell standard capacity magazines and magazine extension kits.

7. The complete categorical prohibition on the sale of standard capacity magazines, and the manufacture and sale of magazine extension kits for sale to the civilian public not only in Oregon, but throughout the entire United States will have a dramatic deleterious effect on Grayguns' overall business and inflict substantial ongoing economic injury.

8.  Grayguns would continue to sell standard capacity magazines and magazine extension kits but due to Oregon's standard capacity magazine ban and the accompanying criminal sanctions and loss of liberty I fear prosecution if I were to do so.

DATED this 30th day of November, 2022.

_____
Bruce Gray
Owner
Grayguns, Inc.