James L. Buchal, OSB No. 921618
E-mail: jbuchal@mbllp.com
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR 97286
Tel:     503-227-1011
Fax:    503-573-1939
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARK FITZ, GRAYGUNS, INC.; G4 ARCHERY, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ELLEN ROSENBLUM, in her official capacity as Attorney General of the State of Oregon; and TERRI DAVIE, in her official capacity as Superintendent of the Oregon State Police, <br><br> Defendants. | Case No. <br><br> **DECLARATION OF JAMES BUCHAL IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTIONS FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, James Buchal, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

1. I am an attorney for plaintiffs, over 18 years of age, competent to testify, and have personal knowledge of the matters stated herein. I make this Declaration in support of plaintiffs' emergency motions for a temporary restraining order and

Page 1: DECLARATION OF JAMES BUCHAL IN SUPPORT OF PLAINTIFFS'
EMERGENCY MOTIONS FOR A TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION

preliminary injunction.

2. I am aware of a related case, *Oregon Firearms Federation, Inc. et al. v. Brown*, Case No. 2:22-cv-01815-IM, which also presents a Second Amendment challenge to Measure 114 that was filed on November 18, 2022, and in which an appearance has been made for the State defendants by:

> Brian S. Marshall #196129
> Senior Assistant Attorney General
> Trial Attorney
> Tel. 971-673-1880
> Fax 971-673-5000
> Brian.S.Marshall@doj.state.or.us

3. On November 30, 2022, I called Mr. Marshall shortly after noon and spoke with him to advise him that this action and its supporting papers were being filed. I followed up that call with e-mails to him at 12:28 p.m., 12:36 p.m., and 12:51 p.m. on November 30, 2022, providing him with advance copies of all documents to be filed later that day other than this Declaration, and calling his attention to a typographic error in the captions that would be fixed in the uploaded version for the Court. Mr. Marshall is also being provided today with copies of all filed documents, including this one, in the as-filed, court-conformed versions, shortly after filing.

DATED this 30th day of November, 2022.

_____
James Buchal