James L. Buchal, OSB No. 921618
E-mail:  jbuchal@mbllp.com
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR  97286
Tel:     503-227-1011
Fax:     503-573-1939
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARK FITZ, GRAYGUNS, INC.; G4 ARCHERY, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ELLEN ROSENBLUM, in her official capacity as Attorney General of the State of Oregon; TERRI DAVIE, in her official capacity as Superintendent of the Oregon State Police, <br><br> Defendants. | Case No. 3:22-cv-01859-HZ <br><br> **PLAINTIFFS' NOTICE OF RELATED CASE** |

Pursuant to LR 42-2, plaintiffs advise the Court that this case has a claim in common with *Oregon Firearms Federation, Inc. et al. v. Brown, et al.,* Case No. 2:22-cv-01815-IM, which has a hearing for emergency relief scheduled for 10:00 a.m., Friday, December 2, 2022, in which those plaintiffs seek the same emergency relief on the same claim.

Page 1:     PLAINTIFFS' NOTICE OF RELATED CASE

Dated:  December 1, 2022.   Respectfully submitted,

*s/  James L. Buchal*
James L. Buchal, OSB No. 921618
E-mail:  jbuchal@mbllp.com
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR  97286
Tel:  503-227-1011
Fax:  503-573-1939
*Attorney for Plaintiffs*