AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

MARK FITZ; GRAYGUNS, INC.; G4 ARCHERY, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,

*Plaintiff(s)*

v.

ELLEN ROSENBLUM, in her official capacity as Attorney General for the State of Oregon; and TERRI DAVIE, in her official capacity as Superintendent of the Oregon State Police,

*Defendant(s)*

Civil Action No. 3:22-cv-01859-HZ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ellen Rosenblum, in her official capacity as Attorney General for the State of Oregon
1162 Court Street NE
Salem, OR 97301-4096

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James L. Buchal
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR 97286

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 12/01/2022

By: S/S. Behrends, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

MARK FITZ; GRAYGUNS, INC.; G4 ARCHERY, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,

*Plaintiff(s)*

v.

ELLEN ROSENBLUM, in her official capacity as Attorney General for the State of Oregon; and TERRI DAVIE, in her official capacity as Superintendent of the Oregon State Police,

*Defendant(s)*

Civil Action No. 3:22-cv-01859-HZ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Terri Davie, in her official capcity as Superintendent of the Oregon State Police
3565 Trelstad Avenue, SE
Salem, OR 97317

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James L. Buchal
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR 97286

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 12/01/2022

By: s/S. Behrends, Deputy Clerk