

*UNITED STATES DISTRICT COURT*
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | December 1, 2022 |
| Case Number: | 3:22−cv−01859−IM |
| Case Title: | Fitz et al v. Rosenblum et al |

**(A)  Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Marco A. Hernandez to the Honorable Karin J. Immergut, United States District Judge. Information on this case may be obtained from the following:

>    Courtroom Deputy:     Jacob Yerke
>    Telephone:  503−326−8053
>    Email: jacob_yerke@ord.uscourts.gov
>
>    Docket Information:     Telephone:  503−326−8050

**(B)  Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)  Change to the Case Number:** Effective immediately, Judge Immergut's initials (IM) will replace the previous judge's initials in this case.

>    **MELISSA AUBIN**
>    **Clerk of Court**

cc:   Judge Immergut
      Counsel of Record