ELLEN F. ROSENBLUM
Attorney General
BRIAN SIMMONDS MARSHALL  #196129
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Brian.S.Marshall@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARK FITZ, GRAYGUNS, INC.; G4 ARCHERY, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>ELLEN ROSENBLUM, in her official capacity as Attorney General of the State of Oregon; and TERRI DAVIE, in her official capacity as the Superintendent of the Oregon State Police, <br><br>　　　　　Defendants. | Case No.  3:22-cv-01859-IM <br><br> NOTICE OF APPEARANCE |

Page 1 -   NOTICE OF APPEARANCE
　　BM2/jt3/Fitz 1859 PLD Defs' Notice of Appearance Brian S. Marshall - bsm
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## NOTICE OF APPEARANCE

Please take notice that Brian Simmonds Marshall is counsel of record for defendants Ellen Rosenblum, Attorney General of the State of Oregon, and Terri Davie, Superintendent of the Oregon State Police, in this case.

DATED December 1, 2022.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

/s/ Brian Simmonds Marshall
BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.state.or.us
Of Attorneys for Defendants

s

Page 2 -   NOTICE OF APPEARANCE
BM2/jt3/Fitz 1859 PLD Defs' Notice of Appearance Brian S. Marshall - bsm

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000