**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

    Special Assistant Attorneys General for Defendants
    Additional Counsel of Record Listed on Signature Page

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARK FITZ, GRAYGUNS, INC.; G4 ARCHERY, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br>                Plaintiffs,<br><br>        v.<br><br>ELLEN ROSENBLUM, in her official capacity as Attorney General of the State of Oregon; and TERRI DAVIE, in her official capacity as Superintendent of the Oregon State Police,<br><br>                Defendants. | Case No. 3:22-cv-01859-HZ<br><br>**NOTICE OF APPEARANCE** |

      Harry B. Wilson of Markowitz Herbold PC hereby enters his appearance as an attorney for defendants Kate Brown and Terri Davies in both their official capacities.  Brian Simmonds Marshall remains as counsel of record for defendants.  Defendants' attorneys contact information is as follows:

Page 1 -   NOTICE OF APPEARANCE

Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

Brian Simmonds Marshall
brian.s.marshall@doj.state.or.us
OREGON DEPARTMENT OF JUSTICE
Trial Division, Special Litigation Unit
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880

DATED this 1st day of December, 2022.

       ELLEN ROSENBLUM
       ATTORNEY GENERAL
       FOR THE STATE OF OREGON

    By: *s/ Harry B. Wilson*
      Harry B. Wilson, OSB #077214
      HarryWilson@MarkowitzHerbold.com
      *Special Assistant Attorney General for Defendants*

      Brian Simmonds Marshall
      brian.s.marshall@doj.state.or.us
      *Of Attorney for Defendants*

1365666

Page 2 -   NOTICE OF APPEARANCE