**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

    Special Assistant Attorneys General for Defendants
    Additional Counsel of Record Listed on Signature Page

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARK FITZ, GRAYGUNS, INC.; G4 ARCHERY, LLC; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC., | Case No. 3:22-cv-01859-HZ<br><br>**NOTICE OF APPEARANCE OF HANNAH HOFFMAN** |
| Plaintiffs, | |
| v. | |
| ELLEN ROSENBLUM, in her official capacity as Attorney General of the State of Oregon; and TERRI DAVIE, in her official capacity as Superintendent of the Oregon State Police, | |
| Defendants. | |

    Hannah K. Hoffman, of Markowitz Herbold PC hereby enters her appearance as an attorney for defendants Ellen Rosenblum and Terri Davie in both their official capacities. Harry B. Wilson and Brian Simmonds Marshall remain as counsel of record for defendants. Defendants' attorneys contact information is as follows:

**Page 1 -   NOTICE OF APPEARANCE OF HANNAH HOFFMAN**

Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Hannah K. Hoffman, OSB #183641
HannahHoffman@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

Brian Simmonds Marshall
brian.s.marshall@doj.state.or.us
OREGON DEPARTMENT OF JUSTICE
Trial Division, Special Litigation Unit
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880

DATED this 7th day of December, 2022.

        ELLEN ROSENBLUM
        ATTORNEY GENERAL
        FOR THE STATE OF OREGON

By: *s/ Hannah K. Hoffman*
   Harry B. Wilson, OSB #077214
   HarryWilson@MarkowitzHerbold.com
   Hannah K. Hoffman, OSB #183641
   HannahHoffman@MarkowitzHerbold.com

   *Special Assistant Attorney General for Defendants*

   Brian Simmonds Marshall
   brian.s.marshall@doj.state.or.us
   *Of Attorney for Defendants*

1377748

Page 2 -   NOTICE OF APPEARANCE OF HANNAH HOFFMAN