D. ANGUS LEE, OSB No. 213139
E-mail: Angus@AngusLeeLaw.com
Angus Lee Law Firm, PLLC
9105A NE HWY 99 Suite 200
Vancouver, WA 98665
Phone: 360.635.6464
Fax: 888.509.8268
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARK FITZ, et al.,<br><br>        PLAINTIFF,<br><br>vs.<br><br>ELLEN ROSENBLUM, et al.,<br><br>        DEFENDANTS. | No. 22-cv-1859-IM<br><br>NOTICE OF APPEARANCE<br>AND ASSOCIATION<br>ON BEHALF OF PLAINTIFFS |

  PLEASE BE ADVISED AND TAKE NOTICE that D. Angus Lee appears as counsel for Plaintiffs and associates with counsel already of record for Plaintiffs.

  Respectfully submitted this Saturday, December 10, 2022.

                ANGUS LEE LAW FIRM, PLLC

                *S// D. Angus Lee*
                D. Angus Lee, OSB No. 213139
                Attorneys for Plaintiffs
                Angus Lee Law Firm, PLLC
                9105A NE HWY 99 Suite 200
                Vancouver, WA 98665
                Phone: 360.635.6464 Fax: 888.509.8268
                E-mail: Angus@AngusLeeLaw.com