Michael R McLane
mmclane@lynchmurphy.com
Lynch Murphy McLane LLP
Telephone: (541) 383-5857
Matthew A Wand
matt@wandlegal.com
Wand Legal LLC
Telephone: (503) 680-8180
1000 SW Disk Dr
Bend, OR 97702

*Attorneys for Amici Curiae*

Regina Lennox (applied for pro hac vice)
rlennox@safariclub.org
Safari Club International
Telephone: (202) 543-8733
501 2nd Street NE
Washington, DC 20002

*Attorneys for Amicus Curiae Safari Club International*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATE BROWN, et al., <br><br> Defendants. | Case No. 2:22-cv-01815-IM *(Lead Case)* <br> Case No. 3:22-cv-01859-IM *(Trailing Case)* <br> Case No. 3:22-cv-01862-IM *(Trailing Case)* <br> Case No. 3:22-cv-01869-IM *(Trailing Case)* <br><br> CONSOLIDATED CASES <br><br> **UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF AND MEMORANDUM IN SUPPORT** <br><br> *(caption continued on next page)* |

Page 1 -    UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF AND MEMORANDUM IN
              SUPPORT

MARK FITZ, et al.,

                    Plaintiffs,

     v.

ELLEN F. ROSENBLUM, et al.,

                    Defendants.

KATERINA B. EYRE, TIM FREEMAN,
MAZAMA SPORTING GOODS, NATIONAL
SHOOTING SPORTS FOUNDATION, and
OREGON STATE SHOOTING ASSOCIATION,

                    Plaintiffs,

     v.

ELLEN F. ROSENBLUM, Attorney General of
Oregon, and TERRI DAVIE, Superintendent of
the Oregon State Police,

                    Defendants.

DANIEL AZZOPARDI, et al.,

                    Plaintiffs,

     v.

ELLEN F. ROSENBLUM, et al.,

                    Defendants.

## UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF AND MEMORANDUM IN SUPPORT

### LR 7-1 CERTIFICATION

Pursuant to Local Rule 7-1(a), counsel for the proposed Amici Curiae certify that they conferred in good faith with counsel for all Plaintiffs and Defendants in the consolidated cases, and no party opposes this motion.

Page 2 -    UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF AND MEMORANDUM IN
           SUPPORT

## UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF

Proposed *Amici Curiae*, a coalition representing sportsmen's and sportsmen's organizations including Oregon Hunters Association, Congressional Sportsmen's Foundation, the Rocky Mountain Elk Foundation, Sportsmen's Alliance Foundation, Oregon Wild Sheep Foundation, Safari Club International, National Deer Association, Dallas Safari Club, Delta Waterfowl, and Ducks Unlimited (together, the "Coalition"), respectfully submit this Unopposed Motion for Leave to File the Amicus Brief attached as Exhibit A. The Coalition's input will benefit the Court because the Coalition will raise legal arguments not otherwise addressed by Plaintiffs, as well as important considerations regarding the impact of Measure 114 on lawful hunting. The Coalition's members are engaged in the longstanding tradition of hunting in Oregon, and their members are the very individuals most impacted by an effective ban on firearm purchases, which will diminish their ability to carry on and pass on that tradition.

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION
## FOR LEAVE TO FILE AMICUS BRIEF

Oregon voters narrowly passed Measure 114, titled "Changes to Firearm Ownership and Purchase Requirements Initiative," which requires a new permit to purchase any firearm and restricts the purchase, sale, and continued ownership of magazines with the capacity to hold more than ten rounds. The Coalition organizations represent hundreds of thousands of hunters who use firearms to hunt, and through this hunting, assist in conservation and management of wildlife and habitat in Oregon. The Coalition's members are significantly injured by the implementation of Measure 114, which is an impermissible infringement on Second Amendment rights. The Court should exercise its discretion to grant the Unopposed Motion and allow the filing of the brief attached as Exhibit A.

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON  97702

**ARGUMENT**

## I. Identity and Interest of the Proposed Amici Curiae

Proposed A*mici Curiae* represent hundreds of thousands of sportsmen and sportswomen, recreational shooters, and conservationists. These organizations and their respective members support hunting as a wildlife conservation and management tool. They fund and participate in conservation projects including habitat protection, wildlife restoration, and similar efforts in Oregon. Each  organization has members and supporters whose interests are injured by implementation of Measure 114. They purchase, own, and use firearms as a necessary element of hunting and shooting. Their hunting tradition and their ability to introduce youth and new hunters to this tradition will also suffer.

## II. Amici Curiae Should Be Admitted in this Case

The Court has broad discretion to admit A*micus Curiae* in a case. *E.g.*, *Greater Hells Canyon Council v. Stein*, No. 17-CV-843, 2018 WL 438924, *1 (D. Or. Jan. 16, 2018). The "classic role" of *Amici* is "assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Labor & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982). "[T]here is no rule that *Amici* must be totally disinterested." *Funbus Sys., Inc. v. Cal. Pub. Utils. Comm'n.*, 801 F.2d 1120, 1125 (9th Cir. 1986) (citing *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir.1982)). Rather, the "touchstone" is that the proposed *Amicus* will provide arguments and information that assist the Court's decision-making. *California v. U.S. Dep't of Labor*, No.13-CV-2069, 2014 WL 12691095, *1 (E.D. Cal. Jan. 14, 2014) (citation omitted).

Page 4 -      UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF AND MEMORANDUM IN
              SUPPORT

This Court should exercise discretion to grant the Coalition's participation in this case by allowing the filing of Exhibit A.  As organizations that represent the interests of hunters and hunting, the Coalition has a strong interest in preventing implementation of a law that will make it essentially impossible to obtain firearms for hunting.  The Coalition can explain how Measure 114 infringes on the historical use of firearms for hunting, and why this renders the measure unconstitutional under recent Supreme Court precedent.  The Coalition can also explain practical reasons why Measure 114 infringes on hunting rights.  The Coalition will fulfill the classic role of A*micus*.

## CONCLUSION

For these reasons, the Coalition respectfully requests that the Court grant them leave to file the *Amicus Curiae* Brief attached as Exhibit A.

Respectfully Submitted,

DATED this 11th day of January 2023.


LYNCH MURPHY MCLANE LLP                    WAND LEGAL LLC

*/s/ Michael R. McLane*                          */s/ Matthew A. Wand*
Michael R McLane, OSB No. 904435           Matthew A Wand, OSB No. 004189
1000 SW Disk Dr                            1000 SW Disk Dr
Bend, OR 97702                             Bend, OR 97702
(541) 383-5857                             (541) 383-5857
mmclane@lynchmurphy.com                    matt@wandlegal.com

*Attorneys for Amicus*                         *Attorneys for Amicus*

Regina Lennox (applied for admission pro hac vice)
rlennox@safariclub.org
Safari Club International
501 2nd Street NE
Washington, DC 20002
(202) 543-8733

*Attorney for Amicus Curiae Safari Club International*


Page 5 -    UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF AND MEMORANDUM IN
            SUPPORT

**CERTIFICATE OF SERVICE**

In accordance with Fed. R. Civ. P. 5(b)(2)(E) and LR5-1, I hereby certify that on January 11, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

DATED this 11th day of January 2023.

LYNCH MURPHY MCLANE LLP

/s/ Michael R. McLane
Michael R McLane, OSB No. 904435
1000 SW Disk Dr
Bend, OR 97702
(541) 383-5857
mmclane@lynchmurphy.com

*Attorneys for Amicus*

WAND LEGAL LLC

/s/ Matthew A. Wand
Matthew A Wand, OSB No. 004189
1000 SW Disk Dr
Bend, OR 97702
(541) 383-5857
matt@wandlegal.com

*Attorneys for Amicus*

Regina Lennox (applied for admission pro hac vice)
rlennox@safariclub.org
Safari Club International
501 2nd Street NE
Washington, DC 20002
(202) 543-8733

*Attorney for Amicus Curiae*
*Safari Club International*

Page 1 -    CERTIFICATE OF SERVICE