Michael R McLane
mmclane@lynchmurphy.com
Lynch Murphy McLane LLP
1000 SW Disk Dr
Bend, OR 97702
Telephone: (541) 383-5857

Matthew A Wand
matt@wandlegal.com
Wand Legal LLC
1000 SW Disk Dr
Bend, OR 97702
Telephone: (503) 680-8180

*Attorneys for Amicus*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | Case No. 2:22-cv-01815-IM *(Lead Case)*<br>Case No. 3:22-cv-01859-IM *(Trailing Case)*<br>Case No. 3:22-cv-01862-IM *(Trailing Case)*<br>Case No. 3:22-cv-01869-IM *(Trailing Case)* |
| Plaintiffs, | |
| v. | CONSOLIDATED CASES |
| KATE BROWN, et al., | ***AMICUS CURIAE* ASIAN PACIFIC AMERICAN GUN OWNERS ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | |
| | *(caption continued on next page)* |

Page 1 -   AMICUS CURIAE ASIAN PACIFIC AMERICAN GUN OWNERS ASSOCIATION'S
            CORPORATE DISCLOSURE STATEMENT

MARK FITZ, et al.,

                        Plaintiffs,

     v.

ELLEN F. ROSENBLUM, et al.,

                        Defendants.

KATERINA B. EYRE, TIM FREEMAN, MAZAMA SPORTING GOODS, NATIONAL SHOOTING SPORTS FOUNDATION, and OREGON STATE SHOOTING ASSOCIATION,

                        Plaintiffs,

     v.

ELLEN F. ROSENBLUM, Attorney General of Oregon, and TERRI DAVIE, Superintendent of the Oregon State Police,

                        Defendants.

DANIEL AZZOPARDI, et al.,

                        Plaintiffs,

     v.

ELLEN F. ROSENBLUM, et al.,

                        Defendants.

TO:       THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, PENDLETON DIVISION:

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, ASIAN PACIFIC AMERICAN GUN OWNERS ASSOCIATION, a Texas corporation, recognized under section 501(c)(3) of the Internal Revenue Code, states as follows:

ASIAN PACIFIC AMERICAN GUN OWNERS ASSOCIATION is a nonprofit organization promoting safe and responsible gun ownership within the Asian Pacific American

Page 2 -    AMICUS CURIAE ASIAN PACIFIC AMERICAN GUN OWNERS ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT

community by providing educational materials and other supportive resources to the Asian

Pacific American community and other interested parties organized, formed, and existing under

the Texas state laws.  ASIAN PACIFIC AMERICAN GUN OWNERS ASSOCIATION has no

parent corporation and no publicly traded corporation that currently owns 10% or more of its

stock.

      Respectfully Submitted,

      DATED this 11th day of January 2023.

                LYNCH MURPHY MCLANE LLP

                */s/ Michael R. McLane*
                Michael R McLane, OSB No. 904435
                1000 SW Disk Dr
                Bend, OR 97702
                (541) 383-5857
                mmclane@lynchmurphy.com

                WAND LEGAL LLC

                */s/ Matthew A. Wand*
                Matthew A Wand, OSB No. 004189
                1000 SW Disk Dr
                Bend, OR 97702
                (541) 383-5857
                matt@wandlegal.com

                *Attorneys for Amicus*

Page 3 -     AMICUS CURIAE ASIAN PACIFIC AMERICAN GUN OWNERS ASSOCIATION'S
               CORPORATE DISCLOSURE STATEMENT

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON  97702

**CERTIFICATE OF SERVICE**

In accordance with Fed. R. Civ. P. 5(b)(2)(E) and LR5-1, I hereby certify that on January 11, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

DATED this 11th day of January 2023.

LYNCH MURPHY MCLANE LLP

*/s/ Michael R. McLane*
Michael R McLane, OSB No. 904435
1000 SW Disk Dr
Bend, OR 97702
(541) 383-5857
mmclane@lynchmurphy.com

WAND LEGAL LLC

*/s/ Matthew A. Wand*
Matthew A Wand, OSB No. 004189
1000 SW Disk Dr
Bend, OR 97702
(541) 383-5857
matt@wandlegal.com

*Attorneys for Amicus*

Page 1 -    CERTIFICATE OF SERVICE