Exhibit F. List of Gun Violence Archive Mass Shootings Resulting in Four or More Deaths, 2013-2022

## 2013

|    | Incident ID | Incident Date | # Killed |
|----|-------------|---------------|----------|
| 1  | 480366      | 16-Sep-13     | 13       |
| 2  | 491265      | 26-Jul-13     | 7        |
| 3  | 489581      | 7-Jun-13      | 6        |
| 4  | 485811      | 24-Apr-13     | 6        |
| 5  | 492914      | 29-Oct-13     | 5        |
| 6  | 480605      | 20-Sep-13     | 5        |
| 7  | 486142      | 11-May-13     | 5        |
| 8  | 484333      | 21-Apr-13     | 5        |
| 9  | 482856      | 13-Mar-13     | 5        |
| 10 | 479363      | 19-Jan-13     | 5        |
| 11 | 495332      | 1-Dec-13      | 4        |
| 12 | 494155      | 23-Nov-13     | 4        |
| 13 | 493882      | 11-Nov-13     | 4        |
| 14 | 493109      | 5-Nov-13      | 4        |
| 15 | 480981      | 9-Oct-13      | 4        |
| 16 | 479747      | 12-Sep-13     | 4        |
| 17 | 492276      | 25-Aug-13     | 4        |
| 18 | 492001      | 14-Aug-13     | 4        |
| 19 | 491698      | 7-Aug-13      | 4        |
| 20 | 491253      | 26-Jul-13     | 4        |
| 21 | 490245      | 1-Jul-13      | 4        |
| 22 | 484317      | 18-Apr-13     | 4        |
| 23 | 480358      | 19-Feb-13     | 4        |
| 24 | 480344      | 12-Feb-13     | 4        |
| 25 | 478948      | 7-Jan-13      | 4        |

## 2014

|    | Incident ID | Incident Date | # Killed |
|----|-------------|---------------|----------|
| 1  | 192851      | 18-Sep-14     | 8        |
| 2  | 263556      | 15-Dec-14     | 7        |
| 3  | 156670      | 9-Jul-14      | 6        |
| 4  | 210363      | 24-Oct-14     | 5        |
| 5  | 168844      | 3-Aug-14      | 5        |
| 6  | 164513      | 26-Jul-14     | 5        |
| 7  | 144524      | 8-Jun-14      | 5        |
| 8  | 97365       | 16-Jan-14     | 5        |
| 9  | 282186      | 22-Dec-14     | 4        |
| 10 | 266407      | 20-Dec-14     | 4        |
| 11 | 223651      | 22-Nov-14     | 4        |
| 12 | 223799      | 22-Nov-14     | 4        |
| 13 | 221347      | 15-Nov-14     | 4        |
| 14 | 211348      | 26-Oct-14     | 4        |
| 15 | 204254      | 8-Oct-14      | 4        |
| 16 | 180007      | 24-Aug-14     | 4        |
| 17 | 138282      | 23-May-14     | 4        |

|    | Incident ID | Incident Date | # Killed |
|----|-------------|---------------|----------|
| 18 | 131998      | 3-May-14      | 4        |
| 19 | 121031      | 2-Apr-14      | 4        |
| 20 | 109957      | 25-Feb-14     | 4        |
| 21 | 108691      | 20-Feb-14     | 4        |
| 22 | 108649      | 20-Feb-14     | 4        |
| 23 | 140117      | 30-Jan-14     | 4        |

2015

|    | Incident ID | Incident Date | # Killed |
|----|-------------|---------------|----------|
| 1  | 456893      | 2-Dec-15      | 16       |
| 2  | 423223      | 1-Oct-15      | 10       |
| 3  | 359830      | 17-Jun-15     | 9        |
| 4  | 341622      | 17-May-15     | 9        |
| 5  | 390526      | 8-Aug-15      | 8        |
| 6  | 298122      | 26-Feb-15     | 8        |
| 7  | 418318      | 17-Sep-15     | 6        |
| 8  | 375022      | 16-Jul-15     | 6        |
| 9  | 448419      | 15-Nov-15     | 5        |
| 10 | 412040      | 7-Sep-15      | 5        |
| 11 | 379166      | 22-Jul-15     | 5        |
| 12 | 353854      | 7-Jun-15      | 5        |
| 13 | 339229      | 12-May-15     | 5        |
| 14 | 324424      | 16-Apr-15     | 5        |
| 15 | 289811      | 7-Feb-15      | 5        |
| 16 | 452007      | 23-Nov-15     | 4        |
| 17 | 446996      | 13-Nov-15     | 4        |
| 18 | 440743      | 2-Nov-15      | 4        |
| 19 | 390050      | 7-Aug-15      | 4        |
| 20 | 374630      | 15-Jul-15     | 4        |
| 21 | 357164      | 13-Jun-15     | 4        |
| 22 | 333750      | 3-May-15      | 4        |
| 23 | 312119      | 24-Mar-15     | 4        |
| 24 | 296215      | 22-Feb-15     | 4        |
| 25 | 286810      | 31-Jan-15     | 4        |
| 26 | 282956      | 24-Jan-15     | 4        |
| 27 | 276459      | 9-Jan-15      | 4        |

2016

|    | Incident ID | Incident Date | # Killed |
|----|-------------|---------------|----------|
| 1  | 577157      | 12-Jun-16     | 50       |
| 2  | 545525      | 22-Apr-16     | 8        |
| 3  | 546022      | 22-Apr-16     | 6        |
| 4  | 519541      | 9-Mar-16      | 6        |
| 5  | 508640      | 20-Feb-16     | 6        |
| 6  | 494378      | 27-Jan-16     | 6        |
| 7  | 727759      | 17-Dec-16     | 5        |
| 8  | 661703      | 23-Sep-16     | 5        |

| | Incident ID | Incident Date | # Killed |
|---|---|---|---|
| 9 | 634819 | 20-Aug-16 | 5 |
| 10 | 623195 | 6-Aug-16 | 5 |
| 11 | 604762 | 17-Jul-16 | 5 |
| 12 | 597756 | 7-Jul-16 | 5 |
| 13 | 592207 | 29-Jun-16 | 5 |
| 14 | 577574 | 11-Jun-16 | 5 |
| 15 | 565244 | 15-May-16 | 5 |
| 16 | 518436 | 7-Mar-16 | 5 |
| 17 | 512073 | 26-Feb-16 | 5 |
| 18 | 509897 | 23-Feb-16 | 5 |
| 19 | 733176 | 24-Dec-16 | 4 |
| 20 | 725323 | 9-Dec-16 | 4 |
| 21 | 719128 | 5-Dec-16 | 4 |
| 22 | 686312 | 27-Oct-16 | 4 |
| 23 | 676663 | 15-Oct-16 | 4 |
| 24 | 668279 | 1-Oct-16 | 4 |
| 25 | 651957 | 8-Sep-16 | 4 |
| 26 | 610379 | 23-Jul-16 | 4 |
| 27 | 511436 | 25-Feb-16 | 4 |
| 28 | 590221 | 19-Feb-16 | 4 |

2017

| | Incident ID | Incident Date | # Killed |
|---|---|---|---|
| 1 | 946496 | 1-Oct-17 | 59 |
| 2 | 980577 | 5-Nov-17 | 27 |
| 3 | 930569 | 10-Sep-17 | 9 |
| 4 | 853756 | 27-May-17 | 8 |
| 5 | 987611 | 14-Nov-17 | 6 |
| 6 | 859875 | 5-Jun-17 | 6 |
| 7 | 868363 | 15-Jun-17 | 5 |
| 8 | 813821 | 7-Apr-17 | 5 |
| 9 | 800363 | 22-Mar-17 | 5 |
| 10 | 743995 | 6-Jan-17 | 5 |
| 11 | 1018118 | 31-Dec-17 | 4 |
| 12 | 957562 | 11-Oct-17 | 4 |
| 13 | 952720 | 5-Oct-17 | 4 |
| 14 | 933957 | 15-Sep-17 | 4 |
| 15 | 920513 | 24-Aug-17 | 4 |
| 16 | 917820 | 21-Aug-17 | 4 |
| 17 | 883058 | 5-Jul-17 | 4 |
| 18 | 866933 | 14-Jun-17 | 4 |
| 19 | 832528 | 30-Apr-17 | 4 |
| 20 | 813943 | 7-Apr-17 | 4 |
| 21 | 807618 | 30-Mar-17 | 4 |
| 22 | 779582 | 21-Feb-17 | 4 |
| 23 | 771826 | 9-Feb-17 | 4 |
| 24 | 768243 | 6-Feb-17 | 4 |

| | Incident ID | Incident Date | # Killed |
|---|---|---|---|
| 25 | 1025158 | 27-Jan-17 | 4 |

### 2018

| | Incident ID | Incident Date | # Killed |
|---|---|---|---|
| 1 | 1049217 | 14-Feb-18 | 17 |
| 2 | 1249561 | 7-Nov-18 | 13 |
| 3 | 1241819 | 27-Oct-18 | 11 |
| 4 | 1118785 | 18-May-18 | 10 |
| 5 | 1209006 | 12-Sep-18 | 6 |
| 6 | 1138324 | 11-Jun-18 | 6 |
| 7 | 1233663 | 15-Oct-18 | 5 |
| 8 | 1173476 | 27-Jul-18 | 5 |
| 9 | 1160253 | 9-Jul-18 | 5 |
| 10 | 1151584 | 28-Jun-18 | 5 |
| 11 | 1116705 | 16-May-18 | 5 |
| 12 | 1057518 | 26-Feb-18 | 5 |
| 13 | 1046961 | 10-Feb-18 | 5 |
| 14 | 1037529 | 28-Jan-18 | 5 |
| 15 | 1287286 | 28-Dec-18 | 4 |
| 16 | 1258804 | 19-Nov-18 | 4 |
| 17 | 1254225 | 13-Nov-18 | 4 |
| 18 | 1232288 | 13-Oct-18 | 4 |
| 19 | 1213926 | 20-Sep-18 | 4 |
| 20 | 1211659 | 17-Sep-18 | 4 |
| 21 | 1204538 | 6-Sep-18 | 4 |
| 22 | 1185520 | 12-Aug-18 | 4 |
| 23 | 1096826 | 22-Apr-18 | 4 |
| 24 | 1095043 | 18-Apr-18 | 4 |
| 25 | 1047761 | 11-Feb-18 | 4 |
| 26 | 1038429 | 28-Jan-18 | 4 |

### 2019

| | Incident ID | Incident Date | # Killed |
|---|---|---|---|
| 1 | 1466705 | 3-Aug-19 | 23 |
| 2 | 1410442 | 31-May-19 | 13 |
| 3 | 1467828 | 4-Aug-19 | 10 |
| 4 | 1492441 | 31-Aug-19 | 8 |
| 5 | 1568230 | 10-Dec-19 | 6 |
| 6 | 1550546 | 16-Nov-19 | 6 |
| 7 | 1327321 | 15-Feb-19 | 6 |
| 8 | 1539347 | 31-Oct-19 | 5 |
| 9 | 1525476 | 12-Oct-19 | 5 |
| 10 | 1521226 | 7-Oct-19 | 5 |
| 11 | 1495192 | 2-Sep-19 | 5 |
| 12 | 1461352 | 28-Jul-19 | 5 |
| 13 | 1441721 | 6-Jul-19 | 5 |
| 14 | 1429810 | 23-Jun-19 | 5 |

4

Ex. F - Klarevas Decl.
Page 4 of 7

| | Incident ID | Incident Date | # Killed |
|---|---|---|---|
| 15 | 1428047 | 21-Jun-19 | 5 |
| 16 | 1418180 | 8-Jun-19 | 5 |
| 17 | 1328562 | 16-Feb-19 | 5 |
| 18 | 1324279 | 11-Feb-19 | 5 |
| 19 | 1312284 | 26-Jan-19 | 5 |
| 20 | 1309114 | 23-Jan-19 | 5 |
| 21 | 1573754 | 17-Dec-19 | 4 |
| 22 | 1565216 | 6-Dec-19 | 4 |
| 23 | 1551531 | 17-Nov-19 | 4 |
| 24 | 1537992 | 30-Oct-19 | 4 |
| 25 | 1525062 | 12-Oct-19 | 4 |
| 26 | 1520330 | 6-Oct-19 | 4 |
| 27 | 1515327 | 29-Sep-19 | 4 |
| 28 | 1512486 | 21-Sep-19 | 4 |
| 29 | 1503192 | 12-Sep-19 | 4 |
| 30 | 1460448 | 28-Jul-19 | 4 |
| 31 | 1457165 | 25-Jul-19 | 4 |
| 32 | 1394330 | 13-May-19 | 4 |
| 33 | 1382711 | 28-Apr-19 | 4 |
| 34 | 1320286 | 3-Feb-19 | 4 |
| 35 | 1310775 | 24-Jan-19 | 4 |
| 36 | 1310397 | 24-Jan-19 | 4 |

2020

| | Incident ID | Incident Date | # Killed |
|---|---|---|---|
| 1 | 1788352 | 7-Sep-20 | 7 |
| 2 | 1697453 | 4-Jun-20 | 7 |
| 3 | 1640295 | 15-Mar-20 | 7 |
| 4 | 1908063 | 8-Dec-20 | 6 |
| 5 | 1703044 | 11-Jun-20 | 6 |
| 6 | 1629488 | 26-Feb-20 | 6 |
| 7 | 1886721 | 25-Dec-20 | 5 |
| 8 | 1885251 | 22-Dec-20 | 5 |
| 9 | 1749873 | 29-Jul-20 | 5 |
| 10 | 1666945 | 27-Apr-20 | 5 |
| 11 | 1640317 | 15-Mar-20 | 5 |
| 12 | 1606476 | 24-Jan-20 | 5 |
| 13 | 1876727 | 13-Dec-20 | 4 |
| 14 | 1866100 | 30-Nov-20 | 4 |
| 15 | 1842362 | 3-Nov-20 | 4 |
| 16 | 1765336 | 15-Aug-20 | 4 |
| 17 | 1739917 | 19-Jul-20 | 4 |
| 18 | 1728683 | 7-Jul-20 | 4 |
| 19 | 1725081 | 4-Jul-20 | 4 |
| 20 | 1712342 | 22-Jun-20 | 4 |
| 21 | 1682233 | 17-May-20 | 4 |
| 22 | 1615155 | 5-Feb-20 | 4 |

|    | Incident ID | Incident Date | # Killed |
|----|-------------|---------------|----------|
| 23 | 1599331     | 17-Jan-20     | 4        |

## 2021

|    | Incident ID | Incident Date | # Killed |
|----|-------------|---------------|----------|
| 1  | 2015730     | 26-May-21     | 10       |
| 2  | 1958652     | 22-Mar-21     | 10       |
| 3  | 1978635     | 15-Apr-21     | 9        |
| 4  | 1954379     | 16-Mar-21     | 8        |
| 5  | 1999125     | 9-May-21      | 7        |
| 6  | 1971410     | 7-Apr-21      | 7        |
| 7  | 2198521     | 27-Dec-21     | 6        |
| 8  | 1969221     | 3-Apr-21      | 6        |
| 9  | 1917909     | 2-Feb-21      | 6        |
| 10 | 1898261     | 9-Jan-21      | 6        |
| 11 | 2177416     | 28-Nov-21     | 5        |
| 12 | 2074406     | 25-Jul-21     | 5        |
| 13 | 2035452     | 15-Jun-21     | 5        |
| 14 | 1989840     | 28-Apr-21     | 5        |
| 15 | 1963598     | 28-Mar-21     | 5        |
| 16 | 1910136     | 24-Jan-21     | 5        |
| 17 | 2201716     | 31-Dec-21     | 4        |
| 18 | 2178487     | 30-Nov-21     | 4        |
| 19 | 2179099     | 30-Nov-21     | 4        |
| 20 | 2166750     | 14-Nov-21     | 4        |
| 21 | 2147301     | 21-Oct-21     | 4        |
| 22 | 2147042     | 20-Oct-21     | 4        |
| 23 | 2125444     | 25-Sep-21     | 4        |
| 24 | 2124396     | 24-Sep-21     | 4        |
| 25 | 2115947     | 12-Sep-21     | 4        |
| 26 | 2108414     | 5-Sep-21      | 4        |
| 27 | 2108302     | 5-Sep-21      | 4        |
| 28 | 2068568     | 20-Jul-21     | 4        |
| 29 | 2066905     | 18-Jul-21     | 4        |
| 30 | 2014381     | 24-May-21     | 4        |
| 31 | 1998476     | 8-May-21      | 4        |
| 32 | 1966181     | 31-Mar-21     | 4        |
| 33 | 1954950     | 16-Mar-21     | 4        |
| 34 | 1952161     | 13-Mar-21     | 4        |

## 2022

|   | Incident ID | Incident Date | # Killed |
|---|-------------|---------------|----------|
| 1 | 2310278     | 24-May-22     | 22       |
| 2 | 2301751     | 14-May-22     | 10       |
| 3 | 2447217     | 27-Oct-22     | 8        |
| 4 | 2348384     | 4-Jul-22      | 8        |
| 5 | 2227058     | 5-Feb-22      | 8        |
| 6 | 2465761     | 22-Nov-22     | 7        |

| | | | |
|---|---|---|---|
| 7 | 2444683 | 21-Oct-22 | 6 |
| 8 | 2319567 | 2-Jun-22 | 6 |
| 9 | 2269082 | 3-Apr-22 | 6 |
| 10 | 2218159 | 23-Jan-22 | 6 |
| 11 | 2463465 | 19-Nov-22 | 5 |
| 12 | 2452798 | 4-Nov-22 | 5 |
| 13 | 2436826 | 13-Oct-22 | 5 |
| 14 | 2434247 | 9-Oct-22 | 5 |
| 15 | 2431069 | 5-Oct-22 | 5 |
| 16 | 2426627 | 29-Sep-22 | 5 |
| 17 | 2410446 | 9-Sep-22 | 5 |
| 18 | 2377338 | 2-Aug-22 | 5 |
| 19 | 2318310 | 1-Jun-22 | 5 |
| 20 | 2283535 | 20-Apr-22 | 5 |
| 21 | 2243861 | 28-Feb-22 | 5 |
| 22 | 2464943 | 20-Nov-22 | 4 |
| 23 | 2462457 | 18-Nov-22 | 4 |
| 24 | 2452673 | 4-Nov-22 | 4 |
| 25 | 2448366 | 30-Oct-22 | 4 |
| 26 | 2439423 | 17-Oct-22 | 4 |
| 27 | 2439284 | 9-Oct-22 | 4 |
| 28 | 2432893 | 7-Oct-22 | 4 |
| 29 | 2399755 | 28-Aug-22 | 4 |
| 30 | 2379499 | 5-Aug-22 | 4 |
| 31 | 2379020 | 4-Aug-22 | 4 |
| 32 | 2362011 | 17-Jul-22 | 4 |
| 33 | 2361614 | 16-Jul-22 | 4 |
| 34 | 2323642 | 7-Jun-22 | 4 |
| 35 | 2313970 | 27-May-22 | 4 |
| 36 | 2288842 | 27-Apr-22 | 4 |
| 37 | 2285267 | 21-Apr-22 | 4 |
| 38 | 2217882 | 23-Jan-22 | 4 |

Source: https://www.gunviolencearchive.org/mass-shooting (downloaded February 3, 2023)

7

Ex. F - Klarevas Decl.
Page 7 of 7