

Mass Shootings Resulting in Double-Digit Fatalities in American History (1776-2022)

Ex. H - Klarevas Decl.

Page 1 of 2



**Mass Shootings Resulting in Double-Digit Fatalities in American History (1949-2022)**

- Assault Weapons and Large-Capacity Magazines Involved
- Large Capacity Magazine Involved (But Not Assault Weapon Involved)
- No Large-Capacity Magazines or Assault Weapons Involved