

**Ex. B - Sweeney Decl.**
**Page 1 of 1**