Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

_____

OREGON FIREARMS FEDERATION,   )
INC., et al.,                 )
                              )
            Plaintiffs,       )
                              ) Case Nos.
    v.                        ) 2:22-cv-01815-IM
                              ) 3:22-cv-01859-IM
KATE BROWN, et al.,           ) 3:22-cv-01862-IM
                              ) 3:22-CV-01869-IM
            Defendants.       )
_____)
                              )
                              )
        (Continued)           )
_____

\* VIDEOCONFERENCE \*

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF EXPERT

STEPHEN C. HELSLEY
_____

Witness located in:

El Dorado Hills, California


\* All participants appeared via videoconference \*


DATE TAKEN:   January 19, 2023

REPORTED BY:  Tia B. Reidt, Washington RPR, CSR #2798
                         Oregon #22-0001
_____

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Case 3:22-cv-01859-IM   Document 94-1   Filed 02/06/23   Page 2 of 5
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Stephen C. Helsley

Page 2

```
 1            (Continued)              )
                                       )
 2   MARK FITZ, et al.,                )
                                       )
 3                   Plaintiffs,       )
           v.                          )
 4                                     )
     ELLEN F. ROSENBLUM, et al.,       )
 5                                     )
                     Defendants.       )
 6   _____)
     KATERINA B. EYRE, et al.,         )
 7                                     )
                     Plaintiffs,       )
 8         v.                          )
                                       )
 9   ELLEN F. ROSENBLUM, et al.,       )
                                       )
10                   Defendants.       )
     _____)
11   DANIEL AZZOPARDI, et al.,         )
                                       )
12                   Plaintiffs,       )
           v.                          )
13                                     )
     ELLEN F. ROSENBLUM, et al.,       )
14                                     )
                     Defendants.       )
15   _____
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                          APPEARANCES

 2
     For Oregon Firearms Federation and the Witness:
 3
                  LEONARD WILLIAMSON
 4                VAN NESS WILLIAMSON
                  960 Liberty Street SE, Suite 100
 5                Salem, OR 97302
                  (503) 365-8800
 6                L.williamson@vwllp.com

 7
     For the State of Oregon Defendants:
 8
                  HARRY WILSON
 9                MARKOWITZ HERBOLD
                  1455 SW Broadway, Suite 1900
10                Portland, OR 97201
                  (503) 972-5076
11                HarryWilson@markowitzherbold.com

12

13   For the Proposed Intervenor-Defendant Oregon Alliance
     for Gun Safety:
14
                  ZACHARY J. PEKELIS
15                W. SCOTT FERRON
                  PACIFICA LAW GROUP
16                1191 Second Avenue, Suite 2000
                  Seattle, WA 98101
17                (206) 245-1700
                  Zach.Pekelis@PacificaLawGroup.com
18
     Videographer:
19
                  CATHY ZAK
20                BUELL REALTIME REPORTING
                  1325 Fourth Avenue, Suite 1840
21                Seattle, WA 98101
                  (206) 287-9066
22                Info@buellrealtime.com

23                     *   *   *   *   *

24

25
```

Case 3:22-cv-01859-IM    Document 94-1    Filed 02/06/23    Page 4 of 5
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Stephen C. Helsley

Page 47

1      A.   Yes.  Assuming it's the right one.
2      Q.   And can most popular handguns function with
3   10-round magazines?
4      A.   As long as the magazine is designed for that
5   particular firearm, yes.
6      Q.   In Paragraph 10 of your declaration -- so I'm
7   now on to page 6.
8      A.   Okay.
9      Q.   You discuss -- you discuss the AR rifle.
10          Do you see where I am in Paragraph 10?
11     A.   Yes.
12     Q.   Who is the original manufacturer of the AR
13  rifle?
14     A.   Well, it was the Armorlite Corporation, which
15  was -- was it Fairchild?  Well, it got sold to Colt,
16  but Colt was not the original.
17     Q.   So Colt -- Colt bought the trademark rights to
18  AR somewhere around 1959; correct?
19     A.   Approximately, yes.
20     Q.   And then isn't it correct that Colt
21  manufactured what they called an AR-15 rifle that came
22  standard with a five-round magazine in the 1960s?
23     A.   Five-round.  If they did, I'm unaware of it.
24  I don't know that I've seen such a magazine.  It's
25  certainly not inconceivable that they did, but it's not

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

2d2d2168-0c87-408d-8a37-17183014be83

Ex. 1 - Dodd Decl.
Page 4 of 5

Case 3:22-cv-01859-IM   Document 94-1   Filed 02/06/23   Page 5 of 5

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Stephen C. Helsley

Page 106

```
 1                C E R T I F I C A T E
 2
 3   STATE OF WASHINGTON
 4   COUNTY OF PIERCE
 5
 6        I, Tia Reidt, a Certified Court Reporter in and
 7   for the State of Washington, do hereby certify that the
 8   foregoing transcript of the deposition of STEPHEN C.
 9   HELSLEY, having been duly sworn, on January 19, 2023, is
10   true and accurate to the best of my knowledge, skill and
11   ability.
12        IN WITNESS WHEREOF, I have hereunto set my hand
13   and seal this 26th day of January, 2023.
14
15
16   _____
17        /S/ Tia B. Reidt
          Tia B. Reidt, RPR, CSR Oregon #22-0001
18        NOTARY PUBLIC, State of
          Washington.
19        My commission expires
          5/15/2026.
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989