Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

_____

| OREGON FIREARMS FEDERATION, INC., et al., | ) ) ) |  |
|---|---|---|
| Plaintiffs, | ) ) ) | Case No. |
| v. | ) ) | 2:22-cv-01815-IM 3:22-cv-01859-IM |
| KATE BROWN, et al., | ) ) | 3:22-cv-01862-IM 3:22-cv-01869-IM |
| Defendants. | ) ) |  |
| _____ | ) ) ) |  |
| (Continued) | ) |  |

_____

* VIDEOCONFERENCE *
VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
OF EXPERT
GARY D. KLECK
_____

Witness located in:

Tallahassee, Florida


* All participants appeared via videoconference *



DATE TAKEN:   January 25, 2023

REPORTED BY:  Tia B. Reidt, Washington RPR, CSR #2798
              Oregon #22-0001

Page 2

```
 1  _____
 2              (Continued)              )
                                         )
 3   MARK FITZ, et al.,                  )
                                         )
 4               Plaintiffs,             )
         v.                              )
 5                                       )
     ELLEN F. ROSENBLUM, et al.,         )
 6                                       )
                 Defendants.             )
 7   _____        )
     KATERINA B. EYRE, et al.,           )
 8                                       )
                 Plaintiffs,             )
 9       v.                              )
                                         )
10   ELLEN F. ROSENBLUM, et al.,         )
                                         )
11               Defendants.             )
     _____        )
12   DANIEL AZZOPARDI, et al.,           )
                                         )
13               Plaintiffs,             )
         v.                              )
14                                       )
     ELLEN F. ROSENBLUM, et al.,         )
15                                       )
                 Defendants.             )
16   _____
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                        APPEARANCES
 2   For Oregon Firearms Federation:
 3            LEONARD WILLIAMSON
              VAN NESS WILLIAMSON
 4            960 Liberty Street SE, Suite 100
              Salem, OR 97302
 5            (503) 365-8800
              L.williamson@vwllp.com
 6
 7   For the non-intervenor defendants, governor, the
     Attorney General, and the superintendent of the Oregon
 8   state police:
 9            BRIAN MARSHALL
              OREGON DEPARTMENT OF JUSTICE
10            SPECIAL LITIGATION UNIT
              100 SW Market Street
11            Portland, OR 97201
              (971) 673-1800
12            Brian.S.Marshall@doj.state.or.us
13
     For the Proposed Intervenor-Defendant Oregon Alliance
14   For Gun Safety:
15            ZACHARY J. PEKELIS
              W. SCOTT FERRON
16            PACIFICA LAW GROUP
              1191 Second Avenue, Suite 2000
17            Seattle, WA 98101
              (206) 245-1700
18            Zach.Pekelis@PacificaLawGroup.com
19
     Videographer:
20
              BROOK YOUNG
21            Buell Realtime Reporting
              1325 Fourth Avenue, Suite 1840
22            Seattle, WA 98101
              (206) 287-9066
23            Brook@BuellRealtime.com
24
                     *   *   *   *   *
25
```

Page 76

1  the criticisms, which is not a scholarly practice.  You
2  know, scholars will respond to criticism with some kind
3  of a rebuttal, but those who are big fans of the notion
4  that defensive gun use is rare simply don't respond.
5      Q.  Are you familiar with William English of
6  Georgetown University?
7      A.  Yeah.  Yeah.
8      Q.  Are you familiar with the 2021 National
9  Firearms Survey he's posted on SSRN?
10     A.  Yeah.
11     Q.  What do you think of that survey?
12     A.  I don't think you can rely on it.
13     Q.  Why not?
14     A.  He's vague about exactly how he developed his
15 sample.  And there's nothing in his report to
16 contradict the assumption that what he had was a
17 self-selected sample, where people were in effect --
18 who arrived at, let's say, a website were invited to
19 participate.  And that's not a valid sample technique
20 to generate a sample that's representative of the
21 larger US population.
22     Q.  Why does that matter?
23     A.  Well, because you can't then generalize the
24 results from your sample to the population as a whole.
25 You only know, well, this was what was true in my

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

3fe9a52f-5c47-40f5-80d9-0afed9abd05b
Ex. 3 - Dodd Decl.
Page 4 of 6

Case 3:22-cv-01859-IM   Document 94-3   Filed 02/06/23   Page 5 of 6
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Gary D. Kleck

Page 77

1  sample, which was to some extent self-selected, but you
2  can't know that it applies in any way, shape, or form,
3  to the US population as a whole.
4      Q.  Do you have other concerns with - with the
5  2021 National Firearms Survey that Dr. English posted
6  on SSRN?
7      A.  No.  That's sufficient.
8      Q.  Without -- without that information that is
9  missing, you would not rely on that survey for any
10  purpose?
11      A.  That is correct.  I would not rely.
12      Q.  Your thesis is that -- about the NRA defensive
13  use data, that NRA staff intentionally omit stories of
14  defensive gun use that have greater than ten rounds
15  fired?
16      A.  I think they omit any kind of an incident that
17  would make defensive gun use look less reputable, less
18  responsible.  If there's an excessive number of rounds
19  fired, they would be very reluctant to include that
20  among the incidents they publicize by putting it into
21  the armed citizen column.
22      Q.  Why do you think that firing more than ten
23  rounds is excessive?
24      A.  Well, it's unusual, for starters.  And many
25  people would interpret it as indiscriminate fire.  They

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

3fe9a52f-5c47-40f5-80d9-0afed9abd05b
Ex. 3 - Dodd Decl.
Page 5 of 6

Page 151

```
 1                    C E R T I F I C A T E
 2
 3   STATE OF WASHINGTON
 4   COUNTY OF PIERCE
 5
 6        I, Tia Reidt, a Certified Court Reporter in and
 7   for the State of Washington, do hereby certify that the
 8   foregoing transcript of the deposition of GARY D. KLECK,
 9   having been duly sworn, on January 25, 2023, is true and
10   accurate to the best of my knowledge, skill and ability.
11        Reading and signing was requested pursuant to
12   FRCP Rule 30(e).
13        IN WITNESS WHEREOF, I have hereunto set my hand
14   and seal this 1st day of February, 2023.
15
16
17
18   _____ 
19        /S/ Tia B. Reidt
         Tia B. Reidt, RPR, CSR #22-0001
20       NOTARY PUBLIC, State of
         Washington.
21       My commission expires
         5/15/2026.
22
23
24
25
```