Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) ) Case Nos. |
| v. | ) 2:22-cv-01815-IM ) 3:22-cv-01859-IM |
| KATE BROWN, et al., | ) 3:22-cv-01862-IM ) 3:22-CV-01869-IM |
| Defendants. | ) ) |
| _____ | ) ) ) |
| (Continued) | ) |

_____

\* VIDEOCONFERENCE \*
VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
OF EXPERT
CLAYTON CRAMER
_____

Witness located in:

Middleton, Idaho


\* All participants appeared via videoconference \*



DATE TAKEN:    January 19, 2023

REPORTED BY:  Tia B. Reidt, Washington RPR, CSR #2798
                          Oregon #22-0001

Page 2

```
                                    )
            (Continued)             )
                                    )
  MARK FITZ, et al.,                )
                                    )
                 Plaintiffs,        )
       v.                           )
                                    )
  ELLEN F. ROSENBLUM, et al.,       )
                                    )
                 Defendants.        )
  _____   )
  KATERINA B. EYRE, et al.,         )
                                    )
                 Plaintiffs,        )
       v.                           )
                                    )
  ELLEN F. ROSENBLUM, et al.,       )
                                    )
                 Defendants.        )
  _____   )
  DANIEL AZZOPARDI, et al.,         )
                                    )
                 Plaintiffs,        )
       v.                           )
                                    )
  ELLEN F. ROSENBLUM, et al.,       )
                                    )
                 Defendants.        )
```

Case 3:22-cv-01859-IM  Document 94-6  Filed 02/06/23  Page 3 of 9
Oregon Firearms Federation, Inc., et al. v. Brown, et al.  Clayton Cramer

Page 3

```
 1                        APPEARANCES
 2
     For Oregon Firearms Federation and the Witness:
 3
                 LEONARD WILLIAMSON
 4               VAN NESS WILLIAMSON
                 960 Liberty Street SE, Suite 100
 5               Salem, OR 97302
                 (503) 365-8800
 6               L.williamson@vwllp.com
 7
     For the State of Oregon Defendants:
 8
                 ERIN DAWSON
 9               HARRY WILSON
                 MARKOWITZ HERBOLD
10               1455 SW Broadway, Suite 1900
                 Portland, OR 97201
11               (503) 972-5076
                 ErinDawson@markowitzherbold.com
12               HarryWilson@markowitzherbold.com
13
     For the Proposed Intervenor-Defendant Oregon Alliance
14   for Gun Safety:
15               ZACHARY J. PEKELIS
                 W. SCOTT FERRON
16               PACIFICA LAW GROUP
                 1191 Second Avenue, Suite 2000
17               Seattle, WA 98101
                 (206) 245-1700
18               Zach.Pekelis@PacificaLawGroup.com
19   Videographer:
20               CATHY ZAK
                 BUELL REALTIME REPORTING
21               1325 Fourth Avenue, Suite 1840
                 Seattle, WA 98101
22               (206) 287-9066
                 Info@buellrealtime.com
23
                      *   *   *   *   *
24
25
```

Page 87

1      Let's go ahead and take -- how long do you
2  think you'd like just to not feel pressured and be able
3  to run those numbers?
4          THE WITNESS:  I'd say about ten minutes.
5          MS. DAWSON:  Okay.
6      Let's go ahead and take a quick ten-minute
7  break, then.
8          THE VIDEOGRAPHER:  Going off the record.
9      The time is 11:15 a.m.
10         (Pause in the proceedings.)
11         THE VIDEOGRAPHER:  We are back on the
12 record.
13     The time is 11:19 a.m.
14 BY MS. DAWSON:
15   Q.  Mr. Cramer, during our break, did you have the
16 opportunity to calculate a total number for that chart
17 on page 20?
18   A.  Yes.  And you're right.  It is -- it is -- I'm
19 not sure exactly which query produced that data, but
20 it's clearly wrong.  I can tell you how many incidents
21 and dead there were by firearms before 1960 and how
22 many by non-firearm before 1960.
23   Q.  And can you explain to me when you say that
24 it's clearly wrong?
25   A.  Well, the query that I constructed to request

Page 106

1  although the general theme that a non-firearm
2  [indecipherable] is actually quite common in American
3  history --
4           (Reporter clarification.)
5           THE WITNESS:  That non-firearm mass
6  murders are actually quite common in American history,
7  they've become more common -- firearm mass murders have
8  become more common in the last century or so.  But
9  there's all sorts of horrible ways that people have
10 committed mass murder in American history without guns.
11 BY MR. PEKELIS:
12     Q.  Understood.
13         Would you want the court to rely on the data
14 in your declaration, Exhibit 11?
15     A.  Well, I can understand why they might be
16 reluctant to accept the data exactly as -- as it is
17 presented.  Although, some of the larger themes that
18 I'm presenting, the problem with the fact that mental
19 illness is a major factor in what causes these mass
20 murders is, I think, still a valid point.
21     Q.  Understood.
22         You mentioned when discussing your educational
23 backgrounds that you have a master's degree and a
24 bachelor's degree; is that right?
25     A.  Correct.

Page 88

1  <u>this information for the database was clearly not</u>
2  <u>properly constructed.  I will say that I -- SQL</u>
3  <u>database queries can be sometimes rather confusing.</u>
4  <u>And I will not say that I'm quite as expert perhaps as</u>
5  <u>I need to be, but I at least have numbers that make</u>
6  <u>some sense now.</u>
7       Q.  So we have the -- we have the chart here,
8  which it sounds like you agree is likely incorrect.  We
9  have the numbers on page 21.  And just so that I am
10 clear, what do those numbers represent in the first
11 paragraph on page 21 where it says "When grouped by
12 incidents..."?
13      A.  Incidents where only a non-firearm item was
14 marked.  Because I've added a few entries in the
15 last -- in the last few days, incidents before 1960,
16 the non-firearms incidents are now 3,812 dead, a total
17 of 807 incidents.  And the incidents by firearm are now
18 866 incidents, 3,740 dead.  It definitely changes
19 things a bit.
20      Q.  Okay.
21          And so if you flip to -- I'll take you to --
22 let me take a look at my page number.  For my own
23 information, when we're looking at your non-firearm
24 data, were there any instances or incidents in that
25 dataset where more than 50 people were killed?

Case 3:22-cv-01859-IM   Document 94-6   Filed 02/06/23   Page 7 of 9
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Clayton Cramer

Page 165

1   numbers.  So...
2       A.  Okay.
3           All this information is stored in a database
4   under Microsoft Access.  A database is a fairly complex
5   set of relationships where you can -- you can produce
6   what are called queries where you say, Show me how many
7   incidents took place during this period of time.  Show
8   me how many incidents took place with this set of
9   information associated with them.  How many of these
10  incidents had a pistol involved?  How many of these
11  were family incidents?  How many of these were
12  robberies or rapes?
13          And the art of writing SQL queries is a little
14  more complicated than it first looks.  And while I've
15  taken classes in SQL in the past, I certainly have not
16  always -- I'm not necessarily always up to completely
17  doing a perfect job on these queries.  And I will
18  definitely be going back as a result of all of this and
19  be checking some of this data and verifying that I'm
20  actually getting correct results.
21      Q.  Okay.
22          And how long approximately would it take you
23  to redo that work and double-check them?
24      A.  Probably -- probably Monday or Tuesday at the
25  earliest.  I have to lure one of my friends in who is

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

c7729379-a7ba-4d7b-a41b-460b439ff5d3

Ex. 6 - Dodd Decl.
Page 7 of 9

Page 166

1  an SQL expert to assist me to verify that -- the
2  accuracy of the results.
3        Q.  And that might result in changes in some of
4  the conclusions you'd made in some of the other
5  paragraphs; is that correct?
6        A.  It would certainly result in changes in the --
7  in some of the data presented, and I suspect -- I'd be
8  surprised if it dramatically changed the conclusions
9  because the core issue is that mental illness appears
10 repeatedly in these mass murder incidents.  And
11 throughout the 19th century there was a very dramatic
12 increase in mass murder instances involving mental
13 illness, starting in the 1860 decade through 1909,
14 which I suspect may be related to PTSD by Civil War
15 soldiers.
16           I was surprised to find that 40 percent of the
17 US population, not 40 percent of the men, but 40
18 percent of the whole US population served during the
19 Civil War.
20       Q.  Do you think it would be a benefit for the
21 court if it were to hear your evidence to have the
22 chart on page 20 corrected and for you to correct your
23 declaration?
24       A.  I believe it probably would, yes.  It would
25 certainly make me feel less stupid.

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

c7729379-a7ba-4d7b-a41b-460b439ff5d3
Ex. 6 - Dodd Decl.
Page 8 of 9

Page 170

1         C E R T I F I C A T E

3  STATE OF WASHINGTON
4  COUNTY OF PIERCE

6      I, Tia Reidt, a Certified Court Reporter in and
7  for the State of Washington, do hereby certify that the
8  foregoing transcript of the deposition of CLAYTON
9  CRAMER, having been duly sworn, on January 19, 2023, is
10  true and accurate to the best of my knowledge, skill and
11  ability.
12      IN WITNESS WHEREOF, I have hereunto set my hand
13  and seal this 26th day of January, 2023.

16  _____

17  /S/ Tia B. Reidt
    Tia B. Reidt, RPR, CSR Oregon #22-0001
18  NOTARY PUBLIC, State of
    Washington.
19  My commission expires
    5/15/2026.