**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

    Special Assistant Attorneys General for Defendants

**Ellen F. Rosenblum, OSB #753239**
Attorney General
**Brian Simmonds Marshall, OSB #196129**
Senior Assistant Attorney General
Brian.S.Marshall@doj.state.or.us
**DEPARTMENT OF JUSTICE**
100 SW Market Street
Portland, OR 97201
(971) 673-1880

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TINA KOTEK, et al., <br><br> Defendants, <br><br> and | Case No. 2:22-cv-01815-IM (lead case) <br>    3:22-cv-01859-IM (trailing case) <br>    3:22-cv-01862-IM (trailing case) <br>    3:22-cv-01869-IM (trailing case) <br><br> **JOINT STATUS REPORT** |

Page 1 -   JOINT STATUS REPORT

| |
|---|
| OREGON ALLIANCE FOR GUN SAFETY, |
| Intervenor-Defendant. |
| MARK FITZ, et al., |
| Plaintiffs, |
| v. |
| ELLEN F. ROSENBLUM, et al., |
| Defendants. |
| KATERINA B. EYRE, et al., |
| Plaintiffs, |
| v. |
| ELLEN F. ROSENBLUM, et al., |
| Defendants, |
| and |
| OREGON ALLIANCE FOR GUN SAFETY, |
| Intervenor-Defendant. |
| DANIEL AZZOPARDI, et al., |
| Plaintiffs, |
| v. |
| ELLEN F. ROSENBLUM, et al., |
| Defendants. |

Counsel for the parties conferred by telephone and email but are unable to agree on a trial date and case schedule. Plaintiffs previously agreed to June 5-9 as the trial dates in this case, and the parties informed the Court of their agreement on those dates on Friday, February 17, 2023. Plaintiffs then informed defendants on Thursday, February 23, 2023, that they no longer agree to those dates. Defendants and Intervenor-Defendant (together, "Defendants") would prefer to

Page 2 -   JOINT STATUS REPORT

adhere to the previously selected dates of June 5-9, as they believe the issues in this case require prompt resolution.

Both parties' proposed schedules are set out below.

**Defendants' Proposed Case Schedule**:

1.  <u>Initial Disclosures</u>:  The parties agree to waive initial disclosures as otherwise required by FRCP 26(a)(1)(A).

2.  <u>Defendants' Answers</u>:  Defendants will file answers to plaintiffs' complaints by **March 3**.

3.  <u>Disclosure of Additional Experts</u>:  The parties agree to treat the declarations filed with the briefing on the motions for preliminary injunction (ECF Nos. 72-76, 79-80, 109, 111, 116, 118-125, 129) as expert disclosures and witness statements.  The parties shall disclose any additional expert reports no later than **March 8**.

4.  <u>Disclosure of rebuttal experts to additional experts</u>:  The parties will disclose rebuttal expert reports by **March 20**.

5.  <u>Service of written fact discovery</u>:  The parties will serve each other with all written discovery requests by **March 13**.  Per FRCP 33(b)(2), 34(b)2(A), and 36(a)(3), responses to all written requests will be due no later than **April 14**.

6.  <u>Expert depositions</u>:  All expert depositions will be limited to three hours and will take place between **March 13** and **March 31**.  The parties shall not retake any depositions of experts who have already been deposed, excepting any experts who have filed amended, corrected, or updated declarations following their depositions.  The parties may retake fact witness depositions during the period for fact witness depositions.

7. <u>Motions for judgment on the pleadings</u>:  Defendants in their individual capacity will file any motion for judgment on the pleadings by **March 17**.  Only defendants in their individual capacity will file such a motion.

8. <u>Fact depositions</u>:  All fact-witness depositions will be limited to three hours and will take place between **April 17** and **May 5**.

9. <u>Discovery motions</u>:  Discovery motions (other than discovery motions arising from fact witness depositions) shall be filed no later than **April 28**.  Responses shall be filed by **May 5**.

10. <u>Amended pleadings</u>:  Amended pleadings are due **May 8**.

11. <u>Trial brief</u>:  The parties will submit their respective trial briefs by **May 15**.

12. <u>Pretrial motions, witness statements, and exhibit lists</u>: Motions *in limine*, *Daubert* motions, fact witness statements, and exhibit lists shall be filed by **May 15**.  Responses to motions *in limine* and *Daubert* motions and objections to exhibits and witness statements shall be filed by **May 22**.

13. <u>Pretrial conference</u>:  The parties propose holding a half-day pretrial conference on **May 30**.  The parties have stipulated that plaintiffs will present one witness during the pretrial conference, to accommodate that witness's unavailability during the agreed-upon trial setting.  The witness will be subject to direct and cross examination, and the witness's testimony will be designated as part of the trial record.

14. <u>Trial (5 days)</u>:  The parties are available for a five-day bench trial during the week of **June 5-9**.

//

//

**Plaintiffs' Proposed Case Schedule**:

1. Initial Disclosures:  The parties agree to waive initial disclosures as otherwise required by FRCP 26(a)(1)(A).

2. Defendants' Answers:  Defendants will file answers to plaintiffs' complaints by **March 3**.

3. Disclosure of Additional Experts:  The parties agree to treat the declarations filed with the briefing on the motions for preliminary injunction (ECF Nos. 72-76, 79-80, 109, 111, 116, 118-125, 129) as expert disclosures and witness statements.  The parties shall disclose any additional expert reports no later than **March 8**.

4. Disclosure of rebuttal experts to additional experts:  The parties will disclose rebuttal expert reports by **March 15**.

5. Service of written fact discovery:  The parties will serve each other with all written discovery requests by **March 13**.  Per FRCP 33(b)(2), 34(b)2(A), and 36(a)(3), responses to all written requests will be due no later than **April 14**.

6. Expert depositions:  All expert depositions will be limited to three hours and will take place between **March 13** and **March 31**.  The parties shall not retake any depositions of experts who have already been deposed, excepting any experts who have filed amended, corrected, or updated declarations following their depositions.  The parties may retake fact witness depositions during the period for fact witness depositions.

7. Motions for judgment on the pleadings:  Defendants will file any motion for judgment on the pleadings by **March 17**.

8. Fact depositions:  All fact-witness depositions will be limited to three hours and will take place between **April 17** and **May 5**.

**Page 5 -   JOINT STATUS REPORT**

9. <u>Discovery motions</u>: Discovery motions (other than discovery motions arising from fact witness depositions) shall be filed no later than **May 26**. Responses shall be filed by **June 2**.

10. <u>Amended pleadings</u>: Amended pleadings are due by **May 8**.

11. <u>Motions for Summary Judgment</u>: All motions for summary judgment are due by **May 12**.

12. <u>Trial brief</u>: The parties will submit their respective trial briefs by **July 10**.

13. <u>Pretrial motions, witness statements, and exhibit lists</u>: Motions *in limine*, *Daubert* motions, fact witness statements, and exhibit lists shall be filed by **July 10**. Responses to motions *in limine* and *Daubert* motions and objections to exhibits and witness statements shall be filed by **July 14**.

14. <u>Pretrial conference</u>: The parties propose holding a half-day pretrial conference on **July 7**. The parties have stipulated that plaintiffs will present one witness during the pretrial conference, to accommodate that witness's unavailability during the agreed-upon trial setting. The witness will be subject to direct and cross examination, and the witness's testimony will be designated as part of the trial record.

15. <u>Trial (5 days)</u>: The parties are available for a five-day bench trial during the week of **July 24 – 28**.

In sum, the parties' proposed case deadlines are as follows. Dates the parties disagree on are bolded for the Court's reference.

| Event | Defendants' Proposed Date | Plaintiffs' Proposed Date |
|---|---|---|
| Defendants' Answers | March 3 | March 3 |
| Disclosure of Experts | March 8 | March 8 |

**Page 6 -   JOINT STATUS REPORT**

| | | |
|---|---|---|
| Service of Written Fact Discovery | March 13 | March 13 |
| Disclosure of Rebuttal Experts | **March 20** | **March 15** |
| Expert Depositions | March 13-31 | March 13-31 |
| Motions for Judgment on the Pleadings | March 17 | March 17 |
| Responses to Written Fact Discovery | April 14 | April 14 |
| Fact Witness Depositions | April 17-May 5 | April 17-May 5 |
| Discovery Motions | **April 28** | **May 26** |
| Responses to Discovery Motions | **May 5** | **June 2** |
| Amended Pleadings | May 8 | May 8 |
| Motions for Summary Judgment | n/a | **May 12** |
| Trial Briefs | **May 15** | **July 10** |
| Pretrial Motions, Witness Statements, Exhibit Lists | **May 15** | **July 10** |
| Responses to Motions, and Objections to Witness Statements Exhibit Lists | **May 22** | **July 14** |
| Pretrial Conference | **May 30** | **July 7** |
| Trial | **June 5-9** | **July 24-28** |

DATED this 23rd day of February, 2023.

VAN NESS WILLIAMSON

*s/ Leonard W. Williamson*
Leonard W. Williamson, OSB #910020
*Attorneys for Off Plaintiffs*

ELLEN ROSENBLUM ATTORNEY GENERAL FOR THE STATE OF OREGON

*s/ Hannah K. Hoffman*
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Hannah K. Hoffman, OSB #183641

Page 7 -   JOINT STATUS REPORT

Case 3:22-cv-01859-IM   Document 103   Filed 02/23/23   Page 8 of 9

JONCUS LAW LLC
Stephen J. Joncus, OSB #013072
steve@joncus.net
*Attorneys for Off Plaintiffs*

MURPHY & BUCHAL

*s/ James L. Buchal*
James L. Buchal, OSB #921618
jbuchal@mbllp.com
*Attorneys for Azzopardi and Fitz Plaintiffs*

ANGUS LEE LAW FIRM, PLLC
D. Angus Lee
*Attorneys for Azzopardi and Fitz Plaintiffs*

SECOND AMENDMENT FOUNDATION
Adam Kraut
*Attorneys for Azzopardi and Fitz Plaintiffs*

FIREARMS POLICY COALITION, INC.
William Sack
*Attorneys for Azzopardi Plaintiffs*

CLEMENT & MURPHY, PLLC

*s/ Matthew D. Rowen*
Matthew D. Rowen
Erin E. Murphy
Paul D. Clement
Trevor W. Ezell
Nicholas M. Gallagher
*Attorneys for Eyre Plaintiffs*

JURISLAW LLP
Shawn M. Lindsay, OSB #020695
shawn@jurislawyer.com
*Attorneys for Eyre Plaintiffs*

HannahHoffman@MarkowitzHerbold.com
*Special Assistant Attorneys General for Defendants*
Brian Simmonds Marshall
brian.s.marshall@doj.state.or.us
*Of Attorneys for Defendants*

PACIFICA LAW GROUP LLP

*s/ Zachary J. Pekelis*
Jessica A. Skelton, OSB #102714
Zachary J. Pekelis, *pro hac vice*
Kai Smith, *pro hac vice*
W. Scott Ferron, *pro hac vice*
*Attorneys for Proposed Intervenor-Defendant Oregon Alliance for Gun Safety*

1410125

**Page 8 -   JOINT STATUS REPORT**

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from plaintiffs' counsel signatories to this document.

Date:  February 23, 2023

*s/ Hannah K. Hoffman*
Hannah K. Hoffman, OSB #183641
HannahHoffman@MarkowitzHerbold.com