Shawn M. Lindsay
shawn@jurislawyer.com
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
Telephone: (503) 968-1475

*Attorney for Eyre Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KATE BROWN, et al.,<br><br>    Defendants. | Case No. 2:22-cv-01815-IM *(Lead Case)*<br><br>NOTICE OF APPERANCE OF DANIEL J. NICHOLS |
| MARK FITZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ELLEN F. ROSENBLUM, et al.,<br><br>    Defendants. | Case No. 3:22-cv-01859-IM |

*(caption continued on next page)*

| | |
|---|---|
| KATERINA B. EYRE, , et al., <br><br>                Plaintiffs, <br><br>   v. <br><br>ELLEN F. ROSENBLUM, et al., <br><br>                Defendants. | Case No. 3:22-cv-01862-IM |
| DANIEL AZZOPARDI, et al., <br><br>                Plaintiffs, <br><br>   v. <br><br>ELLEN F. ROSENBLUM, et al., <br><br>                Defendants. | Case No. 3:22-cv-01869-IM |

PLEASE TAKE NOTICE that Daniel J. Nichols of the firm JurisLaw, LLP, hereby appears on behalf of Plaintiffs Oregon State Shooting Association, Mazama Sporting Goods, Tim Freeman, Katerina B. Eyre, and National Shooting Sports Foundation, Inc. in this matter and requests that the Court provide ECF notices of all future filings to the email addresses shown below.

DATED:  March 3, 2023

                                           JURISLAW LLP

                                           s/Daniel J. Nichols
                                           Daniel J. Nichols, (OSB No.: 101304)
                                           Three Centerpointe Drive
                                           Suite 160
                                           Lake Oswego, OR 97035
                                           (503) 968-1475
                                           dan@jurislawyer.com

                                           Shawn M. Lindsay (OR Bar #020695)
                                           Three Centerpointe Drive
                                           Suite 160
                                           Lake Oswego, OR 97035
                                           (503) 968-1475
                                           shawn@jurislawyer.com

                                           *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of March, 2023, I electronically filed the foregoing document with the Clerk of the United State District Court using the CM/ECF system which will send notifications of such filing to all parties who are registered with the CM/ECF system.

DATED this 3rd day of March, 2023.

                                                By:/s/Daniel J. Nichols
                                                Daniel J. Nichols, OSB No.: 101304
                                                Attorney of Plaintiffs