**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

    Special Assistant Attorneys General for Defendants

**Ellen F. Rosenblum, OSB #753239**
Attorney General
**Brian Simmonds Marshall, OSB #196129**
Senior Assistant Attorney General
Brian.S.Marshall@doj.state.or.us
**DEPARTMENT OF JUSTICE**
100 SW Market Street
Portland, OR 97201
(971) 673-1880

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>                       Plaintiffs,<br><br>    v.<br><br>TINA KOTEK, et al.,<br><br>                       Defendants,<br><br>    and | Case No. 2:22-cv-01815-IM (lead case)<br>              3:22-cv-01859-IM (trailing case)<br>              3:22-cv-01862-IM (trailing case)<br>              3:22-cv-01869-IM (trailing case)<br><br>**CERTIFICATE OF SERVICE** |

**Page 1 -   CERTIFICATE OF SERVICE**

| | |
|---|---|
| OREGON ALLIANCE FOR GUN SAFETY, <br><br> Intervenor-Defendant. | |
| MARK FITZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELLEN F. ROSENBLUM, et al., <br><br> Defendants. | |
| KATERINA B. EYRE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELLEN F. ROSENBLUM, et al., <br><br> Defendants, <br> and <br> OREGON ALLIANCE FOR GUN SAFETY, <br><br> Intervenor-Defendant. | |
| DANIEL AZZOPARDI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELLEN F. ROSENBLUM, et al., <br><br> Defendants. | |

I hereby certify that on March 3, 2023, I have made service of Defendants' Answer and Affirmative Defenses to *Eyre* Plaintiffs' First Amended Complaint; Defendants' Answer and Affirmative Defenses to *Azzopardi* Plaintiffs' Complaint; Defendants' Answer and Affirmative Defenses to *Fitz* Plaintiffs' Complaint; and Defendants' Answer and Affirmative Defenses to *OFF* Plaintiffs' Second Amended Complaint on the parties listed below electronically via the

USDC CM/ECF system by filing them in the lead case, Case No. 2:22-cv-01815-IM, and by emailing them to all counsel of record, as listed below:

| | |
|---|---|
| Shawn M. Lindsay<br>Daniel J. Nichols<br>JurisLaw LLP<br>Three Centerpointe Drive, Suite 160<br>Lake Oswego, OR  97035<br>*Attorney for Eyre Plaintiffs* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email: shawn@jurislawyer.com;<br>dan@jurislawyer.com<br>☒ Electronically via USDC CM/ECF system |
| Matthew D. Rowen<br>Erin E. Murphy<br>Nicholas M. Gallagher<br>Trevor W. Ezell<br>Paul D. Clement<br>Clement & Murphy, PLLC<br>706 Duke Street<br>Alexandria, VA  22314<br>*Attorney for Eyre Plaintiffs* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email: erin.murphy@clementmurphy.com;<br>nicholas.gallagher@clementmurphy.com;<br>trevor.ezell@clementmurphy.com;<br>matthew.rowen@clementmurphy.com;<br>paul.clement@clementmurphy.com<br>☒ Electronically via USDC CM/ECF system |
| Jessica A. Skelton<br>Zachary J. Pekelis<br>Kai Smith<br>W. Scott Ferron<br>Pacifica Law Group LLP<br>1191 Second Avenue, Suite 2000<br>Seattle, WA  98101-3404<br>*Attorneys for Proposed Intervenor-Defendant Oregon Alliance for Gun Safety* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email:<br>jessica.skelton@pacificalawgroup.com;<br>zach.pekelis@pacificalawgroup.com;<br>kai.smith@pacificalawgroup.com;<br>scott.ferron@pacificalawgroup.com<br>☒ Electronically via USDC CM/ECF system |
| James L. Buchal<br>Murphy & Buchal<br>PO Box 86620<br>Portland, OR  97286<br>*Attorney for Fitz Plaintiffs* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email: jbuchal@mbllp.com<br>☒ Electronically via USDC CM/ECF system |
| William Bergstrom<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, NW<br>Washington, DC  20036<br>*Attorney for Fitz Plaintiffs* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email: wbergstrom@cooperkirk.com<br>☒ Electronically via USDC CM/ECF system |

| | |
|---|---|
| D. Angus Lee<br>Angus Lee Law Firm, PLLC<br>9105A NE HWY 99, Suite 200<br>Vancouver, WA  98665<br>*Attorney for Fitz Plaintiffs* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email: Angus@AngusLeeLaw.com<br>☒ Electronically via USDC CM/ECF system |
| James L. Buchal<br>Murphy & Buchal<br>PO Box 86620<br>Portland, OR  97286<br>*Attorney for Azzopardi Plaintiffs* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email: jbuchal@mbllp.com<br>☒ Electronically via USDC CM/ECF system |
| William Sack<br>Firearms Policy Coalition, Inc.<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, NV  89149<br>*Attorney for Azzopardi Plaintiffs* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email: Wsack@FPClaw.org<br>☒ Electronically via USDC CM/ECF system |
| Adam Kraut<br>Second Amendment Foundation<br>12500 NE Tenth Place<br>Bellevue, WA  98005<br>*Attorney for Azzopardi Plaintiffs* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email: akraut@saf.org<br>☒ Electronically via USDC CM/ECF system |
| D. Angus Lee<br>Angus Lee Law Firm, PLLC<br>9105A NE HWY 99, Suite 200<br>Vancouver, WA  98665<br>*Attorney for Azzopardi Plaintiffs* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email: Angus@AngusLeeLaw.com<br>☒ Electronically via USDC CM/ECF system |
| Stephen J. Joncus<br>Joncus Law LLC<br>13203 SE 172nd Ave, Ste 166 #344<br>Happy Valley, OR  97086<br>*Attorney for OFF Plaintiffs* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email: steve@joncus.net<br>☒ Electronically via USDC CM/ECF system |
| Leonard W. Williamson<br>Van Ness Williamson<br>960 Liberty Street SE, Suite 100<br>Salem, OR  97302<br>*Attorney for OFF Plaintiffs* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email: l.williamson@vwllp.com<br>☒ Electronically via USDC CM/ECF system |

Page 4 -   CERTIFICATE OF SERVICE

| | |
|---|---|
| Pete Serrano<br>Silent Majority Foundation<br>5238 Outlet Drive<br>Pasco, WA  99301<br>Attorney for *Plaintiffs Oregon Firearms Federation, Brad Lohrey, Sherman County Sheriff, Adam Johnson* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email: pete@silentmajorityfoundation.org<br>☒ Electronically via USDC CM/ECF system |
| C'Zar David Bernstein<br>Taylor Meehan<br>Thomas McCarthy<br>Consovoy McCarthy PLLC<br>1600 Wilson Boulevard, Suite 700<br>Arlington, VA  22209<br>*Attorney for Amicus Gun Owners of America & Gun Owners Foundation* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email: czar@consovoymccarthy.com; taylor@consovoymccarthy.com; tom@consovoymccarthy.com<br>☒ Electronically via USDC CM/ECF system |
| Tyler Smith<br>Tyler D. Smith, PC<br>181 N Grant Street, Suite 212<br>Canby, OR  97013<br>*Attorney for Amicus Gun Owners of America & Gun Owners Foundation* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email: tyler@ruralbusinessattorneys.com<br>☒ Electronically via USDC CM/ECF system |
| Jessica A. Skelton<br>Zachary J. Pekelis<br>Kai Smith<br>W. Scott Ferron<br>Pacifica Law Group LLP<br>1191 Second Avenue, Suite 2000<br>Seattle, WA  98101-3404<br>*Attorneys for Proposed Intervenor-Defendant Oregon Alliance for Gun Safety* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email: jessica.skelton@pacificalawgroup.com; zach.pekelis@pacificalawgroup.com; kai.smith@pacificalawgroup.com; scott.ferron@pacificalawgroup.com<br>☒ Electronically via USDC CM/ECF system |

DATED this 3rd day of March, 2023.

        ELLEN ROSENBLUM
        ATTORNEY GENERAL
        FOR THE STATE OF OREGON

By:   *s/ Harry B. Wilson*
        Harry B. Wilson, OSB #077214
        HarryWilson@MarkowitzHerbold.com
        Hannah K. Hoffman, OSB #183641
        HannahHoffman@MarkowitzHerbold.com

        *Special Assistant Attorney General for Defendants*

        Brian Simmonds Marshall
        brian.s.marshall@doj.state.or.us
        *Of Attorney for Defendants*

1416281

Page 5 -   CERTIFICATE OF SERVICE