**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

    Special Assistant Attorneys General for Defendants

**Ellen F. Rosenblum, OSB #753239**
Attorney General
**Brian Simmonds Marshall, OSB #196129**
Senior Assistant Attorney General
Brian.S.Marshall@doj.state.or.us
**DEPARTMENT OF JUSTICE**
100 SW Market Street
Portland, OR 97201
(971) 673-1880

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>KATE BROWN, et al.,<br><br>                      Defendants.<br>MARK FITZ, et al.,<br><br>                      Plaintiffs, | Case No. 2:22-cv-01815-IM (lead case)<br>        3:22-cv-01859-IM (trailing case)<br>        3:22-cv-01862-IM (trailing case)<br>        3:22-cv-01869-IM (trailing case)<br><br>**NOTICE OF APPEARANCE OF ANIT K. JINDAL** |

Page 1 -   NOTICE OF APPEARANCE OF ANIT K. JINDAL

|  |
|---|
| v. |
| ELLEN F. ROSENBLUM, et al., |
| Defendants. |
| KATERINA B. EYRE, et al., |
| Plaintiffs, |
| v. |
| ELLEN F. ROSENBLUM, et al., |
| Defendants. |
| DANIEL AZZOPARDI, et al., |
| Plaintiffs, |
| v. |
| ELLEN F. ROSENBLUM, et al., |
| Defendants. |

Anit K. Jindal of Markowitz Herbold PC hereby enters his appearance as an attorney for defendants Kate Brown, Ellen Rosenblum, and Terri Davie in their official and personal capacities. Brian Simmonds Marshall, Harry Wilson, Hannah Hoffman, and Erin Dawson remain as counsel of record for defendants. Defendants' attorneys' contact information is as follows:

>Harry B. Wilson, OSB #077214
>HarryWilson@MarkowitzHerbold.com
>Hannah K. Hoffman, OSB #183641
>HannahHoffman@MarkowitzHerbold.com
>Anit K. Jindal, OSB #171086
>AnitJindal@MarkowitzHerbold.com
>Erin N. Dawson, OSB #116334
>ErinDawson@MarkowitzHerbold.com
>MARKOWITZ HERBOLD PC
>1455 SW Broadway, Suite 1900
>Portland, OR 97201
>Telephone: (503) 295-3085

Page 2 -   NOTICE OF APPEARANCE OF ANIT K. JINDAL

Brian Simmonds Marshall
brian.s.marshall@doj.state.or.us
OREGON DEPARTMENT OF JUSTICE
Trial Division, Special Litigation Unit
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880

DATED this 10th day of May, 2023.

                                MARKOWITZ HERBOLD PC

                            By:   *s/ Anit K. Jindal*
                                Harry B. Wilson, OSB #077214
                                HarryWilson@MarkowitzHerbold.com
                                Hannah K. Hoffman, OSB #183641
                                HannahHoffman@MarkowitzHerbold.com
                                    *Special Assistant Attorney General for Defendants*

                                Anit K. Jindal, OSB #171086
                                AnitJindal@MarkowitzHerbold.com
                                Erin N. Dawson, OSB #116334
                                ErinDawson@MarkowitzHerbold.com
                                    *Of Attorney for Defendants*

                                Brian Simmonds Marshall
                                brian.s.marshall@doj.state.or.us
                                    *Of Attorney for Defendants*

1447794