Case 3:22-cv-01859-IM   Document 125-1   Filed 05/12/23   Page 1 of 7 EXCERPT

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                     Brian E. Pixley

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) )<br>) Civil No. |
| Plaintiffs, | ) 2:22-cv-01815-IM |
| v. | ) (Lead Case)<br>) |
| TINA KOTEK, et al., | ) Civil No.<br>) 3:22-cv-01859-IM |
| Defendants. | ) (Trailing Case)<br>) |
| _____ | ) Civil No. |
| (Continued) | ) 3:22-cv-01862-IM<br>) (Trailing Case)<br>) |
| | ) Civil No.<br>) 3:22-cv-01869-IM<br>) (Trailing Case)<br>) |

_____

\* VIDEOCONFERENCE \*

DEPOSITION UPON ORAL EXAMINATION

OF

BRIAN E. PIXLEY

_____

Witness located in:

Scappoose, Oregon

\* All participants appeared via videoconference \*

DATE TAKEN:    April 26, 2023
REPORTED BY:   Tia B. Reidt, Washington RPR, CCR #2798
                              Oregon #22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Brian E. Pixley

Page 2

```
 1  _____
 2    (continued)                    )
                                     )
 3    MARK FITZ, et al.,             )
                                     )
 4              Plaintiffs,          )
         v.                          )
 5                                   )
      ELLEN F. ROSENBLUM, et al.,    )
 6                                   )
                Defendants.          )
 7    _____)
                                     )
 8    KATERINA B. EYRE, et al.,      )
                                     )
 9              Plaintiffs,          )
                                     )
10       v.                          )
                                     )
11    ELLEN F. ROSENBLUM, et al.,    )
                                     )
12              Defendants,          )
                                     )
13       and                         )
                                     )
14    OREGON ALLIANCE FOR GUN        )
      SAFETY,                        )
15                                   )
                Intervenor-          )
16              Defendant.           )
      _____)
17    DANIEL AZZOPARDI, et al.,      )
                                     )
18              Plaintiffs,          )
         v.                          )
19                                   )
      ELLEN F. ROSENBLUM, et al.,    )
20                                   )
                Defendants.          )
21
      _____
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 1 - Dodd Decl.
Page 2 of 7
f5950d9c-8c39-4b58-ab19-e6513dd666bb

Case 3:22-cv-01859-IM   Document 125-1   Filed 05/12/23   Page 3 of 7

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                Brian E. Pixley

Page 3

```
 1                    APPEARANCES
 2     * All participants appeared via videoconference *
     For Oregon Firearms Federation:
 3
                 LEONARD WILLIAMSON
 4               VAN NESS WILLIAMSON
                 960 Liberty Street SE, Suite 100
 5               Salem, OR 97302
                 (503) 365-8800
 6               L.williamson@vwllp.com

 7
     For the State of Oregon Defendants:
 8
                 HARRY WILSON
 9               MARKOWITZ HERBOLD
                 1455 SW Broadway, Suite 1900
10               Portland, OR 97201
                 (503) 972-5076
11               HarryWilson@markowitzherbold.com

12
     Videographer:
13
                 MELODY SORENSEN
14               BUELL REALTIME REPORTING
                 1325 Fourth Avenue, Suite 1840
15               Seattle, WA 98101
                 (206) 287-9066
16               Info@buellrealtime.com

17
     Also Present:
18
     Sarah Hanson
19

20
21                   *   *   *   *   *
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. 1 - Dodd Decl.
Page 3 of 7
f5950d9c-8c39-4b58-ab19-e6513dd666bb

Case 3:22-cv-01859-IM   Document 125-1   Filed 05/12/23   Page 4 of 7

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)     Brian E. Pixley

Page 37

1   A.   I would continue to allocate my resources to
2  the crimes that we can -- we can enforce with that,
3  yes.  So I wouldn't -- I would not issue an order to
4  not enforce it, but we would have to allocate resources
5  appropriately.
6   Q.   Okay.
7        And if I understand -- well, let me ask you
8  this:
9        As your responsibilities and duties and your
10 authority as the sheriff of the county, do you have the
11 discretion to kind of determine what are the law
12 enforcement priorities of your office over your
13 jurisdiction?
14  A.   Yes.
15  Q.   And so if I'm understanding you correctly, you
16 wouldn't issue an order to not enforce Measure 114.
17 But under your authority as sheriff, you would exercise
18 your discretion to -- to have priorities that -- this
19 would not be a priority for your enforcement; correct?
20  A.   Correct.
21  Q.   If the courts ultimately rule that Measure 114
22 is constitutional, is it your intention to implement a
23 permit-to-purchase process in Columbia County?
24  A.   Yes.  I would not want to be a hindrance to
25 people legally buying firearms.

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. 1 - Dodd Decl.
Page 4 of 7
f5950d9c-8c39-4b58-ab19-e6513dd666bb

Case 3:22-cv-01859-IM   Document 125-1   Filed 05/12/23   Page 5 of 7

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                  Brian E. Pixley

Page 59

1      Q.   Yeah.  That's -- that's good.
2           Have you received any advice from OSSA about
3  the in-person demonstration component of Measure 114?
4      A.   I believe I remember seeing a document from
5  them not too long ago that I forwarded on to my county
6  counsel.  But that would be it.  So, yeah, I believe
7  so, yes.
8      Q.   That may be -- if you could go back to kind of
9  the beginning here, the first email Mr. Williamson
10 forwarded you this morning, that would be about
11 9:02 a.m.  So right after we got started.  There's a
12 Word document attached to that labeled "in-person demo
13 procedures and FAQs, 2-4-23."
14     A.   Yes, sir.  I have that up.
15          MR. WILSON:  And, Tia, could you mark that
16 as Exhibit 113.
17          (Exhibit 113 marked for identification.)
18          THE COURT REPORTER:  Exhibit 113 has been
19 marked.
20 BY MR. WILSON:
21     Q.   Sheriff, is that the document we were just
22 discussing that you believe you may have seen?
23     A.   I believe so, yes.
24     Q.   Sheriff, would you rely on and trust
25 information provided by OSSA regarding the

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Ex. 1 - Dodd Decl.
Page 5 of 7
f5950d9c-8c39-4b58-ab19-e6513dd666bb

Case 3:22-cv-01859-IM   Document 125-1   Filed 05/12/23   Page 6 of 7

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)   Brian E. Pixley

Page 60

1  certification of instructors for the in-person
2  demonstration component?
3      A.  I would trust, but not rely on.  You know,
4  every county is different, and every county's needs
5  are -- and requirements are different.  So I would
6  share this with my county counsel, and we would have
7  separate discussions as to what that meant for Columbia
8  County.
9      Q.  Got it.
10     Is your office presently making any plans to
11 certify in-person demonstration instructors?
12     A.  No.
13     Q.  If Measure 114 is allowed to be enforced by
14 the courts, do you intend to certify in-person
15 demonstration instructors?
16     A.  Once I found out what those -- what those --
17 yes.  Once I found out what the requirements were, I
18 would begin taking -- yes.  Short answer, yes.  Sorry.
19     Q.  No, that's okay.
20     And just to make sure the record is clear, to
21 find out what the requirements are, that would be a
22 discussion between you and county counsel; correct?
23     A.  Yes.
24     Q.  Sheriff, is there -- is the reason you haven't
25 taken action to certify instructors yet because

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. 1 - Dodd Decl.
Page 6 of 7
f5950d9c-8c39-4b58-ab19-e6513dd666bb

Case 3:22-cv-01859-IM    Document 125-1    Filed 05/12/23    Page 7 of 7

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                          Brian E. Pixley

Page 80

1      C E R T I F I C A T E

2

3  STATE OF WASHINGTON

4  COUNTY OF PIERCE

5

6      I, Tia Reidt, a Certified Court Reporter in and
7  for the State of Washington, do hereby certify that the
8  foregoing transcript of the deposition of BRIAN E.
9  PIXLEY, having been duly sworn, on April 26, 2023, is
10 true and accurate to the best of my knowledge, skill and
11 ability.
12     IN WITNESS WHEREOF, I have hereunto set my hand
13 and seal this 2nd day of May, 2023.

18  _____

19  /S/ Tia B. Reidt
    Tia B. Reidt,
20  NOTARY PUBLIC, State of
    Washington.
21  My commission expires
    5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989