Case 3:22-cv-01859-IM   Document 125-2   Filed 05/12/23   Page 1 of 5

EXCERPT

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Terry L. Rowan

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | )<br>)<br>) Civil No. |
| Plaintiffs, | ) 2:22-cv-01815-IM |
| v. | ) (Lead Case)<br>) |
| TINA KOTEK, et al., | ) Civil No.<br>) 3:22-cv-01859-IM |
| Defendants. | ) (Trailing Case)<br>) |
| _____ | ) Civil No. |
| (Continued) | ) 3:22-cv-01862-IM<br>) (Trailing Case)<br>) |
| | ) Civil No.<br>) 3:22-cv-01869-IM<br>) (Trailing Case)<br>) |

_____

* VIDEOCONFERENCE *

DEPOSITION UPON ORAL EXAMINATION

OF

TERRY L. ROWAN

_____

Witness located in:

Hermiston, Oregon


* All participants appeared via videoconference *

DATE TAKEN:    April 26, 2023
REPORTED BY:   Tia B. Reidt, Washington RPR, CCR #2798
                        Oregon #22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 2 - Dodd Decl.
Page 1 of 5
13f8239e-a4b0-458a-a2b5-fce4056bbdd0

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Terry L. Rowan

Page 2

```
 1  _____
 2    (continued)                    )
                                     )
 3    MARK FITZ, et al.,             )
                                     )
 4              Plaintiffs,          )
          v.                         )
 5                                   )
      ELLEN F. ROSENBLUM, et al.,    )
 6                                   )
                Defendants.          )
 7  _____    )
                                     )
 8    KATERINA B. EYRE, et al.,      )
                                     )
 9              Plaintiffs,          )
                                     )
10        v.                         )
                                     )
11    ELLEN F. ROSENBLUM, et al.,    )
                                     )
12              Defendants,          )
                                     )
13        and                        )
                                     )
14    OREGON ALLIANCE FOR GUN        )
      SAFETY,                        )
15                                   )
                Intervenor-          )
16              Defendant.           )
    _____    )
17    DANIEL AZZOPARDI, et al.,      )
                                     )
18              Plaintiffs,          )
          v.                         )
19                                   )
      ELLEN F. ROSENBLUM, et al.,    )
20                                   )
                Defendants.          )
21
    _____
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Case 3:22-cv-01859-IM   Document 125-2   Filed 05/12/23   Page 3 of 5

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)    Terry L. Rowan

Page 3

```
 1                      APPEARANCES
 2     * All participants appeared via videoconference *
       For Oregon Firearms Federation:
 3
                    LEONARD WILLIAMSON
 4                  VAN NESS WILLIAMSON
                    960 Liberty Street SE, Suite 100
 5                  Salem, OR 97302
                    (503) 365-8800
 6                  L.williamson@vwllp.com

 7
       For the State of Oregon Defendants:
 8
                    ERIN DAWSON
 9                  MARKOWITZ HERBOLD
                    1455 SW Broadway, Suite 1900
10                  Portland, OR 97201
                    (503) 972-5076
11                  ErinDawson@markowitzherbold.com

12
       Videographer:
13
                    MELODY SORENSEN
14                  BUELL REALTIME REPORTING
                    1325 Fourth Avenue, Suite 1840
15                  Seattle, WA 98101
                    (206) 287-9066
16                  Info@buellrealtime.com

17
                       *   *   *   *   *
18

19

20

21

22

23

24

25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. 2 - Dodd Decl.
Page 3 of 5
13f8239e-a4b0-458a-a2b5-fce4056bbdd0

Case 3:22-cv-01859-IM    Document 125-2    Filed 05/12/23    Page 4 of 5

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Terry L. Rowan

Page 85

1  Can I certify that they're going to do it the same way
2  each and every time?  That's where I have a hangup.
3       Q.  Understood.
4           But the question is more:  Are you capable of
5  performing what the statute would require you to do?
6  And I think I'm hearing from you "yes," although you
7  may not like to do it.  Is that accurate?
8       A.  Yes.
9       Q.  Okay.
10          I just want to make certain we're on the same
11 page.
12          Okay.
13          I think we spoke some time ago about the
14 outline you have put together that I think you would --
15 it sounds like you would prefer for your in-house folks
16 to take on simply from the perspective of you're more
17 comfortable certifying them.
18          Is there a reason you haven't taken final
19 steps to turn that into a plan in the event that, you
20 know, the court turns around and says, "Yes, you need
21 to implement this permit system"?
22      A.  Yes.  I think we'll be ready to go if that --
23 if that were to happen.
24      Q.  Okay.
25          So you would be capable of moving forward with

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. 2 - Dodd Decl.
Page 4 of 5
13f8239e-a4b0-458a-a2b5-fce4056bbdd0

Page 120

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF PIERCE

    I, Tia Reidt, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of TERRY L. ROWAN, having been duly sworn, on April 26, 2023, is true and accurate to the best of my knowledge, skill and ability.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal this 2nd day of May, 2023.

_____

/S/ Tia B. Reidt
Tia B. Reidt,
NOTARY PUBLIC, State of Washington.
My commission expires 5/15/2026.