Shawn M. Lindsay
shawn@jurislawyer.com
Daniel J. Nichols
dan@jurislawyer.com
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
Telephone: (503) 968-1475

  *Attorneys for Eyre Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br>TINA KOTEK, et al.,<br>　　　　　Defendants. | Case No. 2:22-cv-01815-IM *(Lead Case)*<br>Case No. 3:22-cv-01859-IM *(Trailing Case)*<br>Case No. 3:22-cv-01862-IM *(Trailing Case)*<br>Case No. 3:22-cv-01869-IM *(Trailing Case)*<br><br>CONSOLIDATED CASES<br><br>**DECLARATION OF SHAWN M. LINDSAY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TRIAL BRIEF** |
| MARK FITZ, et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br>ELLEN F. ROSENBLUM, et al.,<br>　　　　　Defendants. | |
| KATERINA B. EYRE, et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br>ELLEN F. ROSENBLUM, et al.,<br>　　　　　Defendants. | |
| DANIEL AZZOPARDI, et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br>ELLEN F. ROSENBLUM, et al.,<br>　　　　　Defendants. | |

DECLARATION OF SHAWN M. LINDSAY IN SUPPORT OF　　　　　　　　　　　　　　　　　　1
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, TRIAL BRIEF

I, Shawn M. Lindsay, declare as follows:

1. I am a partner at JurisLaw LLP in the above-captioned matter and am one of the attorneys for the *Eyre Plaintiffs*. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2. Attached as **Exhibit A** is a true and accurate excerpt of the transcript of the Rule 30(b)(6) deposition of Wendy Landers, of the Oregon State Police, taken on May 5, 2023.

3. Attached as **Exhibit B** is a true and accurate excerpt of the CLEAN transcript of the Rule 30(b)(6) deposition of Karen LeJeune, of the Oregon State Police, taken on May 5, 2023.

4. Attached as **Exhibit C** is a true and accurate excerpt of the transcript of the deposition of Dennis E. Baron taken on March 30, 2023.

5. Attached as **Exhibit D** is a true and accurate excerpt of the ROUGH transcript of the Rule 30(b)(6) deposition of Karen LeJeune, of the Oregon State Police, taken on May 5, 2023.

6. Attached as **Exhibit E** is a true and accurate excerpt of the transcript of the deposition of Brian DeLay taken on March 14, 2023.

7. Attached as **Exhibit F** is a true and accurate excerpt of the transcript of the deposition of Brennan N. Rivas taken on March 21, 2023.

8. Attached as **Exhibit G** is a true and accurate excerpt of the transcript of the deposition of Robert J. Spitzer taken on April 5, 2023.

9. Attached as **Exhibit H** is a true and accurate excerpt of the Defendants' Response to Plaintiffs' First Set of Requests for Admission dated April 14, 2023.

10. Attached as **Exhibit I** is a true and accurate excerpt of the Defendants' Response to Plaintiffs' First Set of Interrogatories dated April 14, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 12, 2023

                                                JURISLAW LLP

                                                s/Shawn M. Lindsay
                                                Shawn M. Lindsay (OSB No.: 020695)
                                                Three Centerpointe Drive
                                                Suite 160
                                                Lake Oswego, OR 97035
                                                (503) 968-1475
                                                shawn@jurislawyer.com

                                                *Counsel for Eyre Plaintiffs*