Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION


OREGON FIREARMS FEDERATION,)
INC.,                      )
                           )
          Plaintiffs,      )
                           )
      vs.                  )Case 2:22-cv-01815-IM
                           )     2:22-cv-01859-IM
TINA KOTEK, et al,         )     2:22-cv-01862-IM
                           )     2:22-cv-01869-IM
                           )
          Defendants.      )


    DEPOSITION OF 30(b)(6) KAREN LeJUNE


    THE DEPOSITION OF KAREN LeJUNE was taken as
a witness on behalf of the Plaintiffs, pursuant
to Federal Rules of Civil Procedure, at
9:00 a.m., Friday, the 5th of May 2023, at the
offices of the Oregon State Police, 3565 Trelstad
Avenue SE, in the City of Salem, County of
Marion, State of Oregon, before Traci R. Moore,
Professional Court Reporter in and for the State
of Oregon.

Page 2

1                          APPEARANCES

2

3    FOR THE PLAINTIFF EYRE:

4          JURISLAW LLP
           By:   Shawn M. Lindsay
5          shawn@jurislawyer.com
           Three Centerpoine Drive
6          Suite 160
           Lake Oswego, Oregon 97035
7          (503) 986-1475

8

     FOR THE PLAINTIFF OREGON FIREARMS FEDERATION:
9

           VAN NESS WILLIAMSON
10         By:  Leonard W. Williamson
           l.williamson@vwlp.com
11         960 Liberty Street SE
           Suite 100
12         Salem, Oregon 97302
           (503) 365-8800
13

14   FOR THE DEFENDANTS:

15         MARKOWITZ HERBOLD PC
           By: Harry B. Wilson
16         harrywilson@markowitzherbold.com
           1455 Southwest Broadway
17         Suite 1900
           Portland, Oregon 97201-1900
18

19   ALSO PRESENT:  Wendy Landers

20

21

22

23

24

25

Page 16

1    the FFL submits it to the FICS Unit.  Tell me

2    about how the FFL actually submits it to the

3    FICS Unit.

4         A.    So there are two ways that an FFL

5    dealer can submit a background check, either over

6    the phone or we have a web dealer portal.

7              If the dealer enters the information

8    over the dealer portal, the dealer in some

9    version or form, they would enter the information

10   that's collected on the 4473, and they can submit

11   that information electronically through the web.

12             When they call us over the phone,

13   somebody in the FICS Unit will get that

14   information from the 4473 from the dealer.  The

15   FICS Unit will enter that information into our

16   program, and at that point, whether it's a web or

17   a phone call, the person in the FICS Unit reviews

18   that background check.

19             I'm going to go back a second on the

20   web.  When the dealer submits a background check

21   over the web, there is -- the queries are

22   automatically sent for the background check.  And

23   when those queries return, there's an automatic

24   process in the system.

25             And if there is not a reason for

Page 17

1  somebody to manually review that, the system can

2  automatically approve that background check, and

3  that happens in -- recently between 38 to 41

4  percent of the time.

5       Q.    Thank you.  And I will get into that

6  a little bit more in-depth as well, but let's

7  stay with the FFL dealer submitting information

8  to the FICS Unit.

9              So I understand there's two ways for

10  an FFL dealer to submit, what I will call, via

11  Internet or online or by telephone.  Any other

12  ways, such as mail or fax or --

13       A.    At this time they would only submit

14  either over the phone or over the web.

15       Q.    And let's talk about the online

16  submittal.  How is that information submitted to

17  you?  Is it as a PDF or as a text file?  How's

18  the electronic package sent from the FFL to the

19  FICS Unit?

20       A.    So OSP, for the FICS Unit, we have a

21  dealer portal, which is a system that our vendor

22  created.  The dealer can enter the information

23  into that program and they submit it

24  electronically to the FICS Unit, and then we pull

25  it up on our side on our -- our program that was

Page 25

1    vary, depending on how many calls that we receive

2    and how quickly we can answer the dealer's

3    questions or do a background check.

4         Q.    I understand it can vary.  What's

5    some of the time frames that you've seen, and if

6    you can give an average?

7         A.    I don't know necessarily what the

8    average is, but recently we've had a longer wait

9    time.  You know, sometimes there is not a wait

10   time and people can get through right away, other

11   times it is longer, depending on, you know, how

12   many people are calling in.

13              So it could be -- recently, because

14   of the higher volume we've had, it could be, you

15   know, one or two hours, sometimes maybe three

16   hours.

17        Q.    And who would be able to answer that

18   question about the average?

19        A.    Let's see.  So currently the

20   FICS Unit has a call center, but that -- the wait

21   time for somebody to answer is not something that

22   we track or have a report for.

23        Q.    If you were desiring to determine

24   the average wait time for the last 12 months, how

25   would you go about to determine that?

Page 26

1      A.    We would have to look at the

2    reporting in the call center program that we use

3    to get that information.

4         Q.    All right.  Let's move on

5    to -- well, going back now to the electronic

6    submittal to the FICS Unit by the FFL.  How does

7    the FICS Unit know that a background check

8    request has been received from a dealer?

9         A.    So when a dealer submits a

10   background check online, it goes through an

11   automated process of requesting the queries and

12   receiving the responses.

13              It will go through an automated

14   check, and if there is nothing that the FICS Unit

15   manually needs to review, you know, 38 to

16   41 percent of those background checks can be

17   automatically approved by the system, so there's

18   nobody in the FICS Unit that would necessarily

19   see those.

20              If the background check does not

21   pass the auto check, it goes into a web queue.

22   And we can see, if there are any transactions in

23   the web queue, how many are in that web queue to

24   be processed.

25        Q.    So the FFL dealer submits it

Page 29

1    people work that day, and so the number of staff

2    assigned to that task can vary depending on the

3    day.

4              Generally, like on a Saturday, it's

5    our busiest day receiving background checks, so

6    generally there's more people assigned to work

7    that day and there's more people assigned to the

8    web to review those transactions that day.

9         Q.    And who makes that decision on how

10   many are assigned to the web check queue?

11        A.    So, the FICS Unit has lead workers

12   that they are the ones who are responsible for

13   setting the assignments.  But during the day,

14   depending on the workload and any changes that

15   need to be made, either, you know, a lead worker

16   or a supervisor can make those changes.

17        Q.    And what are the decision

18   points, what are the factors that help that

19   person make that decision?

20        A.    The person making that decision

21   would look at basically the overall, you know,

22   operational need for that day and balance all of

23   the work that needs to be accomplished that day.

24        Q.    Do you know what the current web

25   queue number is today?

Page 30

1       A.     This morning it was just under

2   12,000.

3       Q.     I understand there's been a lot of

4   background checks of higher volume recently.

5       A.     (Nodding head.)

6       Q.     Is that a high number to you or a

7   low number to you, considering the past three

8   years?

9       A.     So currently that is a high backlog.

10  After Ballot Measure 114 passed, in that

11  two-month period, the FICS Unit received

12  approximately five-month's worth of transactions;

13  so the FICS Unit is continuing to work through

14  that backlog.

15          The numbers that we've experienced

16  have been higher, you know, at this point in time

17  than at any time I've worked in the FICS Unit,

18  but we are addressing that backlog with the staff

19  that we have available to work that backlog, and

20  while at the same time, you know, every day more

21  background checks are coming in, so...

22      Q.     And how are you addressing that?

23      A.     How are we addressing the backlog?

24      Q.     Right.  Yeah, I think you just said

25  that, "we're working to address it," I think is

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    30(b)(6) Karen LeJune

Page 31

1    the exact word used.  I'm wondering what you mean

2    by that,

3         A.    So, the FICS Unit has offered

4    overtime to our employees who process the

5    background checks.  We've also have limited

6    duration

7    that -- limited duration positions that we have

8    that we have been recruiting for, so we have been

9    trying to hire extra staff to help address the

10   work in the unit.

11             And we've also had troopers,

12   beginning in December, that are helping process

13   background checks in the FICS Unit also.

14        Q.    So more bodies and more employees?

15        A.    Yes.

16        Q.    Any efforts to increase the

17   automatic approval?

18        A.    So the -- the FICS Unit is always

19   interested in trying to automate the process as

20   much as possible.  We do have the new system,

21   but, you know, the background checks we've

22   received -- at the beginning there's the

23   automated process to approve background checks,

24   if there's nothing that we need to look at.

25             Once it comes to an examiner to

Page 32

1   review, that is a -- it's still a pretty manual

2   process, but as much as we can we use the

3   technology available to us to make that as

4   efficient as possible so the turnaround time is

5   as low as possible on transactions.

6        Q.    So let's talk about this automatic

7   approval verses the kicked out to the web queue.

8   What causes it to be kicked to the web queue or

9   what are some of the causes?

10       A.    Some of the reasons somebody would

11  go into the web queue is the person may have a

12  criminal history or something on their background

13  check related to something in their past that

14  needs to be reviewed.

15            Sometimes the system -- it's based

16  on near hits to the name, date of birth, social,

17  that the person enters into the system.

18       Q.    You said "near hits."

19       A.    Near hits.

20       Q.    Explain that.

21       A.    So, I'll just use an example.

22  Somebody with a common name, let's say, Bob Smith

23  there's, you know, a lot of people with that same

24  name.

25            And so the system, when it queries,

Page 33

1    it's looking for anything that's a possible match

2    to that person; so anything that's a near hit to

3    their name, date of birth, and social would cause

4    somebody to look at that transaction.

5                And we would go through that

6    transaction to determine if that is the person

7    who is purchasing the firearm or somebody that's

8    not that person.

9        Q.    So, someone with a common name is

10   more likely to be kicked to the web queue; is

11   that a fair statement?

12       A.    Yes.  The other reasons, there are

13   times when the information provided was entered

14   incorrectly.

15               So there are times where maybe the

16   date of birth was entered incorrectly, the name

17   was entered incorrectly by the dealer, you know,

18   they mistyped the name, you know, or added an

19   extra character in the name when they submitted

20   it, so there is times where that will kick it out

21   to us.

22               If the person is using DMV, our

23   system is designed to compare the information

24   entered with the Oregon DMV response.  So if

25   there's a discrepancy there, that will send it to

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    30(b)(6) Karen LeJune

Page 34

1    an examiner to review.

2          Q.    Let's pause there for a second.

3    Sorry.  So, for example, I have my Oregon

4    Driver's License.  If I'm purchasing a firearm,

5    go through a FFL dealer, the FFL dealer submits

6    my information, mailing address, maybe driver's

7    license number.

8              If there's, I think, a discrepancy

9    on that does that mean -- what does that mean

10   "discrepancy"?  If I live in Hillsboro.  If they

11   spelled it with one "l" instead of two "ls".

12   Explain what that discrepancy on the DMV system

13   might look like.

14         A.    Generally, that would -- it could be

15   a discrepancy in the name; the name entered does

16   not match the name that the Oregon DMV has on

17   file.

18              The date of birth could be different

19   than what the DMV has on file, and the address,

20   if that was entered incorrectly and it does not

21   match, that would send it to somebody to review.

22         Q.    Okay.  So we've talked about common

23   names.  We've talked about maybe a slight

24   difference in a DMV record.

25              What are some other things that

Page 35

1    might cause the applications to be kicked to the

2    web queue?

3            A.    The dealers will enter or submit the

4    firearm information.  We query the serial number

5    to see if there are any possible matches to

6    stolen guns that have been entered into the

7    system.

8                  So maybe the person does not have

9    any issues, there's no other possibles, but there

10   is a possible hit on the serial number, so it

11   would cause somebody to do that background check.

12           Q.    That could be human error, like,

13   maybe the FFL put in the serial number

14   incorrectly?

15           A.    That could be one of the causes, or

16   even the entered serial number is correct and

17   there's a possible match to an entry that another

18   agency entered for a stolen gun.

19           Q.    Any other causes that would cause it

20   to be kicked to the web queue?

21           A.    That, I think, for the most part

22   would cover it.  I can't think if any others at

23   this time.

24           Q.    I'm assuming there's a lot of Bob

25   Smiths, and each Bob Smith would assumedly have

Page 36

1    their own Social Security number.  I acknowledge

2    that there could be a lot of Bob Smiths, but I

3    assume that some of the other data points, such

4    as Social Security number or date of birth or

5    even mailing address could greatly reduce the

6    number of Bob Smiths.

7            Tell me what your thoughts are on

8    that and why the common name is still a reason to

9    get kicked to the queue.

10        A.    So when we query databases,

11    the -- the databases are queried on the name,

12    date of birth, and social.

13            So those points of information are

14    what the -- the queries that are sent are looking

15    for information matching that, so sometimes if

16    they have two out of three or even something

17    fairly close, we can get a possible kickback, and

18    then we would have to review it.

19        Q.    Let's go to the telephone process.

20    The FFL dealer calls your telephone line, gets a

21    live agent, and provides the information to the

22    agent.  Tell me about how the agent processes the

23    telephone request and about automatic approval

24    and pended, delayed decisions there.

25        A.    So, when the dealer provides the

Page 50

1          A.    It was to FICS management, and I

2   believe Wendy was also included on those emails.

3          Q.    Let's talk about the application.

4   Does it ever stall out, or I guess the request,

5   does it ever stall out?

6          A.    Can you clarify that?

7          Q.    Yeah.  I've heard that after a

8   certain time frame the background check is

9   canceled, like, after 30 days?

10          A.    So, if a background check is

11   submitted to the FICS Unit, the FICS Unit will

12   continue to process that background check until

13   we can provide the dealer with our outcome of

14   approved, denied.

15               A transaction can be canceled by the

16   dealer or by the purchaser through the dealer

17   generally.  And if they request that we cancel a

18   background check, we will, but other than that we

19   will continue to process the background check,

20   so...

21          Q.    So, here's my personal experience.

22   So I went to Cabela's, purchased a firearm on

23   January 4th.  I entered all of my information,

24   double, triple, quadruple checked it.

25               I was not automatically approved.  I

Page 51

1  do have a CHL.  And Cabela's called me on

2  March 5th, so it was over 60 days later, saying

3  that it was ready but that I had to resubmit my

4  request because it had been terminated by Oregon

5  State Police.

6            So, does that ring a bell?  I mean,

7  not terminated, but canceled.

8       A.    So without looking at a specific

9  transactions, you know, I can't tell you the

10  details of what happened.

11            So, can I ask a clarifying question

12  about that?

13       Q.    Sure.

14       A.    So, did Cabela's say they needed to

15  re-run the transaction?

16       Q.    Yes.

17       A.    So I think, based on what you are

18  saying and from my experience of what happens,

19  the -- when a 4473 is filled out and a background

20  check is submitted, the -- the FICS Unit does go

21  through the FBI NICS section.

22            That background check is only good

23  for 30 days.  So if it takes the FICS Unit longer

24  than 30 days to respond to the FFL with the

25  outcome, and if the transaction is approved, the

Page 52

1    dealer is required to submit a new NICS check to

2    basically recertify that approval number.

3         Q.    I think I followed you, except I got

4    a little bit lost in the FICS and the NICS.  So,

5    explain the 30 days with relation between the

6    FICS and the NICS?

7         A.    So, when a background check is

8    submitted to OSP, part of our background check

9    process is we query state and federal databases.

10        Q.    And this is during the -- it's been

11   kicked to the queue, and this is the process that

12   you're doing during that?

13        A.    Every background check that's

14   submitted, federal and state databases are

15   queried, regardless of if it goes into the queue

16   or if it's automatically approved.

17        Q.    Right.

18        A.    So on the ATF side -- let me back

19   up.  So when a background check is submitted to

20   FICS, we query the state and federal databases,

21   which NICS is the group that would do federal

22   background checks.

23             So we send our queries through to

24   get the federal responses.  When the form is

25   filled out, the instructions on the form

Page 53

1    basically say that that is only good for 30 days.

2                So, it's not necessarily that OSP

3    canceled the background check.  We continue to

4    process it.  If it's approved, the dealer -- ATF

5    requires the dealers to basically recertify that

6    approval before they can transfer the firearm, if

7    it hasn't been transferred already.

8        Q.    So the ATF Form 4473 is the one that

9    says it's good for 30 days?

10       A.    Uh-huh.

11       Q.    So, let's move on to NICS.  So,

12   first of all, the automatic process, 38 percent

13   are approved automatically.  My assumption is is

14   that through that automatic process that both

15   FICS and NICS are checked and it's clear.

16                Is my understanding correct?  If

17   not, could you add some color to that, explain

18   that automatic process between FICS and NICS?

19       A.    When a background check is

20   submitted, FICS is basically our unit, the

21   Firearm Instant Check System.

22                The -- we query multiple state and

23   federal databases, so when we -- we're basically

24   a point of contact, and our queries go through to

25   basically the FBI, and we receive those queries

Page 58

1      A.    Yes.

2      Q.    And if the dealer calls in, is there

3   someone always there to pick up the phone or is

4   it the same situation where it can be on hold

5   sort of thing?

6      A.    So, the FICS Unit assigns somebody to

7   answer the phone calls that are incoming.  Based

8   on the number of calls received, there are times

9   when the dealer would be on hold until there's a

10  background examiner available to answer that

11  call.

12     Q.    Is there sometimes that the dealer

13  would leave a message instead of waiting on hold?

14     A.    So the -- the 800-number that has been

15  provided to dealers there, at this time there is

16  not a way to leave a message.

17     Q.    Is there a different phone number for

18  those dealers calling in for under 21-year-old

19  individuals?

20     A.    It would be the same dealer line that

21  they would use anytime they would call the

22  FICS Unit.

23     Q.    Okay.  Have you heard of dealers

24  waiting for over three hours?  I think you said

25  that kind of the maximum wait time was three

Page 59

1    hours.  Is there ever a time where it's more than

2    three hours?

3        A.    Not that I have heard from the comments

4    from dealers.  What has happened recently,

5    because of the long wait time, is dealers have

6    let us know that the -- the phone system will

7    disconnect them, then they have to call back in

8    and they get basically at the end of that hold

9    line.

10            So, you know, I don't know how often

11   that happens or, you know, if they call back in

12   what -- how long they would be waiting.

13       Q.    You said that in a perfect world, if

14   given a perfect world, it would happen in a short

15   time frame?

16       A.    Uh-huh.

17       Q.    Give me your perfect world scenario.

18   Does that mean lots more employees, a better

19   system?  How do you see your perfect world

20   scenario?

21       A.    Well, I think anytime -- you know, if

22   we would have additional resources available, we

23   could hire additional people, we could, you know,

24   get them trained faster.  Any of those things

25   would help the FICS Unit, yes.

Page 60

1           But sometimes, you know, we're -- you

2    know, we can ask for anything we want, but it

3    doesn't always necessary mean we get the outcome

4    we want from those requests.

5           Q.   I understand that, but what would be

6    your ask?

7           A.   So, you know, this is just me

8    personally.  You know, if we could get additional

9    resources or additional money from the budget,

10   that would help the FICS Unit.

11          Q.   By "resources," do you mean employees?

12          A.   Employees, yes.

13          Q.   How long is too long for a law abiding

14   citizen to wait for a background check to be

15   completed?

16          A.   So, OSP doesn't make a determination on

17   how long is too long.  We don't make that

18   judgment call.  Our job is to process background

19   checks, and we want to do that as, you know,

20   quickly and accurately as possible with the

21   information -- or the resources that we have

22   available.

23          And I know right now with the backlogs

24   there is an additional wait time, but the

25   FICS Unit with -- you know, since the Ballot

Page 83

1                    CERTIFICATE

2          I, Traci R. Moore, a Professional Court

3  Reporter and Notary Public, hereby certify that

4  said witness KAREN LeJUNE personally appeared

5  before me at the time and place set forth in the

6  caption hereof; that at said time and place I

7  reported in stenotype all testimony adduced and

8  other oral proceedings had in the foregoing

9  matter; that thereafter my notes were transcribed

10  through computer-aided transcription, under my

11  direction; and that the foregoing pages

12  constitute a full, true and accurate record of

13  all such testimony adduced and oral proceedings

14  had, and of the whole thereof.

15          I further certify that review of the

16  transcript was not requested.

17          Witness my hand at Portland, Oregon,

18  this 12th day of May, 2023.

19

20

21

22

23          _____

24          Traci R. Moore

25          Professional Court Reporter

26