1   THIS IS AN UNCERTIFIED ROUGH DRAFT TRANSCRIPT ONLY.  THIS

2   ROUGH DRAFT IS BEING PROVIDED AS A SERVICE TO THE ATTORNEYS.

3   IT IS NOT A TRANSCRIPT.  IT IS THE COURT REPORTER'S UNEDITED

4   OR ROUGH EDITED NOTES.  YOU MAY NOT QUOTE PAGE AND LINE

5   NUMBERS AS, AGAIN, THIS IS NOT A CERTIFIED TRANSCRIPT AND

6   THE PAGE AND LINE NUMBERS ON THE FINAL, COMPLETED TRANSCRIPT

7   WILL BE DIFFERENT THAN THEY ARE ON THE ROUGH DRAFT.  IF YOU

8   NEED TO QUOTE SOMETHING IN COURT, SERVICES FOR DAILY COPY

9   ARE AVAILABLE.

10

11              Friday, May 5th, 2023

12  Witness sworn

13

14  BY MR. LINDSAY:

15     Q.  Good morning Karen, I'm Shawn Lindsay.

16  I'm one of the group of attorneys for the measure

17  litigation.  This is our opportunity to come ask

18  really if you will questions from the Oregon State

19  Police.  I understand you and Wendy have been

20  designated as the people of knowledge for that.

21  Could you please state and spell your name for the

22  regard?

23     A.  My name is Karen LeJune

24

25     Q.  You've been deposed before?

Case 3:22-cv-01859-IM   Document 127-4   Filed 05/12/23   Page 2 of 11
Rough Draft of 30(b)(6) Karen LeJune
5/5/2023

1  person.

2  **Q. So not an approved, denied?**

3  A. No.

4  **Q. So I understand the Oregon State Police**

5  **determinations openings are approved, denied,**

6  **pended delayed. Are those the three. Are there**

7  **more than that?**

8  A. We can also cancel transactions when

9  either the dealer or the purchaser request it to be

10 canceled. Pended and delayed in the FICS united we

11 kind of use those terms together. In the FICS unit

12 generally when we use that pended or delayed status

13 that means that somebody in the FICS unit has

14 reviewed that transaction initially and it was

15 delayed or pended, so we can do additional research

16 if there's missing or incomplete information.

17 **Q. Is there a differences between pended and**

18 **delayed?**

19 A. We use those terms interchangeably.

20 **Q. So if you wanted to cut off one of the**

21 words and just used pended it's the same thing?

22 A. Yes.

23 **Q. If -- well, explain to me what aspect**

24 proved, denied and pended delayed means?

25 A. So an approved transaction after

1   reviewing of that background check either

2   automatically or by a person, if there is no

3   disqualify fires that would apply, we can approve

4   that transaction.

5           If we review that transaction and we find

6   either a state or federal prohibitor and that

7   person would be prohibited from receiving a firearm

8   transfer, that person would be denied.

9           And then a background check is pended or

10  delayed when there's incomplete or missing

11  information and the FICS unit will delay that

12  transactions and request the information needed to

13  make a determination from the appropriate agencies.

14      Q.  The approved, meaning you issue a unique

15  identifier to the FFL, correct?

16      A.  Yes.

17      Q.  And denied is it simply a denied

18  responses?

19      A.  Yes.  At this point in time we will give

20  the dealer the denial we just tell them its denied

21  and we provide it's a NICS transaction number or n

22  t n and that number is different than an approval

23  number.

24          It's a number that can be provided to the

25  person who was denied so they can challenge or

206.287.9066 | 800.846.6989
BUELL REALTIME REPORTING, LLC

Ex. D - Lindsay Decl. (LeJeune Depo ROUGH)
Page: 55
Page 3 of 11

1   A.  So every -- basically every day it would
2   -- the date would move to the next day.
3   A.  Is that someone -- I understand it moves
4   to the next day, but let's say that the preentered
5   number is 45 days.
6   A.  (Nodding head.)
7   Q.  Today would be May 5th blues 45 days
8   would be the number that's sent to the dealer; is
9   that correct?
10  A.  Yes.
11  Q.  And then tomorrow it would be May 6, plus
12  45 days; is that correct?
13  A.  Yes.
14  Q.  So in that hypothetical the five days who
15  determines that number and how often does it
16  change?
17  A.  So I think basically it would come down
18  to management to make that determination?
19  A.  I think we have not changed that, the
20  number of days recently.
21  Q.  Within the last six months?
22  A.  I'm not sure about that.
23  Q.  You said it comes down to management who
24  makes that day decision, calculate a day decision.
25  What management would that be?

```
 1        A.   Generally it has been somebody in the
 2   FICS management.  Usually the -- the FICS manager.
 3        Q.   Would that be we hoped de?
 4        A.   No.
 5        Q.   Who's the manager?
 6        A.   So currently the FICS manager is Steve
 7   Duke.
 8        Q.   Steve Duke.
 9             :  I think it started at cab bell
10   laws.  We've had a couple Robert holes.
11   BY MR. WILSON:
12        Q.   So you do give estimates, time estimates
13   when it's in pended and delay.  I trust it goes
14   over those estimates sometimes by several days from
15   time to time?
16        A.   Yes, that would be a correct assessment.
17        Q.   You're smiling a little bit over there?
18        A.   Yes.
19        Q.   Does that mean it goes way over?
20        A.   Currently the length of time is longer.
21   There's times when it's short Terry, but there is
22   times when it could be longer.
23        Q.   Why don't you change if the 45 days?  I
24   know it might not be exactly 45 days, but the
25   current four to six weeks, why don't you change
```

**206.287.9066 | 800.846.6989**
**BUELL REALTIME REPORTING, LLC**

Ex. D - Lindsay Decl. (LeJeune Depo ROUGH)
**Page: 61**
Page 5 of 11

1    that from time to time?
2        A.   So, historically -- and I can't provide
3    an exact, you know time frame or date, we -- the
4    FICS unit used to change that date depending on,
5    you know, what the volume was, you know at that
6    particular time.
7            And partially based on how long it
8    generally would take us to obtain the information
9    needed to make a decision.  So that has changed.
10   When we did change the date when we started getting
11   you know longer backlogs, the dealers would provide
12   feedback on, you know, why, why are you increasing
13   that.
14           So basically we just left it kind of
15   where it was.  Historically what we used to do is
16   when it got closer to that day and then Your Honor
17   on that date if we weren't going to complete the
18   research in order to be able to provide our
19   determines to the dealer we called the dealer and
20   extended the date again.
21       Q.   For all of the background checked that
22   are eventually approved, I understand there's an
23   initial approval an pended delay station that
24   eventually convert into approval, I'm talking about
25   initial approval an eventually approved so all of

206.287.9066 | 800.846.6989
BUELL REALTIME REPORTING, LLC

Ex. D - Lindsay Decl. (LeJeune Depo ROUGH)
Page: 62
Page 6 of 11

1   **you provide a number to the dealer that dealer may**

2   **give it to the denied person an and that person can**

3   **either call or meal asking for an explanation; is**

4   **that correct?**

5       A.   That -- that would be their openings to

6   either call or email.  We've asked that the dealers

7   provide the email address so the denied person gets

8   a call back faster.

9       **Q.   And how long does that take for the**

10  **denied person to get a response to per either email**

11  **or phone call?**

12      A.   That turn around time can vary, but we

13  have assigned a person in the figured unit to

14  return those calls throughout the day.  So at the

15  end of the day of we've received an email from a

16  person, you know, hopefully they would have

17  received a call back.

18      **Q.   So, same day?**

19      A.   Yeah, that is our goal.  So we assign --

20  you know that's what that persons assignment is for

21  that day to return those calls.

22      **Q.   What about someone who's been pended or**

23  **delayed?  Same options, phone call an email?**

24      A.   So there's a different email.  It's a

25  generic email.  So as a PO C state our requirement

206.287.9066 | 800.846.6989
BUELL REALTIME REPORTING, LLC

Ex. D - Lindsay Decl. (LeJeune Depo ROUGH)
Page: 65
Page 7 of 11

1   is that we have to respond to people who have been

2   denied within I believe it's five days.  There's

3   not a requirement as a PO C to necessarily return

4   calls for somebody who has just been delayed or

5   just has a question.

6         So because of the workload, we haven't

7   been returning the calls for those who have been

8   delayed.

9   BY MR. LINDSAY:

10      Q.   I've experienced that.  So that's a

11  uniform decision, no return calls no return emails

12  to people who are delayed?

13      A.   Generally -- like, if they call the --

14  the challenge line number or sends an email,

15  basically at this point in time we haven't been

16  returning those calls just because of the workload.

17  You know we've prioritized processing background

18  checked over calling those people back who have

19  been delayed?

20      A.   .

21        Can I add to that?

22      Q.   Yes.

23      A.   So historically -- I'll just go back to,

24  like, July of 2019.  The FICS unit at that point in

25  time with the staff that we had available to work

206.287.9066 | 800.846.6989
BUELL REALTIME REPORTING, LLC

Ex. D - Lindsay Decl. (LeJeune Depo ROUGH)
**Page: 66**
Page 8 of 11

1  in the unit and the workload, we were calling back
2  all of those calls or emails that we received.
3         Our goal was to do it within 24 hours.
4  And during that time period, you know, we were able
5  to meet that goal and at least return their phone
6  call.  So:
7         Q.  Who made that decision not to respond to
8  pended delayed t delay transactions?
9         A.  Generally it would be FICS management,
10 including the FICS manager and there could have
11 also have been discussions with upper management.
12 You know, so, you know I can't tell you like who
13 would have been involved with those discussions or
14 at what point those discussions were had.
15        Q.  One over the reasons that I've seen in
16 the program over views for the long time frame for
17 pended delay to be processed is responding to
18 pended delay calls or challenge calls.
19        It seems maybe a little inconsistent if
20 we're not responding to delay calls, I see some
21 inconsistencies there.  Could you maybe clarify
22 that for me?
23        A.  Can you repeat the question.
24        Q.  Yeah, so based on what I've reviewed in
25 preparation for today one of the reasons for

1    and adjusting our staff to whatever the priority

2    might change to.

3        Q.  Do you have any deadlines or time

4    requirements to resolve the pended delay folks that

5    are in the queue?

6        A.  So the FICS unit we process all of the

7    transactions we receive in the order that we

8    receive them.  So if they're just coming into the

9    queue we work on the oldest received.  And there's

10   a statute that says that we have to respond within

11   30 minutes, but outside of that if somebody is

12   delayed for us to obtain initial information and

13   documents to make a decision, the FICS unit does

14   not currently have a decline on when that needs to

15   be completed.

16           So the FICS unit will continue to follow

17   up on obtaining the information needed until we can

18   reach a determination if the queue was long enough

19   it could be months or everyone years?

20       A.  That could be a possible length of time,

21   yes, under our current backlog.

22       Q.  If background checked -- if more

23   background checks were to be approved automatically

24   let's say it went from 38 percent to 75 percent,

25   that would be less challenge calls; is that

206.287.9066 | 800.846.6989
BUELL REALTIME REPORTING, LLC

Ex. D - Lindsay Decl. (LeJeune Depo ROUGH)
Page: 69
Page 10 of 11

1  disconnected, but that -- I don't know exactly what

2  that ample would be.

3      **Q.  And you were having those communications**

4  **with dealers right arrest rounds when ballot**

5  **measure 114 passed in November of 2022, correct?**

6      A.  And since, since that time.

7      **Q.  Since that time.**

8      A.  Yes.

9          MR. WILSON:  That's all I have.

10             (Deposition concluded 12:00)

206.287.9066 | 800.846.6989
BUELL REALTIME REPORTING, LLC

Ex. D - Lindsay Decl. (LeJeune Depo ROUGH)
**Page: 96**
Page 11 of 11