Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Brian DeLay

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) ) ) |
| | ) Civil No. |
| Plaintiffs, | ) 2:22-cv-01815-IM |
| v. | ) (Lead Case) |
| | ) |
| KATE BROWN, et al., | ) Civil No. |
| | ) 3:22-cv-01859-IM |
| Defendants. | ) (Trailing Case) |
| _____ | ) |
| | ) Civil No. |
| (Continued) | ) 3:22-cv-01862-IM |
| | ) (Trailing Case) |
| | ) |
| | ) Civil No. |
| | ) 3:22-cv-01869-IM |
| | ) (Trailing Case) |

_____

* VIDEOCONFERENCE *

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF

EXPERT BRIAN DELAY

_____

Witness located in:
Berkeley, California


* All participants appeared via videoconference *


DATE TAKEN:    March 14, 2023

REPORTED BY:   Tia B. Reidt, Washington RPR, CCR 2798
               Oregon # 22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. E - Lindsay Decl. (DeLay Depo)
Page 1 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Case 3:22-cv-01859-IM    Document 127-5    Filed 05/12/23    Page 2 of 5

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                              Brian DeLay

Page 2

```
 1   _____
 2    (continued)                          )
                                           )
 3    MARK FITZ, et al.,                   )
                                           )
 4                 Plaintiffs,             )
           v.                              )
 5                                         )
      ELLEN F. ROSENBLUM, et al.,          )
 6                                         )
                   Defendants.             )
 7    _____      )
                                           )
 8    KATERINA B. EYRE, et al.,            )
                                           )
 9                 Plaintiffs,             )
                                           )
10         v.                              )
                                           )
11    ELLEN F. ROSENBLUM, et al.,          )
                                           )
12                 Defendants.             )
      _____      )
13    DANIEL AZZOPARDI, et al.,            )
                                           )
14                 Plaintiffs,             )
           v.                              )
15                                         )
      ELLEN F. ROSENBLUM, et al.,          )
16                                         )
                   Defendants.             )
17   _____
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. E - Lindsay Decl. (DeLay Depo)
Page 2 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Case 3:22-cv-01859-IM   Document 127-5   Filed 05/12/23   Page 3 of 5

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                       Brian DeLay

Page 3

```
 1                      APPEARANCES

 2   For Oregon Firearms Federation:

 3            LEONARD WILLIAMSON
              VAN NESS WILLIAMSON
 4            960 Liberty Street SE, Suite 100
              Salem, OR 97302
 5            (503) 365-8800
              L.williamson@vwllp.com
 6

 7   For the State of Oregon Defendants:

 8            HANNAH HOFFMAN
              ERIN DAWSON
 9            MARKOWITZ HERBOLD
              1455 SW Broadway, Suite 1900
10            Portland, OR 97201
              (503) 972-5076
11            HannahHoffman@markowitzherbold.com

12
     Videographer:
13
              MICHAEL TAKOS
14            BUELL REALTIME REPORTING
              1325 Fourth Avenue, Suite 1840
15            Seattle, WA 98101
              (206) 287-9066
16            Info@buellrealtime.com

17

18                    *   *   *   *   *

19

20

21

22

23

24

25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. E - Lindsay Decl. (DeLay Depo)
Page 3 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Brian DeLay

Page 10

1    Q.  Okay.
2        And just -- can you describe the scope of what
3    the defense asked you to provide in terms of an
4    opinion?
5    A.  I was asked to offer my opinion about the
6    history of high-capacity firearms, most especially in
7    and around the time of the ratification of the Second
8    Amendment and the Fourteenth Amendment, but more
9    generally insofar as I needed to establish a broader
10   context.
11   Q.  So were you asked to comment at all about the
12   portion of Measure 114 that involves the permitting
13   system?
14   A.  No, I was not.
15   Q.  Okay.
16       And when you use the term "high-capacity
17   magazine" or "high-capacity firearm," can you give me
18   some kind of a definition of that?  I see it in your
19   declaration, but it might be helpful for this context.
20   A.  Sure.  So for the purposes of my declaration,
21   I defined a high-capacity firearm as a firearm capable
22   of firing ten or more rounds without needing to be
23   reloaded.
24   Q.  And in other venues or in other contexts, is
25   that also called a large-capacity magazine?

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. E - Lindsay Decl. (DeLay Depo)
Page 4 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Oregon Firearms Federation, Inc., et al. v. Brown, et al.  Brian DeLay

Page 68

1                    C E R T I F I C A T E

2

3  STATE OF WASHINGTON

4  COUNTY OF PIERCE

5

6        I, Tia Reidt, a Certified Court Reporter in and
7  for the State of Washington, do hereby certify that the
8  foregoing transcript of the deposition of Brian DeLay,
9  having been duly sworn, on March 14, 2023, is true and
10 accurate to the best of my knowledge, skill and ability.
11       IN WITNESS WHEREOF, I have hereunto set my hand
12 and seal this 17th day of March, 2023.

15       _____

16       /S/ Tia B. Reidt
         Tia B. Reidt, # 22-0001
17       NOTARY PUBLIC, State of
         Washington.
18       My commission expires
         5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. E - Lindsay Decl. (DeLay Depo)
Page 5 of 5
61edbad1-e689-4bba-b2dc-771242daf575