Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) |
| | ) Civil No. |
| Plaintiffs, | ) 2:22-cv-01815-IM |
| v. | ) (Lead Case) |
| TINA KOTEK, et al., | ) Civil No. |
| | ) 3:22-cv-01859-IM |
| Defendants. | ) (Trailing Case) |
| (Continued) | ) Civil No. |
| | ) 3:22-cv-01862-IM |
| | ) (Trailing Case) |
| | ) Civil No. |
| | ) 3:22-cv-01869-IM |
| | ) (Trailing Case) |

_____

\* VIDEOCONFERENCE \*

DEPOSITION UPON ORAL EXAMINATION

OF EXPERT

BRENNAN N. RIVAS

_____

Witness located in:
Fort Worth, Texas


\* All participants appeared via videoconference \*

DATE TAKEN:    March 22, 2023
REPORTED BY:   Tia B. Reidt, Washington RPR, CCR 2798
                       Oregon # 22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. F - Lindsay Decl. (Rivas Depo)
Page 1 of 6
09877f98-39cd-4b79-bc06-0fd6f4a4c50b

Case 3:22-cv-01859-IM  Document 127-6  Filed 05/12/23  Page 2 of 6

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)　　　　　　　　　　　　　　Brennan N. Rivas

Page 2

```
(continued)                        )
                                   )
MARK FITZ, et al.,                 )
                                   )
              Plaintiffs,          )
     v.                            )
                                   )
ELLEN F. ROSENBLUM, et al.,        )
                                   )
              Defendants.          )
_____)
                                   )
KATERINA B. EYRE, et al.,          )
                                   )
              Plaintiffs,          )
                                   )
     v.                            )
                                   )
ELLEN F. ROSENBLUM, et al.,        )
                                   )
              Defendants.          )
_____)
DANIEL AZZOPARDI, et al.,          )
                                   )
              Plaintiffs,          )
     v.                            )
                                   )
ELLEN F. ROSENBLUM, et al.,        )
                                   )
              Defendants.          )
                                   )
```

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Ex. F - Lindsay Decl. (Rivas Depo)
Page 2 of 6
09877f98-39cd-4b79-bc06-0fd6f4a4c50b

Case 3:22-cv-01859-IM   Document 127-6   Filed 05/12/23   Page 3 of 6

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Brennan N. Rivas

Page 3

```
1                      APPEARANCES

2    For Oregon Firearms Federation:

3              LEONARD WILLIAMSON
               VAN NESS WILLIAMSON
4              960 Liberty Street SE, Suite 100
               Salem, OR 97302
5              (503) 365-8800
               L.williamson@vwllp.com
6
7    For the State of Oregon Defendants:

8              HARRY WILSON
               MARKOWITZ HERBOLD
9              1455 SW Broadway, Suite 1900
               Portland, OR 97201
10             (503) 972-5076
               HarryWilson@markowitzherbold.com
11
12                  *   *   *   *   *
13
14
15
16
17
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. F - Lindsay Decl. (Rivas Depo)
Page 3 of 6
09877f98-39cd-4b79-bc06-0fd6f4a4c50b

Page 10

1  a firearm.  Would you liken those to a registration of
2  a firearm?
3       A.  It could -- it could function that way.  When
4  you think about how those taxes would have been
5  assessed and how they would have been paid, residents
6  would have been expected to turn over a list of the
7  items that they had that were taxable along with the
8  payment for the tax, and they would have paid it to
9  their local tax assessor.  So it does sort of function
10 in some ways along the lines of a registration, even
11 though it wasn't labeled that.  The purpose was the
12 tax.  But one of the net results would have been a list
13 of people within the city limits who owned Bowie knives
14 based on those who paid their tax.
15      Q.  Okay.
16          So with that in mind, Section 1 of Measure 114
17 is a permit to purchase system.  And the permit system
18 requires the party to obviously not be a convicted
19 felon and some obvious things like that that are not
20 from only historical but more modern times.
21          So is there a -- at least as you reviewed it
22 in your declaration, a historical analog to that type
23 of system that you can point to?
24      A.  I'm sorry.  I didn't mean to cut you off.  So
25 you're asking did I discuss a permit to purchase analog

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. F - Lindsay Decl. (Rivas Depo)
Page 4 of 6
09877f98-39cd-4b79-bc06-0fd6f4a4c50b

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Brennan N. Rivas

Page 11

1   in my declaration?
2        Q.   Correct.
3        A.   No, I didn't.
4        Q.   Okay.
5             Do you know of any?
6        A.   There are permit systems from the 19th
7   century, especially municipal permit regulations that
8   started in California in the -- I think maybe around
9   1870 or so.  But like I said, I didn't -- I didn't
10  bring that material into this particular declaration.
11       Q.   And the reason for that is the original scope
12  was just simply to look at firearm capacity magazine
13  issues; correct?
14       A.   Yes.
15       Q.   So in a nutshell, if you were to testify right
16  now in court, what would be your professional opinion
17  about the history around regulating magazine capacity?
18       A.   Could you be more specific in terms of what
19  you mean?
20       Q.   Is it your impression that the state had the
21  right to regulate it or not, based on the history that
22  you reviewed?
23       A.   Large-capacity magazines?
24       Q.   Yes.
25       A.   Yes.

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. F - Lindsay Decl. (Rivas Depo)
Page 5 of 6
09877f98-39cd-4b79-bc06-0fd6f4a4c50b

Case 3:22-cv-01859-IM   Document 127-6   Filed 05/12/23   Page 6 of 6

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Brennan N. Rivas

Page 71

```
 1                    C E R T I F I C A T E
 2
 3   STATE OF WASHINGTON
 4   COUNTY OF PIERCE
 5
 6        I, Tia Reidt, a Certified Court Reporter in and
 7   for the State of Washington, do hereby certify that the
 8   foregoing transcript of the deposition of BRENNAN N.
 9   RIVAS, having been duly sworn, on March 21, 2023, is
10   true and accurate to the best of my knowledge, skill and
11   ability.  Reading and signing was requested pursuant to
12   FRCP Rule 30(e).
13        IN WITNESS WHEREOF, I have hereunto set my hand
14   and seal this 27th day of March, 2023.
15
16
17
18                     _____
19                     /S/ Tia B. Reidt
                       Tia B. Reidt, RPR, CCR # 22-0001
20                     NOTARY PUBLIC, State of
                       Washington.
21                     My commission expires
                       5/15/2026.
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. F - Lindsay Decl. (Rivas Depo)
Page 6 of 6
09877f98-39cd-4b79-bc06-0fd6f4a4c50b