Jessica A. Skelton, OSB #102714
jessica.skelton@pacificalawgroup.com
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
206-245-1700

*Attorney for Intervenor-Defendant*
*Oregon Alliance for Gun Safety*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>　　　　　　Plaintiffs,<br>　v.<br>TINA KOTEK, et al.,<br>　　　　　　Defendants,<br>　and<br>OREGON ALLIANCE FOR GUN SAFETY,<br>　　　　　　Intervenor-Defendant. | Case No. 2:22-cv-01815-IM *(Lead Case)*<br>Case No. 3:22-cv-01859-IM *(Trailing Case)*<br>Case No. 3:22-cv-01862-IM *(Trailing Case)*<br>Case No. 3:22-cv-01869-IM *(Trailing Case)*<br><br>CONSOLIDATED CASES<br><br>**INTERVENOR-DEFENDANT OREGON ALLIANCE FOR GUN SAFETY'S FACT WITNESS STATEMENT** |
| MARK FITZ, et al.,<br>　　　　　　Plaintiffs,<br>　v.<br>ELLEN F. ROSENBLUM, et al.,<br>　　　　　　Defendants. | |
| KATERINA B. EYRE, et al.,<br>　　　　　　Plaintiffs,<br>　v.<br>ELLEN F. ROSENBLUM, et al.,<br>　　　　　　Defendants, | |

ALLIANCE'S FACT WITNESS STATEMENT - 1

|  |
|---|
| and |
| OREGON ALLIANCE FOR GUN SAFETY, |
| Intervenor-Defendant. |
| DANIEL AZZOPARDI, et al., |
| Plaintiffs, |
| v. |
| ELLEN F. ROSENBLUM, et al., |
| Defendants. |

## INTRODUCTION

Intervenor Defendant Oregon Alliance for Gun Safety (the "Alliance") expects to present the following witness. The Alliance expects to eliminate redundant testimony based upon the order of witness testimony. The Alliance reserves the right to revise, modify, and supplement this list and narratives as developments before and during trial warrant, including based on the outcome of pretrial and trial motion practice.

## WITNESS STATEMENT

### I.  Jenna Longenecker (1 hour direct testimony)

#### A.  Ms. Longenecker's background

Ms. Longenecker will testify that she grew up in Portland, Oregon; attended Franklin High School; and considers the state of Oregon to be her home. She will testify about how she moved to Eugene from Portland to attend the University of Oregon. Ms. Longenecker will testify that in 2012, the year after she graduated from college, her mother was killed in the Clackamas Town Center mass shooting. She will also testify that her father committed suicide with a firearm in September 2016. After her mother's death, Ms. Longenecker wanted to do everything she could

to prevent anyone else from losing a loved one to gun violence. She spent three years working independently to support common sense firearm safety laws in Oregon. Ms. Longenecker will testify that in April 2016, she began working for Giffords, the national nonprofit organization dedicated to saving lives from gun violence, as an engagement manager. After the loss of her father, she continued to work at Giffords for another year and half before leaving for a job as a management consultant. She is now married, has one child, and is pregnant with her second. She and her family live in New Hampshire.

**B. Ms. Longenecker's loss of her mother**

Ms. Longenecker will testify that her mother, Cindy Yuille, was a hospice nurse. On December 11, 2012, Ms. Yuille was Christmas shopping at Clackamas Town Center in Happy Valley, Oregon. A masked gunman entered the mall armed with a semi-automatic rifle and multiple 30-round magazines and began shooting. The gunman killed Ms. Longenecker's mother and another individual and injured a teenage girl. After 22 minutes of shooting, law enforcement closed in on the shooter while he was reloading his rifle, which he then turned on himself.

Ms. Longenecker will testify that losing her mother to gun violence has impacted her life in countless ways that have evolved over the years. Some are readily apparent: her mother never met Ms. Longenecker's husband or daughter, both of whom she would have adored. Ms. Longenecker was diagnosed with depression after her mother's death, which she believes was the primary factor in her depression. Other impacts are less obvious: her mom's favorite recipes are lost, and Ms. Longenecker will never be able to make them for her own children. On the day of the shooting, Jenna kept trying to call her mother to see if she was okay, but her mother never answered. Jenna will testify that for many years, she struggled with intense anxiety whenever she was unable to reach a loved one immediately.

ALLIANCE'S FACT WITNESS STATEMENT - 3

Ms. Longenecker will testify that her grief is accentuated by both the violence and the preventability of her mother's death. It was unlike losing a loved one to a car accident or tragic illness. Her mother didn't assume any risk. Her death was not due to something outside of human control. Ms. Longenecker will testify that the sense that we live in a country that is unsafe—where a mass shooting could occur at any time or place—has never left her.

She will also testify on the impact that her mother's death has had on her as a parent. She thinks carefully about the decision to someday send her daughter to school, where her daughter is more at risk of a mass shooting than if she were homeschooled. Whenever Ms. Longenecker is in a crowded public place with her family—a movie theater, a mall, a concert—she thinks about what would happen if there were an active shooter. She will testify that she struggles to avoid being overprotective of her daughter when this hypervigilance can feel ingrained. Ms. Longenecker will testify that she knows the odds of her or her family being killed in a shooting are low. But she also knows, in her bones, that it could happen again. It did happen.

Ms. Longenecker will also testify on the impact of her mother's death on her step-brother, Hunter Yuille, who was 12 years old at the time. Hunter had been close with Ms. Yuille and was deeply affected by her murder. Shortly thereafter, Ms. Longenecker will testify, Hunter began to struggle in school, eventually dropping out of high school, struggling with substance abuse, and becoming estranged from his father Robert Yuille, Ms. Yuille's widower. Ms. Longenecker believes that her mother's murder was a significant factor in Hunter's downward spiral.

### C. Ms. Longenecker's loss of her father

Ms. Longenecker will testify that on September 15, 2016, a little less than four years after her mother's death, her father, Michael Passalacqua, committed suicide with a firearm. She will testify that her father had struggled with periodic depression for years, but he entered a darkest,

deepest bout after her mother's death. She will testify that she had a strained relationship with her father—in hindsight, this was due in large part to his struggles with mental illness. Her father's family and friends were aware of his mental health struggles and suicidal ideation, but had little recourse or knowledge of how to help him. Had there then been a reporting mechanism in place to alert authorities that her father may be a danger to himself, or a requirement to receive training about gun safety prior to purchasing a firearm, Ms. Longenecker wonders if her father could have been prevented from getting the gun he used to shoot himself.

Ms. Longenecker will testify that, while she loved growing up in Oregon and considers it to be her home, it is more complicated now. Oregon is also where both her parents lost their lives to gun violence. She doesn't know if she could live here again.

**D. The gun violence survivor community**

Ms. Longenecker will testify that through her work to support firearm safety regulations, she met many victims and survivors of gun violence from all over the country. As devastating as her story is, she considers herself comparatively lucky. Unlike others, she hasn't been under fire herself. She hasn't lost a child. Many survivors she knows can't be in public places without suffering extreme anxiety. She will testify that she learned that many people who have been affected by gun violence are too traumatized to speak out publicly in support of reasonable gun control measures. That is part of why she feels a need to testify in this case: to speak on behalf of victims and survivors.

DATED this 15th day of May, 2023.

                                        PACIFICA LAW GROUP LLP

                                        *s/ Zachary J. Pekelis*
                                        Jessica A. Skelton, OSB #102714
                                        Zachary J. Pekelis, *Pro Hac Vice*
                                        Kai A. Smith, *Pro Hac Vice*
                                        W. Scott Ferron, *Pro Hac Vice*

                                        *Attorneys for Intervenor-Defendant*
                                        *Oregon Alliance for Gun Safety*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 15th day of May, 2023.

_____
Erica Knerr