# Deposition of Brad A. Lohrey

# Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)

# April 25, 2023



**206.287.9066 l 800.846.6989**
**1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101**
**www.buellrealtime.com**
email: info@buellrealtime.com

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) |
| | ) |
| | ) Civil No. |
| Plaintiffs, | ) 2:22-cv-01815-IM |
| v. | ) (Lead Case) |
| | ) |
| TINA KOTEK, et al., | ) Civil No. |
| | ) 3:22-cv-01859-IM |
| Defendants. | ) (Trailing Case) |
| _____ | ) |
| | ) Civil No. |
| (Continued) | ) 3:22-cv-01862-IM |
| | ) (Trailing Case) |
| | ) |
| | ) Civil No. |
| | ) 3:22-cv-01869-IM |
| | ) (Trailing Case) |
| | ) |

_____

* VIDEOCONFERENCE *

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF

BRAD A. LOHREY

_____

Witness located in:

Moro, Oregon

* All participants appeared via videoconference *

DATE TAKEN:  April 25, 2023
REPORTED BY: Tia B. Reidt, Washington RPR, CCR #2798
                        Oregon # 22-0001

Page 2

1 _____

2  (continued)                          )
                                        )
3  MARK FITZ, et al.,                    )
                                        )
4              Plaintiffs,               )
       v.                                )
5                                        )
   ELLEN F. ROSENBLUM, et al.,           )
6                                        )
                 Defendants.             )
7  _____        )
                                        )
8  KATERINA B. EYRE, et al.,             )
                                        )
9              Plaintiffs,               )
                                        )
10      v.                               )
                                        )
11 ELLEN F. ROSENBLUM, et al.,           )
                                        )
12               Defendants,             )
                                        )
13      and                              )
                                        )
14 OREGON ALLIANCE FOR GUN               )
   SAFETY,                               )
15                                       )
               Intervenor-              )
16             Defendant.                )
   _____        )
17 DANIEL AZZOPARDI, et al.,             )
                                        )
18             Plaintiffs,               )
       v.                                )
19                                       )
   ELLEN F. ROSENBLUM, et al.,           )
20                                       )
                 Defendants.             )
21

22 _____

23

24

25

Page 3

1                          APPEARANCES

2

   For Oregon Firearms Federation:

3
                    LEONARD WILLIAMSON
4                   VAN NESS WILLIAMSON
                    960 Liberty Street SE, Suite 100
5                   Salem, OR 97302
                    (503) 365-8800
6                   L.williamson@vwllp.com

7
   For the State of Oregon Defendants:

8
                    ANIT JINDAL
9                   MARKOWITZ HERBOLD
                    1455 SW Broadway, Suite 1900
10                  Portland, OR 97201
                    (503) 972-5076
11                  AnitJindal@markowitzherbold.com

12
   Videographer:

13
                    COLEMAN ANDERSON
14                  BUELL REALTIME REPORTING
                    1325 Fourth Avenue, Suite 1840
15                  Seattle, WA 98101
                    (206) 287-9066
16                  Info@buellrealtime.com

17

18

19                      *   *   *   *   *

20

21

22

23

24

25

Page 4

1                              EXAMINATION INDEX

2    EXAMINATION BY:                        PAGE

3    Mr. Jindal                              6

4

5                               EXHIBIT INDEX

6

     EXHIBIT          DESCRIPTION                        PAGE
7
     EXHIBIT 106      Declaration of Plaintiff            59
8                     Sheriff Brad Lohrey in Support
                      of Plaintiffs' Emergency
9                     Motion For Preliminary
                      Injunction.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 67

1          We are back on the record.

2     BY MR. JINDAL:

3          Q.   And Sheriff Lohrey, do you understand that

4     you're still under oath?

5          A.   Yes.

6          Q.   And earlier in the day we had been discussing

7     some of the requirements of Measure 114.  And one of

8     those requirements is that the permit agent must

9     determine that a person isn't a danger to themselves or

10    to others; isn't that correct?

11         A.   Yes.

12         Q.   And do you agree that this determination is

13    identical to the determination that's made for CHL

14    licenses?

15         A.   Yes.

16         Q.   Is there any additional work that your office

17    needs to do or any other additional work that OSP needs

18    to do in order to implement this component of

19    Measure 114?

20         A.   We're just doubly doing it.

21         Q.   But other than sort of the act of doing it, is

22    there any sort of impediment to your office being able

23    to complete this requirement?

24         A.   No.

25         Q.   When administering the CHLs, how does your

Page 68

1  office make a determination that a person is not a

2  danger to themselves or others?

3      A.  We run them through LEDS, which LEDS also does

4  NCIC, III, NICS, which is the National Institute

5  Criminal System inlets.  And then everybody applies in

6  person, and, you know, we talk to them.

7      Q.  And so other than this initial -- or the

8  interviewing the person and reviewing these databases,

9  do you review any other information when making the

10  determination?

11      A.  Oregon eCourts.

12      Q.  I'm sorry.  Can you say that one more time?

13      A.  I call it Oregon eCourts, but OJCIN, I guess.

14      Q.  Oh.

15      A.  Yeah.

16      Q.  Understood.

17          And what is OJCIN?

18      A.  That's all the current court cases that are

19  going on.

20      Q.  Understood.

21          And does your office believe it is able to

22  make a determination effectively, given the information

23  that it has?

24      A.  Yes.

25      Q.  And one other requirement of the

2bc708b0-2e1d-4511-b7f8-34ebd09cba89

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                Brad A. Lohrey

Page 75

                    C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF PIERCE


        I, Tia Reidt, a Certified Court Reporter in and

for the State of Washington, do hereby certify that the

foregoing transcript of the deposition of BRAD A.

LOHREY, having been duly sworn, on April 25, 2023, is

true and accurate to the best of my knowledge, skill and

ability.

        Reading and signing was requested pursuant to

FRCP Rule 30(e).

        IN WITNESS WHEREOF, I have hereunto set my hand

and seal this 1st day of May, 2023.


                        _____

                        /S/ Tia B. Reidt
                        Tia B. Reidt, RPR, CCR 22-0001
                        NOTARY PUBLIC, State of
                        Washington.
                        My commission expires
                        5/15/2026.