# Deposition of Brian E. Pixley

# Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)

# April 26, 2023



**206.287.9066 | 800.846.6989**

1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101
www.buellrealtime.com
email: info@buellrealtime.com



Page 1

```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF OREGON
                    PENDLETON DIVISION
_____

OREGON FIREARMS FEDERATION,    )
INC., et al.,                  )
                               ) Civil No.
          Plaintiffs,          ) 2:22-cv-01815-IM
     v.                        ) (Lead Case)
                               )
TINA KOTEK, et al.,            ) Civil No.
                               ) 3:22-cv-01859-IM
          Defendants.          ) (Trailing Case)
_____)
                               ) Civil No.
          (Continued)          ) 3:22-cv-01862-IM
                               ) (Trailing Case)
                               )
                               ) Civil No.
                               ) 3:22-cv-01869-IM
                               ) (Trailing Case)
                               )
_____

                    * VIDEOCONFERENCE *

             DEPOSITION UPON ORAL EXAMINATION

                           OF

                     BRIAN E. PIXLEY
_____

                   Witness located in:
                    Scappoose, Oregon


  * All participants appeared via videoconference *

DATE TAKEN:   April 26, 2023
REPORTED BY:  Tia B. Reidt, Washington RPR, CCR #2798
                        Oregon #22-0001
```

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 10 - Wilson Decl.
Page 2 of 9
f5950d9c-8c39-4b58-ab19-e6513dd666bb

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Brian E. Pixley

Page 2

```
 1  _____
 2    (continued)                    )
                                     )
 3   MARK FITZ, et al.,              )
                                     )
 4              Plaintiffs,          )
         v.                          )
 5                                   )
     ELLEN F. ROSENBLUM, et al.,     )
 6                                   )
                Defendants.          )
 7   _____  )
                                     )
 8   KATERINA B. EYRE, et al.,       )
                                     )
 9              Plaintiffs,          )
                                     )
10       v.                          )
                                     )
11   ELLEN F. ROSENBLUM, et al.,     )
                                     )
12              Defendants,          )
                                     )
13       and                         )
                                     )
14   OREGON ALLIANCE FOR GUN         )
     SAFETY,                         )
15                                   )
                Intervenor-          )
16              Defendant.           )
     _____  )
17   DANIEL AZZOPARDI, et al.,       )
                                     )
18              Plaintiffs,          )
         v.                          )
19                                   )
     ELLEN F. ROSENBLUM, et al.,     )
20                                   )
                Defendants.          )
21
     _____
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. 10 - Wilson Decl.
Page 3 of 9
f5950d9c-8c39-4b58-ab19-e6513dd666bb

Page 3

1                      APPEARANCES

2      * All participants appeared via videoconference *
   For Oregon Firearms Federation:
3
                LEONARD WILLIAMSON
4               VAN NESS WILLIAMSON
                960 Liberty Street SE, Suite 100
5               Salem, OR 97302
                (503) 365-8800
6               L.williamson@vwllp.com

7
   For the State of Oregon Defendants:
8
                HARRY WILSON
9               MARKOWITZ HERBOLD
                1455 SW Broadway, Suite 1900
10              Portland, OR 97201
                (503) 972-5076
11              HarryWilson@markowitzherbold.com

12

13 Videographer:

14              MELODY SORENSEN
                BUELL REALTIME REPORTING
15              1325 Fourth Avenue, Suite 1840
                Seattle, WA 98101
16              (206) 287-9066
                Info@buellrealtime.com
17

18 Also Present:

19 Sarah Hanson

20

21                  *   *   *   *   *

22

23

24

25

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. 10 - Wilson Decl.
Page 4 of 9
f5950d9c-8c39-4b58-ab19-e6513dd666bb

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                Brian E. Pixley

Page 4

```
 1                    EXAMINATION INDEX
 2   EXAMINATION BY:                          PAGE
 3   Mr. Wilson                               6, 77
 4   Mr. Williamson                           73
 5
 6                      EXHIBIT INDEX
 7
     EXHIBIT     DESCRIPTION                            PAGE
 8
     EXHIBIT 107 Oregon Firearms Federation             25
 9               Plaintiffs' Second Amended
                 Complaint For Declaratory and
10               Injunctive Relief.

11   EXHIBIT 108 Columbia County Oregon Sheriff         44
                 Concealed Handgun Licensing.
12
     EXHIBIT 109 Columbia County Oregon Sheriff's       44
13               office Concealed Handgun License
                 Application.
14
     EXHIBIT 110 Measure 114                            47
15
     EXHIBIT 111 Oregon State Sheriffs'                 54
16               Association CHL & Purchase
                 Permit Course.
17
     EXHIBIT 112 Oregon Concealed Handgun               54
18               Licensing.

19   EXHIBIT 113 Guidelines and Recommendations        59
                 for Administering the
20               "In-Person Demonstration"
                 Requirement of Oregon Ballot
21               Measure 114 (BM114).
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Brian E. Pixley

Page 64

1   whatsoever of any concern raised by any of your
2   insurers about Measure 114?
3       A.   They always have concerns.  But, no, nothing
4   specific.
5       Q.   Fair enough.
6            Okay.  The sixth -- I don't remember what
7   number I'm on.
8            One of the other components of Measure 114 is
9   that your office must make a determination about
10  whether a person is a danger to themselves or others.
11  And just for reference, this is found on page 2 of the
12  Measure 114 handout.  And it's what is labeled as big C
13  --
14      A.   Page 2, you said?
15      Q.   The first big C on page 2.
16      A.   Okay.
17           Yes, sir.
18      Q.   Okay.
19           "Does not present reasonable grounds for a
20  permit agent to conclude that the applicant has been or
21  is reasonably likely to be a danger to self or others.
22           Sheriff, is that provision similar to the CHL
23  requirement?
24      A.   Yeah, I believe so, yes.
25      Q.   In the CHL context, your office makes a

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Ex. 10 - Wilson Decl.
Page 6 of 9
f5950d9c-8c39-4b58-ab19-e6513dd666bb

Case 3:22-cv-01859-IM   Document 136-10   Filed 05/15/23   Page 7 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Brian E. Pixley

Page 65

1  determination as to whether an individual may present a
2  danger to themselves or others; correct?
3      A.  Yes.
4      Q.  Sheriff, how does -- how do you -- how are
5  your employees trained to make that determination?
6      A.  Well, they attend CHL schools, which help
7  identify some of those things.  But, ultimately, when
8  they have any questions, they bring it to my attention,
9  and I make the determination.
10     Q.  My understanding is there's also some --
11 there's an OSSA civil manual that has some guidance on
12 CHL; is that correct?
13     A.  Yes.
14     Q.  And do your employees have the ability to look
15 at and reference that manual?
16     A.  Yes.
17     Q.  To your knowledge, do they use that manual to
18 assist in issuing and determining whether CHLs should
19 be issued?
20     A.  Yes.
21     Q.  When it comes to making a determination about
22 whether an individual presents reasonable grounds to
23 conclude that they may be a danger to themselves or
24 others, do you believe that you have the resources,
25 ability, and authority to do that?

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. 10 - Wilson Decl.
Page 7 of 9
f5950d9c-8c39-4b58-ab19-e6513dd666bb

Case 3:22-cv-01859-IM   Document 136-10   Filed 05/15/23   Page 8 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                Brian E. Pixley

Page 66

1    A.   Yes.  Not all contained within my office.  I
2    rely on several outside sources before I make that
3    determination, but yes.
4         Q.   What outside sources do you find to be of
5    assistance?
6         A.   Court documents, family -- statements from
7    family, statements from doctors or medical providers.
8    I typically run a -- have a conversation with my county
9    counsel, and I kind of use -- get all -- take all of
10   that information in and make a determination based on
11   that.
12        Q.   Do you see any substantive difference between
13   the CHL requirement that you and your office determine
14   whether someone is a danger to self or others and the
15   Measure 114 requirement that you or your office make a
16   determination as to someone -- whether someone presents
17   a danger to self or others?
18        A.   No.
19        Q.   One of the other things that Measure 114
20   allows is for your office to collect a fee to process
21   the application?
22        A.   Yes.
23        Q.   And that fee is, under the measure, capped at
24   $65.
25             Do you understand that -- at least to your

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. 10 - Wilson Decl.
Page 8 of 9
f5950d9c-8c39-4b58-ab19-e6513dd666bb

Case 3:22-cv-01859-IM   Document 136-10   Filed 05/15/23   Page 9 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Brian E. Pixley

Page 80

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF PIERCE

    I, Tia Reidt, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of BRIAN E. PIXLEY, having been duly sworn, on April 26, 2023, is true and accurate to the best of my knowledge, skill and ability.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal this 2nd day of May, 2023.

_____

/S/ Tia B. Reidt
Tia B. Reidt,
NOTARY PUBLIC, State of Washington.
My commission expires 5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. 10 - Wilson Decl.
Page 9 of 9
f5950d9c-8c39-4b58-ab19-e6513dd666bb