Page 1

IN THE UNITED DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

```
OREGON FIREARMS FEDERATION,    ) No. 2:22-cv-01815-IM
INC., et al.,                  )    3:22-cv-01859-IM
                               )    3:22-cv-01862-IM
     Plaintiffs,               )    3:22-cv-01869-IM
                               )
v.                             )
                               )
TINA KOTEK, et al.,            )
                               )
     Defendants.               )
                               )
     and                       )
                               )
OREGON ALLIANCE FOR GUN SAFETY,)
                               )
     Intervenor-Defendant.     )
                               )
Caption continues....          )
```

VIDEOCONFERENCE DEPOSITION

OF

MACKENZIE R. COOK, M.D.

8:38 a.m.

(All participants appeared via videoconference.)

DATE TAKEN:     April 4, 2023

REPORTED BY:    CRYSTAL R. McAULIFFE, RPR, CCR 2121,

                Oregon No. 22-0002

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 7 - Lindsay Decl. (Cook Depo.)
Page 1 of 9
c3e59961-6160-41bb-ada5-3b288a4c44e6

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)            Mackenzie R. Cook, M.D.

Page 2

```
 1   Caption continued...              )
                                       )
 2   MARK FITZ, et al.,                )
                                       )
 3        Plaintiffs,                  )
                                       )
 4    v.                               )
                                       )
 5   ELLEN F. ROSENBLUM, et al.,       )
                                       )
 6        Defendants.                  )
     _____)
 7                                     )
     KATERINA B. EYRE, et al.,         )
 8                                     )
          Plaintiffs,                  )
 9                                     )
      v.                               )
10                                     )
     ELLEN F. ROSENBLUM, et al.,       )
11                                     )
          Defendants.                  )
12   _____)
                                       )
13   DANIEL AZZOPARDI, et al.,         )
                                       )
14        Plaintiffs,                  )
                                       )
15    v.                               )
                                       )
16   ELLEN F. ROSENBLUM, et al.,       )
                                       )
17        Defendants.                  )
     _____)
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 7 - Lindsay Decl. (Cook Depo.)
Page 2 of 9
c3e59961-6160-41bb-ada5-3b288a4c44e6

Case 3:22-cv-01859-IM Document 139-7 Filed 05/15/23 Page 3 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)     Mackenzie R. Cook, M.D.

Page 3

```
 1               A P P E A R A N C E S
 2   FOR PLAINTIFF OREGON FIREARMS FEDERATION, INC.:
 3              ZACH J. PEKELIS
                PACIFICA LAW GROUP LLP
 4              1191 Second Avenue
                Suite 2000
 5              Seattle, Washington 98101
                206.245.1700
 6              Zach.pekelis@pacificalawgroup.com
 7
     FOR EYRE PLAINTIFFS:
 8
                DAN NICHOLS
 9              JURISLAW LLP
                3 Centerpointe Drive
10              Suite 160
                Lake Oswego, Oregon 97201
11              503.968.1475
                dan@jurislawyer.com
12
13
     FOR THE DEFENDANTS:
14
                ERIN DAWSON
15              MARKOWITZ HERBOLD PC
                1455 SW Broadway
16              Suite 1900
                Portland, Oregon 97201
17              503.295.3085
                ErinDawson@MarkowitzHerbold.com
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 7 - Lindsay Decl. (Cook Depo.)
Page 3 of 9
c3e59961-6160-41bb-ada5-3b288a4c44e6

Case 3:22-cv-01859-IM    Document 139-7    Filed 05/15/23    Page 4 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Mackenzie R. Cook, M.D.

Page 4

```
 1   VIDEOCONFERENCE DEPOSITION OF MACKENZIE R. COOK, M.D.
 2                      EXAMINATION INDEX
 3                       April 4, 2023
 4   EXAMINATION BY                                         PAGE
 5   Mr. Nichols              . . . . . . . . . . . . . .    5
 6   Mr. Pekelis              . . . . . . . . . . . . . .   66
 7
 8                        EXHIBIT INDEX
 9   EXHIBITS FOR IDENTIFICATION                            PAGE
10   69      Declaration of Dr. Mackenzie Cook in            7
             Support of Oregon Alliance for Gun Safety's
11           Response to Plaintiffs' Motions for
             Preliminary Injunction (22 pages)
12
     70      a multi-decade joinpoint analysis of           30
13           firearm injury severity (7 pages)

14   71      changes in patterns of mortality rates and    30
             years of lost life due to firearms in the
15           United States, 1999 to 2016:  A joinpoint
             analysis (18 pages)
16
     72      assessment of Case Fatality Rates and         30
17           Overall Prevalence of Firearm Violence in
             California, 2005 to 2019 (6 pages)
18
     73      Shooting Incident Statistics, January 2020    31
19           to February 2023 (1 page)
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 7 - Lindsay Decl. (Cook Depo.)
Page 4 of 9
c3e59961-6160-41bb-ada5-3b288a4c44e6

Case 3:22-cv-01859-IM   Document 139-7   Filed 05/15/23   Page 5 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)    Mackenzie R. Cook, M.D.

Page 36

1  over two decades may now permit new analyses and a new
2  understanding of previously unreported long-term trends
3  and changes in firearm hospitalization.
4            "We broadly know that national firearm
5  hospitalization rates per one hundred thousand
6  hospitalizations declined after the year 2000 and there
7  has been little change in assault-related firearm
8  hospitalizations in that same time period."
9            Did I read that right?
10      A.   That's correct.
11      Q.   So from 2000, the time period they're talking
12  about, there was -- there were fewer hospitalizations
13  due to firearm injuries; am I reading that correctly?
14      A.   That's what -- that's what their paper says.
15  And it was published at the end of 2017.
16      Q.   So this paper is saying from 2000 to 2017, the
17  number of firearm-related hospitalizations declined; is
18  that correct?
19      A.   That's what they're stating there.
20      Q.   Do you have any reason to disagree with that?
21      A.   Not in particular, no.
22      Q.   Do you have any opinions as to why that
23  hospitalization -- number of hospitalizations declined?
24            Did we lose the doctor?  Sorry.
25      A.   My screen blinked for a second.  Yeah.

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Exhibit 7 - Lindsay Decl. (Cook Depo.)
Page 5 of 9
c3e59961-6160-41bb-ada5-3b288a4c44e6

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)　　　　　　　　　　　　　　　　　　Mackenzie R. Cook, M.D.

Page 37

1　　Q.　Okay. Let's try that again.
2　　　　Dr. Cook, can you hear me okay?
3　　A.　I can, yeah.
4　　Q.　So do you have any opinions as to why
5　hospitalizations due to firearm injuries from 2000 to
6　2017 declined?
7　　A.　I do, based upon the findings of that paper.
8　That's consistent with my own clinical practice.
9　　Q.　And what are those opinions?
10　 A.　We are letting people go home or -- let me
11　rephrase that.
12　　　　We are treating gunshot wounds on an outpatient
13　basis that previously would have required inpatient
14　hospitalization.
15　　　　And so -- yeah. So people who would have gotten
16　admitted are going home to get managed in the outpatient
17　setting.
18　　Q.　And so in the conclusions in Exhibit 70, on the
19　first page, it says, "The severity of hospitalized
20　firearm injuries increased significantly from 1993 to
21　2014."
22　　　　Do you see that?
23　　A.　That's correct. Yeah.
24　　Q.　And it says, "This annual increase reflects a
25　move toward hospitalization of more serious injuries and

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 7 - Lindsay Decl. (Cook Depo.)
Page 6 of 9
c3e59961-6160-41bb-ada5-3b288a4c44e6

Case 3:22-cv-01859-IM   Document 139-7   Filed 05/15/23   Page 7 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                Mackenzie R. Cook, M.D.

Page 38

1  outpatient management of less serious injuries across
2  the board."
3         Did I read that right?
4     A.  Yes.
5     Q.  So fewer hospitalizations, but the severity of
6  those hospitalized increased during that period; am I
7  reading that right?
8     A.  I don't remember if they make a comment as to
9  the number of hospitalizations, but the severity is
10 definitely higher.
11    Q.  Right.  And we looked at the number of
12 hospitalizations at least from 2000 on was lower;
13 correct?
14    A.  Correct.
15    Q.  So during that period, then, you had fewer
16 hospitalizations, but hospitalizations of more serious
17 injuries?
18    A.  Yes, we did.
19    Q.  And so how does this study, Exhibit 70, support
20 your opinions in this case?
21    A.  This study is saying, while the number of people
22 admitted to a hospital with a gunshot wound is stable,
23 what we are seeing is, actually, most -- more people
24 being shot in a worse way.
25         The -- as an example, in the past, there were

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 7 - Lindsay Decl. (Cook Depo.)
Page 7 of 9
c3e59961-6160-41bb-ada5-3b288a4c44e6

Case 3:22-cv-01859-IM   Document 139-7   Filed 05/15/23   Page 8 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                          Mackenzie R. Cook, M.D.

Page 42

1       Would you agree with that?
2    A.  I would agree, yes.
3    Q.  And going back over to Exhibit 71, is that true
4  as well?
5       One I see is -- and statistics?
6    A.  Yes.  Looks like epidemiology and statistics and
7  Department of Medicine.
8    Q.  If you go to page 2 of Exhibit 71, starting with
9  the second sentence, it says, while -- under
10  "introduction," I should say.
11      Under "Introduction," second sentence, "While
12  national trends and firearm deaths have remained steady
13  from 1999 to 2014, at around 10.2 per hundred thousand
14  persons, data from 2015" onward show -- onwards show
15  increases in the numbers and rates of both fatal and
16  nonfatal firearm related injuries."
17      Did I read that right?
18   A.  Sorry.  Yes, you did.
19   Q.  So in other words, from 1999 to 2014, firearm
20  deaths remained about steady and that after 2015 there
21  was an increase in the number and rate of fatal and
22  nonfatal injuries from firearms; correct?
23   A.  That's what they say here, yeah.
24   Q.  And does that comport with your experience?
25   A.  It does, with a caveat that I -- I was not

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Exhibit 7 - Lindsay Decl. (Cook Depo.)
Page 8 of 9
c3e59961-6160-41bb-ada5-3b288a4c44e6

Case 3:22-cv-01859-IM   Document 139-7   Filed 05/15/23   Page 9 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Mackenzie R. Cook, M.D.

Page 68

1          C E R T I F I C A T E

4  STATE OF WASHINGTON    )
                          ) ss.
5  COUNTY OF KITSAP       )

7       I, CRYSTAL R. McAULIFFE, a Certified Court
8  Reporter in and for the State of Washington, do hereby
9  certify that the foregoing transcript of the
10 videoconference deposition of MACKENZIE R. COOK, M.D.,
11 having been duly sworn on APRIL 4, 2023, is true and
12 accurate to the best of my knowledge, skill and ability.
13      Reading and signing was requested pursuant to
14 FRCP Rule 30(e).
15      IN WITNESS WHEREOF, I have hereunto set my hand
16 and seal this 13th day of April, 2023.

_____

20 CRYSTAL R. McAULIFFE, RPR, CCR 2121
   Oregon No. 22-0002

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989