Jessica A. Skelton, OSB #102714
jessica.skelton@pacificalawgroup.com
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
206-245-1700

*Attorney for Intervenor-Defendant*
*Oregon Alliance for Gun Safety*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TINA KOTEK, et al.,<br><br>    Defendants,<br><br>  and<br><br>OREGON ALLIANCE FOR GUN SAFETY,<br><br>    Intervenor-Defendant. | Case No. 2:22-cv-01815-IM *(Lead Case)*<br>Case No. 3:22-cv-01859-IM *(Trailing Case)*<br>Case No. 3:22-cv-01862-IM *(Trailing Case)*<br>Case No. 3:22-cv-01869-IM *(Trailing Case)*<br><br>CONSOLIDATED CASES<br><br>**INTERVENOR-DEFENDANT OREGON ALLIANCE FOR GUN SAFETY'S TRIAL EXHIBIT LIST** |
| MARK FITZ, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELLEN F. ROSENBLUM, et al.,<br><br>    Defendants. | |
| KATERINA B. EYRE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELLEN F. ROSENBLUM, et al.,<br><br>    Defendants, | |

|  |  |
|---|---|
| and<br><br>OREGON ALLIANCE FOR GUN SAFETY,<br><br>Intervenor-Defendant. | |
| DANIEL AZZOPARDI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ELLEN F. ROSENBLUM, et al.,<br><br>Defendants. | |

| INTERVENOR-DEFENDANT'S TRIAL EXHIBITS | | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated | Objection(s) | Pre-Admit *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
| 701 | Clayton E. Cramer, *Navy Yard Shooting Leaves Gun Control Crowd Out of Excuses*, Firearm News, Sept. 24, 2013 (Cramer Dep. Ex. 13) | | | | | |
| 702 | Clayton Cramer, *Gun Control and the Death of a Thousand Cuts* (Cramer Dep. Ex. 14) | | | | | |
| 703 | Clayton E. Cramer, *Ninth Circuit Victory: The End of the Beginning*, Firearm News, Feb. 14, 2014 (Cramer Dep. Ex. 15) | | | | | |
| 704 | Clayton Cramer, *A Victory in California*, Sept. 12, 2018 (Cramer Dep. Ex. 16) | | | | | |
| 705 | Clayton Cramer, *A Major Victory in California*, Apr. 2, 2019 (Cramer Dep. Ex. 17) | | | | | |
| 706 | Clayton Cramer, *An Unfavorable California Decision that May Later Bear Fruit*, Am.'s | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | First Freedom, Dec. 8, 2021 (Cramer Dep. Ex. 18) | | | | | |
| 707 | Clayton Cramer, *What is it Like to be a California Gun Owner?*, Am.'s First Freedom, Oct. 31, 2022 (Cramer Dep. Ex. 19) | | | | | |
| 708 | Clayton Cramer, *Why Oregon Ballot Measure 114 is Unconstitutional*, Am.'s First Freedom, Nov. 16, 2022 (Cramer Dep. Ex. 20) | | | | | |
| 709 | Open Secrets, Donor Lookup: Clayton Cramer (Cramer Dep. Ex. 21) | | | | | |
| 710 | Clayton Cramer, *Federal Judge Temporarily Blocks California's New Magazine Ban*, June 30, 2017 (Cramer Dep. Ex. 22) | | | | | |
| 711 | Clayton Cramer, *Does Limiting Magazine Capacity Matter?*, May 27, 2022 (Cramer Dep. Ex. 23) | | | | | |
| 712 | Clayton Cramer & Frank Miniter, *Can Biden Take Your Rights With the Stroke of a Pen?*, Am.'s First Freedom, Apr. 26, 2021 (Cramer Dep. Ex. 24) | | | | | |
| 713 | Clayton Cramer, *CRAMER: On the right side of the bullet*, Wash. Times, Feb. 9, 2012 (Cramer Dep. Ex. 25) | | | | | |
| 714 | Clayton Cramer & David Burnett, *Tough Targets*, Cato Inst. (2012) (Cramer Dep. Ex. 26) | | | | | |
| 715 | Mark Hanish Bio (Hanish Dep. Ex. 2) | | | | | |
| 716 | *FN Announces Release of California-Compliant Rifles*, Aug. 1, 2017 (Hanish Dep. Ex. 3) | | | | | |
| 717 | Dan Primack, *Following private equity's gun money*, Axios, Oct. 4, 2017 (Hanish Dep. Ex. 4) | | | | | |
| 718 | Yahoo Finance, AMMO, Inc. (POWW), https://finance.yahoo.com/quote/POWW/ | | | | | |

| 719 | W.H. "Chip" Gross, *Ashley Hlebinsky: Historically Speaking* , NRA Women (Hlebinsky Dep. Ex. 31) | | | | | |
|---|---|---|---|---|---|---|
| 720 | Testimony of Ashley Hlebinsky, U.S. Senate, May 11, 2021 (Hlebinsky Dep. Ex. 32) | | | | | |
| 721 | Second Amendment Foundation, 2022 Gun Rights Policy Conference Speakers, https://www.saf.org/2022-gun-rights-policy-conference-speakers/ | | | | | |
| 722 | The Gun Code LLC, https://theguncode.com/ | | | | | |
| 723 | Gary Kleck, *Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkages*, 17 Justice Research & Pol'y pp. 28–47 (2016) (Kleck Dep. Ex. 43) | | | | | |
| 724 | Sarah Garrecht Gassen & Timothy Williams, *Before Attack, Parents of Gunman Tried to Address Son's Strange Behavior*, Mar. 27, 2013 (Kleck Dep. Ex. 44) | | | | | |
| 725 | *Man who tackled shooter in Gabrielle Giffords attack dies*, CBS News, Mar. 12, 2016 (Kleck Dep. Ex. 45) | | | | | |
| 726 | Megan Gallegos, *Graphic Testimony at Colorado Gun-Control Trial*, Courthouse News Serv., Apr. 9, 2014 (Kleck Dep. Ex. 46) | | | | | |
| 727 | J. Pete Blair & Katherwine W. Schweit, A Study of Active Shooter Incidents in the United States, 2000 – 2013 (2014) (Kleck Dep. Ex. 47) | | | | | |
| 728 | John J. Donahue, *Professor John Donahue: Facts Do Not Support Claim that Guns Make Us Safer*, Stanford L. Sch., Oct. 12, 2015 (Kleck Dep. Ex. 48) | | | | | |
| 729 | Michael Melia, *Mom: My son shouted for kids to flee Newtown* gunman, NBC News, Oct. 18, 2013 (Kleck Dep. Ex. 49) | | | | | |

| 730 | Report of the State's Attorney for the Judicial District of Danbury on the Shootings at Sandy Hook Elementary School and 36 Yogananda Street, Newtown, Connecticut on December 14, 2012 (Kleck Dep. Ex. 50) | | | | | |
|-----|------|--|--|--|--|--|
| 731 | Robert A. Waters, *Guns Save Lives* (2002) | | | | | |
| 732 | Chris Bird, *Thank God I Had a Gun* (2d ed.2014) | | | | | |
| 733 | *Baltimore man pleads not guilty in Cross Keys robbery*, Wash. Examiner, May 10, 2006 | | | | | |
| 734 | Gus G. Sentementes and Julie Bykowicz, *Documents detail Cross Keys shooting*, Baltimore Sun, Mar. 20, 2006 | | | | | |
| 735 | *Jewelry store burglarized, scene of deadly 1994 robbery attempt*, WWBT NBC 12, Jan. 4, 2012 | | | | | |
| 736 | Oxford Eng. Dictionary, "Magazine" | | | | | |
| 737 | Oxford Eng. Dictionary, "Accoutrements" | | | | | |
| 738 | Oxford Eng. Dictionary, "Cartridge box" | | | | | |
| 739 | William Dobein James, "A sketch of the life of Brig. Gen. Francis Marion and a history of his brigade" (1821). | | | | | |
| 740 | Journals of the Continental Congress (1774) (excerpt 1) | | | | | |
| 741 | Journals of the Continental Congress (1774) (excerpt 2) | | | | | |
| 742 | George Washington, General Orders (February 17, 1776) | | | | | |
| 743 | George Washington, Letter to John Hancock (October 10–11, 1777) | | | | | |
| 744 | William Duer, Congressional Resolution: A State of Facts, December 1777 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 745 | Admiral W. H. Smyth and Vice-Admiral Sir E. Belcher, The Sailor's Word-Book: An Alphabetical Digest of Nautical Terms, London, 1867 | | | | |
| 746 | *Massachusetts Gazette*, May 19, 1775 | | | | |
| 747 | *State Gazette of South Carolina*, July 16, 1787 | | | | |
| 748 | *Evening Star* (Washington, D.C.), Jan. 9, 1868 | | | | |
| 749 | *Daily Morning Chronicle* (Washington, D.C.), Apr. 22, 1868 | | | | |
| 750 | *Daily Albany Argus*, Nov. 6, 1869 | | | | |
| 751 | *Daily Morning Chronicle* (Washington, D.C.), Feb. 3, 1872 | | | | |
| 752 | Acts and Laws March Session, Colony of Massachusetts Bay (1776) | | | | |
| 753 | George Washington, General Orders (Jan. 22, 1780) | | | | |
| 754 | George Washington, General Orders (May 1, 1783) | | | | |
| 755 | *Incidents of the Insurrection in the Western Part of Pennsylvania, in the year 1774* (1795) | | | | |
| 756 | *Derby Mercury*, March 19, 1756, p. 3 | | | | |
| 757 | *Jackson's Oxford Journal*, Mar. 20, 1756, p. 2 | | | | |
| 758 | *Pittsburgh Gazette*, Feb. 14, 1789, p. 1 | | | | |
| 759 | *N.Y. Journal*, July 23, 1790 | | | | |
| 760 | *Daily Morning Chronicle*, Washington, D.C., Jan. 7, 1868, p.4 | | | | |
| 761 | *Cedar Falls Gazette*, Jan. 10, 1868, p. 3 | | | | |
| 762 | *Gloucestershire Chronicle*, Jan. 4, 1868, p. 2. | | | | |
| 763 | *The Jeffersonian* (Stroudsburg, Pa.), Jan. 9, 1868, p. 2. | | | | |

| 764 | B. Kalesan, et al., *A multi-decade joinpoint analysis of firearm injury severity*, 3 Trauma Surgery & Acute Care Open 1 (2018) | | | | |
|---|---|---|---|---|---|
| 765 | H.M. Bailey, et al., *Changes in patterns of mortality rates and years of life lost due to firearms in the United States, 1999 to 2016: A joinpoint analysis*, PLoS One 14(11) (Nov. 22, 2019) | | | | |
| 766 | P.J. Brantingham, et al., *Assessment of Case Fatality Rates and Overall Prevalence of Firearm Violence in California, 2005-2019*, JAMA Netw Open (Jan. 28, 2022) | | | | |
| 767 | City of Portland Police Bureau, Shooting Incident Statistics, https://www.portlandoregon.gov/police/81203 | | | | |
| 768 | B. Aarabi & H. Eisenberg, *Surgical Management and Prognosis of Penetrating Brain Injury*, Youmans and Winn Neurological Surgery (8th ed. 2023). | | | | |
| 769 | *American Icon: The Blast Effect*, Wash. Post., Mar. 27, 2023 | | | | |
| 770 | Chana Sacks, et al., *Case 31-2018: A 37-Year-Old Man with a Self-Inflicted Gunshot Wound*, New England J. of Med., Oct. 1, 2018 | | | | |
| 771 | Dan Pronk, *A former special-operations doctor explains why he would rather be shot with an AK-47 than an M4*, Business Insider, Dec. 21, 2015 | | | | |
| 772 | Kirk Johnson & Serge F. Kovaleski, *Series of Turning Points Limited Death Toll at Oregon Mall*, New York Times, Dec. 12, 2012 | | | | |
| 773 | Anna Griffin, *Clackamas Town Center shooting: 22 minutes of chaos and terror as gunman meanders through mall*, Oregonian, Dec. 15, 2012 | | | | |

| 774 | Clackamas Cnty., *Mall Shooting Clackamas Town Center*, https://bit.ly/3IbboVB | | | | | |
| 775 | Clackamas Cnty. Sheriff's Office, *Active-shooter investigation*, https://bit.ly/3MsuTf9 | | | | | |

DATED this 15th day of May, 2023.

PACIFICA LAW GROUP LLP

*s/  Zachary J. Pekelis*
Jessica A. Skelton, OSB #102714
Zachary J. Pekelis, *Pro Hac Vice*
Kai A. Smith, *Pro Hac Vice*
W. Scott Ferron, *Pro Hac Vice*

*Attorneys for Intervenor-Defendant*
*Oregon Alliance for Gun Safety*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 15th day of May, 2023.

_____
Erica Knerr