Shawn M. Lindsay
shawn@jurislawyer.com
Daniel J. Nichols
dan@jurislawyer.com
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
Telephone: (503) 968-1475

   *Attorneys for Eyre Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>TINA KOTEK, et al.,<br><br>                    Defendants,<br><br>        and<br><br>OREGON ALLIANCE FOR GUN SAFETY,<br><br>                    Intervenor-Defendant. | Case No. 2:22-cv-01815-IM *(Lead Case)*<br>Case No. 3:22-cv-01859-IM *(Trailing Case)*<br>Case No. 3:22-cv-01862-IM *(Trailing Case)*<br>Case No. 3:22-cv-01869-IM *(Trailing Case)*<br><br>CONSOLIDATED CASES<br><br>**PLAINTIFFS' LEGISLATIVE FACT EXHIBIT LIST** |
| MARK FITZ, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ELLEN F. ROSENBLUM, et al.,<br><br>                    Defendants. | |
| KATERINA B. EYRE, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ELLEN F. ROSENBLUM, et al.,<br><br>                    Defendants.<br><br>        and<br><br>OREGON ALLIANCE FOR GUN SAFETY, | |

PLAINTIFFS' LEGISLATIVE FACT EXHIBIT LIST                                                                                          1

|  |
|---|
| Intervenor-Defendant. |
| DANIEL AZZOPARDI, et al., |
|                     Plaintiffs, |
|   v. |
| ELLEN F. ROSENBLUM, et al., |
|                     Defendants. |

On June 2, 2023, the Court ordered Plaintiffs to separately identify "legislative fact exhibits." Dkt. 236. Plaintiffs hereby provide that legislative fact exhibit list.

Previously, on May 31, 2023, the Court requested Plaintiffs to "1) Please identify by exhibit number all the marked exhibits that Plaintiff[s] seek[] to introduce as 'legislative facts'; and 2) for each such 'legislative fact,' identify that specific aspect of the constitutional analysis demanded by *Bruen* to which each such legislative fact applies …." To answer that May 31 request, on June 1, 2023, Plaintiffs identified those legislative fact exhibits in Dkt. 228. In Plaintiffs' and Defendants' Consolidated Proposed Pretrial Order, Plaintiffs outlined the constitutional analysis demanded by *Bruen* as counts and questions. Dkt. 161 (5/10/2023), pp. 6-26. Thus, the June 1 submission by Plaintiffs identified the legislative facts by count and question, as set forth in the Proposed Pretrial Order.[1] Later on June 1, 2023, the Court issued an Order Re: Clarification of Issues for Trial,

---

[1] For ease of reference, those counts and questions are reproduced here:
COUNT I (Second Amendment Challenge to M114's Permitting Regime)
Question 1: Do Measure 114's new restrictions on individuals' ability to acquire firearms, set forth in Measure 114 §4, §5, §6(3)(c), §6(13)(b), §6(14), §7(3)(d)(B), §8(3)(B)(c), restrict conduct that is presumptively protected by the Second Amendment?
Question 2: Have Defendants proven that Measure 114's new restrictions on individuals' ability to acquire firearms, set forth in Measure 114 §4, §5, §6(3)(c), §6(13)(b), §6(14), §7(3)(d)(B), §8(3)(B)(c), are consistent with a longstanding historical tradition of firearm regulation in this country?
Question 3: Are Defendants currently able to implement Measure 114's restrictions on individuals' ability to acquire firearms, set forth in Measure 114 §4, §5, §6(3)(c), §6(13)(b), §6(14), §7(3)(d)(B), §8(3)(B)(c), in a manner that allows individuals to obtain the permits that are required to lawfully acquire firearms in Oregon?
COUNT II (Due Process Clause Challenge to M114's Permitting Regime)

setting forth the Court's "interpretation of the legal questions it must answer to determine whether Ballot Measure 114 ('BM 114') violates the Second Amendment." Dkt. 235, p. 1. The Court's Order contains the same counts, but divides and describes the questions differently than Plaintiffs' description in the Proposed Pretrial Order. For clarity, Plaintiffs include references both to the Court's Clarification of Issue for Trial (Dkt. 235) and to Plaintiffs' description of their claims (Dkt. 161).

Plaintiffs have not identified in this list those exhibits that the parties have stipulated[2] will be trial exhibits because this Court ordered that "where the parties have stipulated to the admission of particular exhibits that Plaintiffs assert are legislative facts, this Court will receive those exhibits as part of the evidentiary record." Dkt. 236, p. 5. Rather, this list includes those legislative fact exhibits identified by Plaintiffs that Defendants object to admitting into the evidentiary record as trial exhibits.

Plaintiffs respectfully submit that this is not an exhaustive list of the documents that this Court or a reviewing appellate court may rely upon in deciding issues in this case. *See* Dkt. 223.

---

COUNT III (Second Amendment Challenge to M114's Magazine Prohibitions)
Question 1: Are the ammunition feeding devices that Measure 114 prohibits covered by the plain text of the Second Amendment?
Question 2: Are the ammunition feeding devices that Measure 114 prohibits "in common use"?
Question 3: Have Defendants proven that there is a longstanding historical tradition of banning ammunition feeding devices above a certain capacity for semi-automatic firearms?
Question 4: Have Defendants proven that ammunition feeding devices capable of accepting more than 10 rounds constitute a dramatic technological change or novel societal phenomenon that justifies a "more nuanced approach"?
COUNT IV (Fifth Amendment Takings Clause Challenge to M114's Magazine Prohibitions)
Question 1: Does Measure 114 §11 effect a physical taking?
Question 2: Does Measure 114 §11 effect a regulatory taking?
COUNT V (Due Process Clause Challenge to M114's Magazine Prohibitions)
Question: Do the confiscatory, retroactive aspects of Measure 114 §11 violate due process?
COUNT VI (Void-for-Vagueness Challenge to M114's Magazine Prohibitions)
Question: Is Measure 114 §11 void for vagueness?
[2] Plaintiffs note that all parties have stipulated to the authenticity of the documents listed here.

Finally, for additional clarity, Plaintiffs submit that the legislative facts that may be considered in resolving Plaintiffs' claims may be found in court decisions and other documents beyond those listed below.

**Defendants' response:**

Defendants take the following position with respect to each of Plaintiffs' designations. Plaintiffs' proposed "legislative facts" are not proper legislative facts. As this Court explained in its June 2, 2023 Order (ECF 236), "legislative facts are not admissible to resolve disputed facts essential to the elements of Plaintiffs' claims unless they comply with the Federal Rules of Evidence." Each document described below is a hearsay article, study, or data set that Plaintiffs offer to resolve an essential element of Plaintiffs' claims. Plaintiffs' proposed "legislative facts" documents are authored by individuals who are not testifying in this case. Accordingly, these documents are inadmissible under the Federal Rules of Evidence. *See, e.g.*, FRE 802 (establishing general rule that hearsay "is not admissible"). Defendants reserve the right to respond to Plaintiffs' "legislative facts" with admissible testimony at trial or with post-trial briefing.

| No. | Description | Defendants' Response(s) |
|---|---|---|
| 16. | Meriwether Lewis's Air Gun, Michael F. Carrick, We Proceeded On, Lewis and Clark Trail Heritage Foundation (Nov. 2002), p. 15 (Carrick Ex. 2)<br><br>Plaintiffs: Count III Q4<br>Court: Count III Q1c, Q2a | See above |
| 18. | Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003, Christopher S. Koper (July 2004)<br><br>Plaintiffs: Count III Q2, Q3, Q4<br>Court: Count III Q1b, Q1c, Q2a, Q2b | See above |

| No. | Description | Defendants' Response(s) |
|---|---|---|
| 20. | Firearm Examiner Training (2008), Glossary, Magazine<br><br>Plaintiffs: Count III Q1<br>Court: Count III Q1a | See above |
| 25. | The History of Firearm Magazines and Magazine Prohibitions, David B. Kopel (2014/2015)<br><br>Plaintiffs: Count 1 Q2; Count III Q1, Q2, Q3, Q4<br>Court: Count I Q3; Count III Q1b, Q1c, Q2a, Q2b | See above |
| 29. | Criminal Use of Assault Weapons and High-Capacity Semiautomatic Firearms: an Updated Examination of Local and National Sources, Christopher Koper, et al. (2017)<br><br>Plaintiffs: Count III Q1, Q2, Q3, Q4<br>Court: Count I Q3; Count III Q1b, Q1c, Q2a, Q2b | See above |
| 30. | Estimating Global Civilian-Held Firearms Numbers, Aaron Karp (June 2018)<br><br>Plaintiffs: Count III Q2<br>Court: Count III Q1b | See above |
| 33. | Firearm Production in the United States, NSSF (2020)<br><br>Plaintiffs: Count III Q2<br>Court: Count III Q1b | See above |
| 46. | 2021 National Firearms Survey: Updated Analysis Including Types of Firearms Owned, William English (May 13, 2022)<br><br>Plaintiffs: Count III Q2<br>Court: Count III Q1b | See above |

| No. | Description | Defendants' Response(s) |
|---|---|---|
| 47. | Firearms Law and the Second Amendment: Regulation, Rights, and Policy, 3d ed. (2022 Suppl.), Nicholas Johnson, et al.<br><br>Plaintiffs: Count 1 Q1, Q2; Count III Q1, Q2, Q3, Q4<br>Court: Count I Q2, Q3; Count III Q1a, Q1b, Q1c, Q2a, Q2b | See above |
| 53. | The History of Bans on Types of Arms Before 1900, Kopel and Greenlee (2023)<br><br>Plaintiffs: Count III Q1, Q2, Q3, Q4<br>Court: Count III Q1b, Q1c, Q2a, Q2b | See above |
| 76. | Joseph Bilby, The Guns of 1864, in Am. Rifleman (May 5, 2014)<br>Ex. 29 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB)<br>00487-497<br><br>Plaintiffs: Count III Q4<br>Court: Count III Q1c, Q2a | See above |
| 87. | John Elliot, A Sweeping History of the Mauser C96 Broomhandle Pistol, Guns.com (Jan. 26, 2012)<br>Ex. 40 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB)<br>00612-624<br><br>Plaintiffs: Count III Q4<br>Court: Count III Q1c, Q2a | See above |
| 90. | Page 104 of Patrick Sweeney, Gun Digest Book of the AR-15 (2005)<br>Ex. 43 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB)<br>00641-644<br><br>Plaintiffs: Count III Q2, Q3, Q4<br>Court: Count III Q1b, Q1c, Q2a, Q2b | See above |

DATED:  June 4, 2023

| | |
|---|---|
| Paul D. Clement[*]<br>Erin E. Murphy[*]<br>Matthew D. Rowen[*]<br>Nicholas M. Gallagher[*]<br>Clement & Murphy, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br>(202) 742-8900<br><br>[*] admitted *pro hac vice* | JURISLAW LLP<br><br>s/ Daniel J. Nichols<br>Shawn M. Lindsay (OSB No.: 020695)<br>Daniel J. Nichols (OSB No.: 101304)<br>Three Centerpointe Drive<br>Suite 160<br>Lake Oswego, OR 97035<br>(503) 968-1475<br>shawn@jurislawyer.com<br><br>*Counsel for Eyre Plaintiffs* |
| s/ Stephen Joncus<br>Stephen J. Joncus, OSB #013072<br>JONCUS LAW PC<br>13203 SE 172nd Ave Ste 166 #344<br>Happy Valley, OR  97086<br>(971) 236-1200<br>steve@joncus.net | s/ Leonard W. Williamson<br>Leonard W. Williamson, OSB #910020<br>VAN NESS WILLIAMSON LLP<br>960 Liberty St. SE, Ste 100<br>Salem, OR 97302<br>(503) 365-8800<br>l.williamson@vwllp.com<br><br>*Counsel for OFF Plaintiffs*<br><br>s/ James L. Buchal<br>James L. Buchal, OSB #910020<br>MURPHY & BUCHAL LLP<br>PO Box 86620<br>Portland, OR 97286<br>(503) 227-1011<br>jbuchal@mbllp.com<br><br>*Counsel for Fitz and Azzopardi Plaintiffs* |

**ATTORNEY CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2023, I have made service of the foregoing **PLAINTIFFS' LEGISLATIVE FACT EXHIBIT LIST** of the party listed below in the manner indicated:

Matthew D. Rowen
Erin E. Murphy
Nicholas M. Gallagher
Paul D. Clement
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
*Attorney for Eyre Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email:
matthew.rowen@clementmurphy.com;
erin.murphy@clementmurphy.com;
nicholas.gallagher@clementmurphy.com;
paul.clement@clementmurphy.com
☒ Electronically via USDC CM/ECF system

Jessica A. Skelton
Zachary J. Pekelis
Kai Smith
W. Scott Ferron
Pacific Law Group LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101-3404
*Attorney for Proposed Intervenor-Defendant Oregon Alliance for Gun Safety*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email:
jessica.skelton@pacificlawgroup.com;
zach.pekelis@pacificalawgroup.com;
kai.smith@pacificlawgroup.com;
scott.ferron@pacificalawgroup.com
☒ Electronically via USDC CM/ECF system

James L. Buchal
Murphy & Buchal
PO Box 86620
Portland, OR 97286
*Attorney for Fitz Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: jbuchal@mbllp.com
☒ Electronically via USDC CM/ECF system

William Bergstrom
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
*Attorney for Fitz Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: wbergstrin@cooperkirk.com
☒ Electronically via USDC CM/ECF system

D. Angus Lee
Angus Lee Law Firm, PLLC
9105A NE HWY 99, Suite 200
Vancouver, WA
*Attorney for Fitz Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: Angus@AngusLeeLaw.com
☒ Electronically via USDC CM/ECF system

James L. Buchal
Murphy & Buchal

☐ U.S Mail
☐ Facsimile

| | |
|---|---|
| PO Box 86620<br>Portland, OR 97286<br>*Attorney for Azzopardi Plaintiffs* | ☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email: jbuchal@mbllp.com<br>☒ Electronically via USDC CM/ECF system |
| William Sack<br>Firearms Policy Coalition, Inc.<br>5550 Painted Mirage Rd., Suite320<br>Las Vegas, NV 89149<br>*Attorney for Azzopardi Plaintiffs* | ☐ U.S Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email: Wsack@FPClaw.org<br>☒ Electronically via USDC CM/ECF system |
| Adam Kraut<br>Second Amendment Foundation<br>12500 NE Tenth Place<br>Bellevue, WA 98665<br>*Attorney for Azzopardi Plaintiffs* | ☐ U.S Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email: akraut@saf.org<br>☒ Electronically via USDC CM/ECF system |
| D. Angus Lee<br>Angus Lee Law Firm, PLLC<br>9105A NE HWY 99, Suite 200<br>Vancouver, WA<br>*Attorney for Azzopardi Plaintiffs* | ☐ U.S Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email: Angus@AngusLeeLaw.com<br>☒ Electronically via USDC CM/ECF system |
| Stephen J. Joncus<br>Joncus Law LLC<br>13203 SE 172nd Ave, Ste 166 #344<br>Happy Valley, OR 97086<br>*Attorney for OFF Plaintiffs* | ☐ U.S Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email: steve@joncus.net<br>☒ Electronically via USDC CM/ECF system |
| Leonard W. Williamson<br>Van Ness Williamson<br>960 Liberty Street S, Suite 100<br>Salem, OR 97302<br>*Attorney for OFF Plaintiffs* | ☐ U.S Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email: l.williamson@vwllp.com<br>☒ Electronically via USDC CM/ECF system |
| Pete Serrano<br>Silent Majority Foundation<br>5238 Outlet Drive<br>Pasco, WA 99301<br>*Attorney for OFF Plaintiffs* | ☐ U.S Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email: pete@silentmajorityfoundation.org<br>☒ Electronically via USDC CM/ECF system |
| Jessica A. Skelton<br>Zachary J. Pekelis<br>Kai Smith<br>W. Scott Ferron<br>Pacific Law Group LLP<br>1191 Second Avenue, Suite 2000 | ☐ U.S Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email:<br>jessica.skelton@pacificlawgroup.com; |

CERTIFICATE OF SERVICE                                                                                   9

| | |
|---|---|
| Seattle, WA 98101-3404<br>*Attorney for Proposed Intervenor-Defendant*<br>*Oregon Alliance for Gun Safety* | zach.pekelis@pacificalawgroup.com;<br>kai.smith@pacificlawgroup.com;<br>scott.ferron@pacificalawgroup.com<br>☒ Electronically via USDC CM/ECF system |
| Brian Simmonds Marshall<br>Oregon Department of Justice<br>Trial Division<br>Special Litigation Unit<br>100 SW Market Street<br>Portland, OR 97201<br>*Attorney for Defendants* | ☐ U.S Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email: brain.s.marshal@doj.state.or.us<br>☒ Electronically via USDC CM/ECF system |
| Erin N. Dawson<br>Hannah Hoffman<br>Harry B. Wilson<br>Markowitz Herbold PC<br>1455 SW Broadway, Suite 1900<br>Portland, OR 97201<br>*Attorney for Defendants* | ☐ U.S Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email:<br>erindawson@markowitzherbold.com;<br>HannahHoffman@markowitzherbold.com;<br>harrywilson@markowitzherbold.com<br>☒ Electronically via USDC CM/ECF system |

DATED: June 4, 2023

                                                                                JURISLAW LLP

                                                                                  s/Daniel J. Nichols
                                                                             Daniel J. Nichols (OSB No.: 101304)
                                                                             Three Centerpointe Drive
                                                                             Suite 160
                                                                             Lake Oswego, OR 97035
                                                                             (503) 968-1475
                                                                             dan@jurislawyer.com

                                                                             *Counsel for Eyre Plaintiffs*

CERTIFICATE OF SERVICE                                                                                 10