**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

    Special Assistant Attorneys General for Defendants

**Ellen F. Rosenblum, OSB #753239**
Attorney General
**Brian Simmonds Marshall, OSB #196129**
Senior Assistant Attorney General
Brian.S.Marshall@doj.state.or.us
**DEPARTMENT OF JUSTICE**
100 SW Market Street
Portland, OR 97201
(971) 673-1880

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TINA KOTEK, et al.,<br><br>    Defendants,<br><br>and | Case No. 2:22-cv-01815-IM (lead case)<br>    3:22-cv-01859-IM (trailing case)<br>    3:22-cv-01862-IM (trailing case)<br>    3:22-cv-01869-IM (trailing case)<br><br>**DEFENDANTS' LEGISLATIVE FACTS LIST** |

Page 1 -    DEFENDANTS' LEGISLATIVE FACTS LIST

| | |
|---|---|
| OREGON ALLIANCE FOR GUN SAFETY, | |
| Intervenor-Defendant. | |
| MARK FITZ, et al., | |
| Plaintiffs, | |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| Defendants. | |
| KATERINA B. EYRE, et al., | |
| Plaintiffs, | |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| Defendants, | |
| and | |
| OREGON ALLIANCE FOR GUN SAFETY, | |
| Intervenor-Defendant. | |
| DANIEL AZZOPARDI, et al., | |
| Plaintiffs, | |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| Defendants. | |

Consistent with this Court's prior order (ECF 236) defining the scope of legislative facts to be considered in this proceeding, the State Defendants submit the following legislative fact material:

Page 2 -   DEFENDANTS' LEGISLATIVE FACTS LIST

| No. | Description | Facts |
|---|---|---|
| 917 | Measure 114 Arguments, Voters' Pamphlet, Oregon General Election (Nov. 8, 2022) | The people of Oregon enacted Measure 114's LCM restrictions to reduce the lethality of mass shootings. *See, e.g.*, p. 99 ("High-capacity magazines have been used in all of the deadliest mass shootings in the last decade. … High-capacity magazines make it easy for shooters to inflict maximum damage by allowing more shots to be fired without needing to stop to reload."). <br><br> The people of Oregon enacted Measure 114's permit-to-purchase requirement to reduce firearm accidents, murders, and suicides, including by preventing dangerous individuals from purchasing firearms. *See, e.g.*, p. 92 ("It won't take all guns off the streets, but it will help keep guns out of the wrong hands. And it won't prevent all firearm injuries, but live-fire training will help gun owners stay safer."); p. 94 ("Evidence shows that permit-to-purchase reduces firearm murders and suicides."). |

DATED: June 9, 2023.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By:   *s/Hannah K. Hoffman*
      Harry B. Wilson, OSB #077214
      HarryWilson@MarkowitzHerbold.com
      Hannah K. Hoffman, OSB #183641
      HannahHoffman@MarkowitzHerbold.com
         *Special Assistant Attorneys General for Defendants*

      Brian Simmonds Marshall, OSB #196129
      brian.s.marshall@doj.state.or.us
         *Of Attorney for Defendants*

1448569