IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MARK FITZ, GRAYGUNS, INC., G4 ARCHERY, LLC, SECOND AMENDMENT FOUNDATION,** and **FIREARMS POLICY COALITION, INC.,** | Case No. 3:22-cv-01859-IM |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| **ELLEN ROSENBLUM**, in her official capacity as Attorney General of the State of Oregon; and **TERRI DAVIE**, in her official capacity as Superintendent of the Oregon State Police | |
| Defendants. | |

**IMMERGUT, U.S. District Judge**

1 – JUDGMENT

This matter having come before the Court for trial on May 30 and June 5–9, 2023, and for the reasons set out in the Court's Findings of Fact and Conclusions of Law, ECF 210, it is hereby ORDERED and ADJUDGED that:

Judgment is entered in favor of Defendants and against Plaintiffs on all claims.

**IT IS SO ORDERED.**

DATED this 31st day of July, 2023.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge