UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:22-cv-1815; 3:22-cv-1862

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 11/18/2022

Date of judgment or order you are appealing: 07/31/2023

Docket entry number of judgment or order you are appealing: 261

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Please see attached pages. Note all appeals are consolidated per Fed. R. App. P. 3(b)(1)

Is this a cross-appeal?  ☐ Yes   ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ☒ Yes   ☐ No

If yes, what is the prior appeal case number? 23-35478

Your mailing address (if pro se):

City:         State:        Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s Matthew Rowen          **Date** Aug 10, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Katerina B Eyre, Tim Freeman, Mazama Sporting Goods, National Shooting Sports Foundation, Inc., and Oregon State Shooting Association are Plaintiffs in Case 3:22-cv-01862, Eyre v. Rosenblum.

Name(s) of counsel (if any):

> Paul D. Clement, Erin E. Murphy, Matthew Rowen, and Nicholas M. Gallagher, of Clement & Murphy, PLLC; Shawn Lindsay, Daniel Nichols, and Christian Cho, of JurisLaw LLP.

Address: 706 Duke Street, Alexandria, VA 22314

Telephone number(s): 202-742-8900

Email(s): matthew.rowen@clementmurphy.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Defendants are Attorney General Ellen Rosenblum and Superintendent of the Oregon State Police Terri Davie, in their official and personal capacities.

Name(s) of counsel (if any):

> Brian Simmonds Marshall of the Oregon Department of Justice; Harry B. Wilson, Erin N. Dawson, Hannah Hoffman, and Anit K. Jindal of Markowitz Herbold PC.

Address: 100 SW Market Street, Portland, OR 97201

Telephone number(s): 971-673-1880

Email(s): brian.s.marshall@doj.state.or.us

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                1                        *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

| Please see additional page, attached. |

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Intervenor-Defendant-Appellee in all consolidated cases is Oregon Alliance for Gun Safety.

Name(s) of counsel (if any):

Zachary J. Pekelis, Scott Ferron, Kai Smith, and Jessica A. Skelton of Pacifica Law Group, LLP.

Address: 1191 2nd Avenue, Suite 2000, Seattle, WA 98101

Telephone number(s): 206-602-1229

Email(s): zach.pekelis@pacificalawgroup.com

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                        2                                New 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Oregon Firearms Federation, Inc., Brad Lohrey, Adam Johnson, Cody Bowen, Brian Wolfe, Harold Richard Haden, Jr., Kevin Starrett, Terry Rowan, Brian Pixley, and Damian Bunting are Plaintiffs in Case 2:22-cv-1815, OFF v. Brown.

Name(s) of counsel (if any):

> Leonard W. Williamson of Van Ness Williamson; Stephen J. Joncus of Joncus Law P.C.

Address: 960 Liberty St SE, Ste 100, Salem, OR 97302

Telephone number(s): 503-365-8800

Email(s): l.williamson@vwllp.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Defendants are Gov. Kate Brown and Attorney General Ellen Rosenblum, in both their official and personal capacities.

Name(s) of counsel (if any):

> Brian Simmonds Marshall of the Oregon Department of Justice; Harry B. Wilson, Erin N. Dawson, Hannah Hoffman, and Anit K. Jindal of Markowitz Herbold PC.

Address: 100 SW Market Street, Portland, OR 97201

Telephone number(s): 971-673-1880

Email(s): brian.s.marshall@doj.state.or.us

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                                1                                       *New 12/01/2018*