Jessica A. Skelton, OSB #102714
jessica.skelton@pacificalawgroup.com
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
206-245-1700

*Attorney for Intervenor-Defendant*
*Oregon Alliance for Gun Safety*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | Case No. 2:22-cv-01815-IM *(Lead Case)* |
|               Plaintiffs, | Case No. 3:22-cv-01859-IM *(Trailing Case)* |
| | Case No. 3:22-cv-01862-IM *(Trailing Case)* |
|     v. | Case No. 3:22-cv-01869-IM *(Trailing Case)* |
| TINA KOTEK, et al., | CONSOLIDATED CASES |
|            Defendants, | |
|    and | DECLARATION OF ZACHARY J. PEKELIS IN SUPPORT OF INTERVENOR-DEFENDANT'S BILL OF COSTS |
| OREGON ALLIANCE FOR GUN SAFETY, | |
|            Intervenor-Defendant. | WITHOUT ORAL ARGUMENT |
| MARK FITZ, et al., | |
|            Plaintiffs, | |
|     v. | |
| ELLEN F. ROSENBLUM, et al., | |
|            Defendants. | |
| KATERINA B. EYRE, et al., | |
|            Plaintiffs, | |
|     v. | |
| ELLEN F. ROSENBLUM, et al., | |
|            Defendants, | |

and

OREGON ALLIANCE FOR GUN
SAFETY,

                          Intervenor-
Defendant.

DANIEL AZZOPARDI, et al.,

                    Plaintiffs,

       v.

ELLEN F. ROSENBLUM, et al.,

                          Defendants.

I, Zachary J. Pekelis, declare as follows:

1.      I am a partner at Pacifica Law Group LLP, and one of the attorneys representing Intervenor-Defendant Oregon Alliance for Gun Safety (the Alliance) in these consolidated cases. I am over the age of eighteen, competent to testify, and make this declaration based on my personal knowledge.

2.      The Bill of Costs filed herewith outlines the costs incurred by the Alliance. Attached as **Exhibit 1** is a summary of the costs the Alliance incurred in connection with this litigation, categorized by type of cost. Attached as **Exhibit 2** are true and accurate copies of supporting invoices for those costs.

3.      The Alliance reasonably and necessarily incurred all costs it seeks to recover. No costs were included as overhead in Alliance attorneys' hourly rates and were either actually paid by the Alliance or are the subject of outstanding bills.

4.      During litigation, all costs were billed contemporaneously. I personally oversaw and directed this litigation for the Alliance, and I reviewed the invoices and costs every month.  As part

of that process, I would write off or write down (i.e., reduce) costs when I determined they should not be charged to the Alliance.

5.    The following chart summarizes the costs incurred by Pacifica Law Group LLP (Pacifica) during the courts of litigation.

| Category | Cost |
|---|---|
| Deposition Transcripts | $7,355.96 |
| Printing Binders | $1,508.95 |
| **TOTAL:** | $8,864.91 |

6.    Pacifica contracted with third-party vendor Buell Realtime Reporting to provide deposition transcripts in preparation for trial. Those charges total $7,335.96.

7.    Counsel for State Defendants, Markowitz Herbold P.C., contracted with third-party vendor Streamline Imaging to provide exhibit binders for trial, ordering at my request an extra set of exhibits for use by the Alliance's counsel at trial. Pacifica has sent payment to Streamline Imaging directly for the Alliance's exhibit set. The charges to the Alliance total $1,508.95.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 14th day of August, 2023 at Seattle, Washington.

Zachary J. Pekelis, *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 14th day of August, 2023.

_____
Erica Knerr

**Exhibit 1 – Summary of Costs**

| Category | Cost |
|---|---|
| Deposition Transcripts | $7,355.96 |
| Printing Binders | $1,508.95 |
| **TOTAL:** | $8,864.91 |

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85159 | 2/1/2023 | 67066 |

| Job Date | Case No. |
|---|---|
| 1/13/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

| | | |
|---|---|---|
| Expedited Transcript Copy: | | |
| Mark T. Hanish | 130.00  Pages | 500.50 |
| Expedited Transcript Fee | | 150.15 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 1.00 | 45.00 |
| Exhibit Processing | 4.00 | 10.00 |
| **TOTAL DUE  >>>** | | **$705.65** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

Invoice No.   : 85159
Invoice Date  : 2/1/2023
**Total Due**     : **$705.65**

Bill of Costs - Exhibit 2
Page 1 of 13

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.    : 67066
BU ID      : MAIN
Case No.   : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v.
             Brown, et al.

# I N V O I C E

1 of 1



**1325 Fourth Avenue, Suite 1840**
**Seattle, Washington 98101**
**206.287.9066**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85181 | 2/1/2023 | 67070 |

| Job Date | Case No. |
|---|---|
| 1/16/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

Expedited Transcript Copy:

| | | | |
|---|---|---|---|
| Massad F. Ayoob | 142.00 | Pages | 546.70 |
| Expedited Transcript Fee | | | 164.01 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 1.00 | | 45.00 |
| Exhibit Processing | 1.00 | | 2.50 |

**TOTAL DUE  >>>**          **$758.21**

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

| | |
|---|---|
| Invoice No. | : 85181 |
| Invoice Date | : 2/1/2023 |
| **Total Due** | : **$758.21** |

Bill of Costs - Exhibit 2
Page 2 of 13

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 67070 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85767 | 2/9/2023 | 67072 |
| Job Date | Case No. | |
| 1/17/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

| | | | |
|---|---|---|---|
| Certified Copy of Transcript: | | | |
| Adam Ralph Braatz | 82.00 | Pages | 315.70 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 1.00 | | 45.00 |
| Exhibit Processing | 1.00 | | 2.50 |
| | **TOTAL DUE  >>>** | | **$363.20** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

Invoice No.   : 85767
Invoice Date  : 2/9/2023
**Total Due**     : **$363.20**

Bill of Costs - Exhibit 2
Page 3 of 13

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.    : 67072
BU ID      : NATIONAL
Case No.   : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v. Brown, et al.

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85327 | 2/4/2023 | 67146 |

| Job Date | Case No. |
|---|---|
| 1/17/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

| | | | |
|---|---|---|---|
| Certified Copy of Transcript: | | | |
| Kevin L. Campbell | 114.00 | Pages | 438.90 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 1.00 | | 45.00 |
| Exhibit Processing | 2.00 | | 5.00 |
| | **TOTAL DUE  >>>** | | **$488.90** |

\*\*\*\*\* COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE \*\*\*\*\*

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

| Invoice No. | : 85327 |
|---|---|
| Invoice Date | : 2/4/2023 |
| **Total Due** | : **$488.90** |

Bill of Costs - Exhibit 2
Page 4 of 13

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| Job No. | : 67146 |
|---|---|
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

# I N V O I C E

1 of 1



**BUELL**
REALTIME REPORTING

1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85331 | 2/4/2023 | 67076 |

| Job Date | Case No. |
|---|---|
| 1/19/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

---

Expedited Transcript Copy:

| | | |
|---|---|---|
| Clayton Cramer | 173.00  Pages | 666.05 |
| Expedited Transcript Fee | | 199.82 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 1.00 | 45.00 |
| Exhibit Processing | 16.00 | 40.00 |
| **TOTAL DUE   >>>** | | **$950.87** |

\*\*\*\*\* COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE \*\*\*\*\*

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

---

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

Invoice No.    : 85331
Invoice Date   : 2/4/2023
**Total Due**      : **$950.87**

Bill of Costs - Exhibit 2
Page 5 of 13

Remit To: **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.    : 67076
BU ID      : MAIN
Case No.   : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v.
             Brown, et al.

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85334 | 2/4/2023 | 67076 |
| Job Date | Case No. | |
| 1/19/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |
| Case Name | | |
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

| | | | |
|---|---|---|---|
| Expedited Transcript Copy with Rough Draft | | | |
| Stephen C. Helsley | 109.00 | Pages | 419.65 |
| Expedited Transcript Fee | | | 125.90 |
| Rough Draft Transcript | 103.00 | Pages | 154.50 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 2.00 | | 5.00 |
| | TOTAL DUE  >>> | | **$795.05** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

Invoice No.   : 85334
Invoice Date  : 2/4/2023
**Total Due**   : **$795.05**

Bill of Costs - Exhibit 2
Page 6 of 13

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.      : 67076
BU ID        : MAIN
Case No.     : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name    : Oregon Firearms Federation, Inc., et al. v.
               Brown, et al.

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85427 | 2/4/2023 | 67078 |

| Job Date | Case No. |
|---|---|
| 1/20/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

Certified Copy of Transcript:

| | | | |
|---|---|---|---|
| Matthew G. French | 63.00 | Pages | 242.55 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 1.00 | | 45.00 |
| Exhibit Processing | 1.00 | | 2.50 |
| | **TOTAL DUE  >>>** | | **$290.05** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

Invoice No.   : 85427
Invoice Date  : 2/4/2023
**Total Due**     : **$290.05**

Bill of Costs - Exhibit 2
Page 7 of 13

Remit To: **BUELL REALTIME REPORTING, LLC
1325 Fourth Avenue
Suite 1840
Seattle, WA 98101**

Job No.    : 67078
BU ID      : MAIN
Case No.   : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v. Brown, et al.

# I N V O I C E

1 of 1



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85428 | 2/4/2023 | 67078 |

| Job Date | Case No. |
|---|---|
| 1/20/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

Certified Copy of Transcript:

|  |  |  |  |
|---|---|---|---|
| Ashley Hlebinsky | 152.00 | Pages | 585.20 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 1.00 |  | 45.00 |
| Exhibit Processing | 3.00 |  | 7.50 |

**TOTAL DUE  >>>**   **$637.70**

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

| | |
|---|---|
| Invoice No. | : 85428 |
| Invoice Date | : 2/4/2023 |
| **Total Due** | : **$637.70** |

Bill of Costs - Exhibit 2
Page 8 of 13

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | |
|---|---|
| Job No. | : 67078 |
| BU ID | : MAIN |
| Case No. | : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85554 | 2/14/2023 | 67234 |

| Job Date | Case No. |
|---|---|
| 1/25/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

| | | |
|---|---|---|
| Expedited Transcript Copy with Rough Draft | | |
| Gary D. Kleck | 154.00 Pages | 592.90 |
| Expedited Transcript Fee | | 89.01 |
| Rough Draft Transcript | 148.00 Pages | 222.00 |
| Electronically Certified Transcript: E-Tran and PDF Format | 2.00 | 90.00 |
| Exhibit Processing | 18.00 | 45.00 |
| **TOTAL DUE  >>>** | | **$1,038.91** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

Invoice No.   : 85554
Invoice Date  : 2/14/2023
**Total Due**    : **$1,038.91**

Bill of Costs - Exhibit 2
Page 9 of 13

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.   : 67234
BU ID     : MAIN
Case No.  : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name : Oregon Firearms Federation, Inc., et al. v.
Brown, et al.

# I N V O I C E

1 of 2



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85601 | 2/4/2023 | 67571 |

| Job Date | Case No. | |
|---|---|---|
| 1/30/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, | |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Brown, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

| | | | |
|---|---|---|---|
| Expedited Transcript Copy with Rough Draft | | | |
| Stephen Helsley - Vol. II | 63.00 | Pages | 242.55 |
| Expedited Transcript Fee | | | 72.77 |
| Rough Draft Transcript | 59.00 | Pages | 88.50 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 2.00 | | 90.00 |
| Exhibit Processing | 3.00 | | 7.50 |
| **TOTAL DUE  >>>** | | | **$501.32** |

\*\*\*\*\* COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE \*\*\*\*\*

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

Invoice No.   : 85601
Invoice Date  : 2/4/2023
**Total Due**    : **$501.32**

Bill of Costs - Exhibit 2
Page 10 of 13

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

Job No.    : 67571
BU ID      : MAIN
Case No.   : 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc.
Case Name  : Oregon Firearms Federation, Inc., et al. v.
             Brown, et al.

# I N V O I C E

1 of 1

**BUELL**
REALTIME REPORTING

1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87497 | 4/20/2023 | 68753 |

| Job Date | Case No. |
|---|---|
| 3/30/2023 | 2:22-cv-01815-IM; 3:22-cv-01859-IM, |

| Case Name |
|---|
| Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

| Payment Terms |
|---|
| Due upon receipt |

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

Certified Copy of Transcript:

| | | | |
|---|---|---|---|
| Dennis E. Baron | 115.00 | Pages | 442.75 |
| Electronically Certified Transcript:  E-Tran and PDF Format | 1.00 | | 45.00 |
| Exhibit Processing | 3.00 | | 7.50 |
| | **TOTAL DUE  >>>** | | **$495.25** |

***** COMPLIMENTARY VIDEOCONFERENCE / TELECONFERENCE *****

In support of our legal community during the current pandemic, Buell is offering complimentary videoconference and/or teleconference connections for all depositions.  Call or email today with any questions and/or to schedule a demo.

In an effort to further reduce litigation costs, the original-ordering party may decline a physical sealed original transcript (for videoconference proceedings only).  Please let us know if you would like to hold off on receiving the physical transcript, and your transcript charges will be reduced by 7%, in addition to any associated delivery fee.

The physical sealed original transcript can be ordered at any future date, with standard turnaround being 3-5 business days.  As always, expedited delivery will be available if needed sooner.

We appreciate your business!

Buell is in compliance with WAC 308-14-130(1) in offering court reporting services and fees to all parties on equal terms.

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

| | | |
|---|---|---|
| Invoice No. | : | 87497 |
| Invoice Date | : | 4/20/2023 |
| **Total Due** | : | **$495.25** |

Bill of Costs - Exhibit 2
Page 11 of 13

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**

| | | |
|---|---|---|
| Job No. | : | 68753 |
| BU ID | : | MAIN |
| Case No. | : | 2:22-cv-01815-IM; 3:22-cv-01859-IM, etc. |
| Case Name | : | Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

# STATEMENT

1 of 1



| Account No. | Date |
|---|---|
| C13139 | 6/8/2023 |

**BUELL** REALTIME REPORTING
1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $330.85 | $0.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$330.85** |

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 4/20/2023 | 87660 | 330.85 | 68876 | 4/4/2023 | Mackenzie R. Cook, M.D. | Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) |

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Zachary J. Pekelis
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101

Account No.  : C13139
Date         : 6/8/2023

**Total Due**  : **$330.85**

Bill of Costs - Exhibit 2
Page 12 of 13

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA 98101**



# Invoice

919 SW Taylor Street 6th Floor
Portland, OR 97205

Contact Us:
(503) 244-2333 Portland
(208) 424-3355 Boise

| Date | Invoice # |
| --- | --- |
| 6/8/2023 | 38010 |

**Bill To**

Markowitz Herbold P.C.
1455 SW Broadway, Suite 1900
Portland, OR 97201

| Ordered By | Terms | Fed ID# | Project Number | Account Mgr | Billing / Matter # |
| --- | --- | --- | --- | --- | --- |
| Becca D. | Net 30 | 20-2604733 | SL052023074 | D&Y | EYRE-Intervenor |

| Description | Quantity | Price Each | Amount |
| --- | --- | --- | --- |
| Blowbacks - B&W w/ Assembly | 4,140 | 0.12 | 496.80 |
| Blowbacks - Color w/ Assembly<br>*Discounted from $.085 Due to Volume* | 1,230 | 0.65 | 799.50 |
| Number Tabs | 354 | 0.35 | 123.90 |
| Custom Covers and Spines | 5 | 0.75 | 3.75 |
| 4" D-Ring Binders | 5 | 17.00 | 85.00 |

| Thank you for choosing Streamline Imaging.  We appreciate your business! | **Total** | $1,508.95 |
| --- | --- | --- |

Signature _____   Date _____

A finance charge of 18% annually (1.5% monthly) will be charged if the total payment is not received by the due date.

Bill of Costs - Exhibit 2
Page 13 of 13