Jessica A. Skelton, OSB #102714
jessica.skelton@pacificalawgroup.com
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
206-245-1700

*Attorney for Intervenor-Defendant*
*Oregon Alliance for Gun Safety*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>            Plaintiffs,<br>   v.<br>TINA KOTEK, et al.,<br><br>            Defendants,<br>   and<br>OREGON ALLIANCE FOR GUN SAFETY,<br><br>            Intervenor-Defendant. | Case No. 2:22-cv-01815-IM *(Lead Case)*<br>Case No. 3:22-cv-01859-IM *(Trailing Case)*<br>Case No. 3:22-cv-01862-IM *(Trailing Case)*<br>Case No. 3:22-cv-01869-IM *(Trailing Case)*<br><br>CONSOLIDATED CASES<br><br>[PROPOSED] ORDER ON INTERVENOR-DEFENDANT'S BILL OF COSTS<br><br>WITHOUT ORAL ARGUMENT |
| MARK FITZ, et al.,<br><br>            Plaintiffs,<br>   v.<br>ELLEN F. ROSENBLUM, et al.,<br><br>            Defendants. | |
| KATERINA B. EYRE, et al.,<br><br>            Plaintiffs,<br>   v.<br>ELLEN F. ROSENBLUM, et al., | |

[PROPOSED] ORDER ON
INTERVENOR-DEFENDANT'S BILL OF COSTS - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

|                                      |
| ------------------------------------ |
| Defendants,                          |
| and                                  |
| OREGON ALLIANCE FOR GUN SAFETY,      |
| Intervenor-Defendant.                |
| DANIEL AZZOPARDI, et al.,            |
| Plaintiffs,                          |
| v.                                   |
| ELLEN F. ROSENBLUM, et al.,          |
| Defendants.                          |

This matter came before the Court on Intervenor-Defendant Oregon Alliance for Gun Safety's (the Alliance) Bill of Costs. The Court concludes that the Oregon Alliance should be awarded taxable costs under 28 U.S.C. § 1920. The Court hereby ORDERS as follows:

1. Plaintiffs shall pay costs to the Alliance in the amount of $8,864.91, with interest to accrue from this date.

3. Enforcement of this Order shall be stayed pending resolution of all appeals.

DONE this _____ day of _____, 2023.

_____
HONORABLE JUDGE KAREN J. IMMERGUT
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER ON
INTERVENOR-DEFENDANT'S BILL OF COSTS - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Presented by:

PACIFICA LAW GROUP LLP

*/s/Zachary J. Pekelis*
Zachary J. Pekelis *Pro Hac Vice*
Jessica A. Skelton, OSB #102714
Kai A. Smith, *Pro Hac Vice*
W. Scott Ferron, *Pro Hac Vice*

*Attorneys for Intervenor-Defendant*
*Oregon Alliance for Gun Safety*

[PROPOSED] ORDER ON
INTERVENOR-DEFENDANT'S BILL OF COSTS - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 14th day of August, 2023.

_____
Erica Knerr

[PROPOSED] ORDER ON
INTERVENOR-DEFENDANT'S BILL OF COSTS - 4

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750