UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **OREGON FIREARMS FEDERATION, INC.**, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>**TINA KOTEK**, et al.,<br><br>            Defendants,<br><br>   and<br><br>**OREGON ALLIANCE FOR GUN SAFETY**,<br><br>            Intervenor-Defendant. | Case No. 2:22-cv-01815-IM *(Lead Case)*<br>Case No. 3:22-cv-01859-IM *(Trailing Case)*<br>Case No. 3:22-cv-01862-IM *(Trailing Case)*<br>Case No. 3:22-cv-01869-IM *(Trailing Case)*<br><br>**ORDER GRANTING INTERVENOR-DEFENDANT'S BILL OF COSTS** |
| **MARK FITZ**, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>**ELLEN F. ROSENBLUM**, et al.,<br><br>            Defendants. | |
| **KATERINA B. EYRE**, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>**ELLEN F. ROSENBLUM**, et al., | |

1 – ORDER

|  |
|---|
| Defendants, |
| and |
| **OREGON ALLIANCE FOR GUN SAFETY**, |
| Intervenor-Defendant. |
| **DANIEL AZZOPARDI**, et al., |
| Plaintiffs, |
| v. |
| **ELLEN F. ROSENBLUM**, et al., |
| Defendants. |

Before this Court is Intervenor-Defendant Oregon Alliance for Gun Safety's Bill of Costs. ECF 267. Plaintiffs have not filed any opposition to the Bill of Costs. Accordingly, this Court concludes that Intervenor-Defendant should be awarded taxable costs under 28 U.S.C. § 1920 and hereby ORDERS as follows:

1. Plaintiffs shall pay costs to Intervenor-Defendant in the amount of $8,864.91, with interest to accrue from this date.

2. Enforcement of this Order shall be stayed pending resolution of all appeals.

**IT IS SO ORDERED.**

DATED this 29th day of August, 2023.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

2 – ORDER